UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

| | |
|---|---|
| FREDERIC Z. HENSLEY and DIANNE R. HENSLEY,<br><br>                    Plaintiffs,<br>v.<br><br>3M COMPANY, et al.,<br><br>                    Defendants. | CASE NO.: 2:15-cv-02087-ASB |

## **DEFENDANT 3M COMPANY'S RULE 7.1 DISCLOSURE STATEMENT**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, 3M Company ("3M") states:

    3M is a corporation whose shares are publicly traded;

    3M does not have a parent corporation; and

    No publicly held corporation owns 10% or more of 3M's stock.

Respectfully submitted this 12th day of June, 2015.

                                                  /s/ Michael C. Griffin
                                                  Michael C. Griffin [SC Federal Bar No. 10302]
                                                  Bradley Arant Boult Cummings LLP
                                                  Bank of America Corporate Center
                                                  100 North Tryon Street, Suite 2690
                                                  Charlotte, NC 28202
                                                  Telephone: (704) 338-6000
                                                  Facsimile: (704) 332-8858
                                                  mgriffin@babc.com

                                                  *Attorneys for Defendant 3M Company*

# CERTIFICATE OF SERVICE

I hereby certify that on the 12th day of June 2015, I have filed electronically filed with the Clerk of Court a true copy of the foregoing **DEFENDANT 3M COMPANY'S RULE 7.1 DISCLOSURE STATEMENT** using the CM/ECF system which will send notification of such filling to all parties as listed below:

| | |
|---|---|
| W. Christopher Swett<br>Motley Rice LLC<br>28 Bridgeside Blvd.<br>Mt. Pleasant, SC 29464<br>cswett@motleyrice.com | David Gaillard Traylor, Jr.<br>James B. Glenn<br>Robert O. Meriwether<br>Nelson Mullins Riley and Scarborough<br>P.O. Box 11070<br>Columbia, SC 29211<br>David.traylor@nelsonmullins.com<br>Jase.glenn@nelsonmullins.com<br>Robert.meriwether@nelsonmullins.com |
| Richard Ashby Farrier, Jr.<br>Christopher Austin Jaros<br>K&L Gates<br>134 Meeting Street<br>Suite 200<br>Charleston, SC 29401<br>Richard.FarrierJr@klgates.com<br>Christopher.jaros@klgates.com | Amy Elizabeth Melvin<br>Timothy William Bouch<br>Yancey Alford McLeod, III<br>Leath Bouch and Crawford<br>PO Box 59<br>Charleston, SC 29402<br>amelvin@leathbouchlaw.com<br>tbouch@leathbouchlaw.com<br>ymcleod@leathbouchlaw.com |
| Moffatt Grier McDonald<br>Scott E. Frick<br>William David Conner<br>Haynsworth Sinkler Boyd<br>PO Box 2048<br>Greenville, SC 29602<br>mmcdonald@hsblawfirm.com<br>sfrick@hsblawfirm.com<br>dconner@hsblawfirm.com | Jennifer M. Techman<br>Evert and Weathersby<br>3405 Piedmont Road NE<br>Suite 225<br>Atlanta, GA 30305<br>jmtechman@ewhlaw.com |
| Steven Wayne Ouzts<br>Thomas M. Kennaday<br>Turner Padget Graham and Laney<br>PO Box 1473<br>Columbia, SC 29202<br>souzts@turnerpadget.com<br>tkennaday@turnerpadget.com | Louis P. Herns<br>Pierce Herns Sloan and McLeod<br>PO Box 22437<br>Charleston, SC 29413<br>louispherns@phswlaw.com |

| | |
|---|---|
| John Chrisman Hawk, IV<br>Womble Carlyle Sandridge and Rice<br>PO Box 999<br>Charleston, SC 29492<br>jhawk@wcsr.com | Arthur Timothy Jones<br>Hawkins and Parnell<br>4000 Suntrust Plaza<br>300 Peachtree Street NE<br>Atlanta, GA 30308-3243<br>tjones@hplegal.com |

/s/ Michael C. Griffin
   Michael C. Griffin