IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

| | |
|---|---|
| Frederic Z. Hensley and Dianne R. Hensley, ) | C/A No.: 2:15-cv-2087 DCN |
| ) | |
| Plaintiffs, ) | |
| ) | **ORDER OF DISMISSAL** |
| v. ) | |
| ) | |
| 3M Company, et al, ) | |
| ) | |
| Defendants. ) | |
| _____) | |

This matter is before the court upon the consent motion to dismiss defendant Union Carbide Corporation. This motion was filed on July 10, 2015. It is therefore

**ORDERED** that the motion to dismiss is hereby **GRANTED,** and defendant Union Carbide Corporation is **DISMISSED** without prejudice. Each party shall bear its own costs.

**AND IT IS SO ORDERED.**

_____
David C. Norton
United States District Judge

July 15, 2015
Charleston, South Carolina