IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

| | | |
|---|---|---|
| Frederic Z. Hensley, and Dianne R. Hensley, | ) ) ) | Case No. 2:15-cv-2087 DCN |
| Plaintiffs, | ) ) | **ORDER** |
| v. | ) ) | |
| 3M Company, et al., | ) ) | |
| Defendants. | ) ) | |

This matter is before the court pursuant to plaintiff's motion to amend the above-captioned matter so as to substitute parties as set forth in plaintiff's motion to amend complaint and add as a separate and distinct cause of action a claim for wrongful death pursuant to the South Carolina Wrongful Death Act (§15-51-10 et seq of the S.C. Code of Laws).

After consideration of this motion, this court finds that the motion is proper and should be granted.

**IT IS THEREFORE ORDERED** that plaintiff shall be allowed to amend the complaint so as to substitute Dianne R. Hensley, Personal Representative of the Estate of Frederic Z. Hensley, deceased, as plaintiff, and to add a separate and distinct cause of action, plaintiff's claim for wrongful death pursuant to §15-51-10 et seq of the S.C. Code of Laws. Plaintiff shall immediately file and serve said Amended Complaint.

**IT IS SO ORDERED**.

August 24, 2015
Charleston, South Carolina

David C. Norton
United States District Judge