IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA

| | |
|---|---|
| FREDERIC Z. HENSLEY and DIANNE R. HENSLEY, ) ) ) | |
| Plaintiffs, ) | Civil Action No. 2:15-cv-2087-DCN |
| vs. ) ) | |
| 3 M COMPANY, et al. ) ) | |
| Defendants. ) | |

### ORDER OF DISMISSAL

THIS MATTER is before the Court upon motion by Plaintiffs Frederic Z. Hensley and Dianne R. Hensley, to dismiss Foster Wheeler Energy Corporation WITH prejudice.

It appears that good cause exists to permit Plaintiffs to so dismiss this action against Defendant Foster Wheeler Energy Corporation.

It is therefore ORDERED, ADJUDGED, and DECREED that all claims of Plaintiffs Frederic Z. Hensley and Dianne R. Hensley against Foster Wheeler Energy Corporation are hereby DISMISSED WITH PREJUDICE.

This 26th day of August, 2015.

_____
David C. Norton
United States District Court Judge

1255511.1