IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

| | |
|---|---|
| DIANNE R. HENSLEY, Individually and as Personal Representative of the Estate of FREDERIC Z. HENSLEY, deceased | ) ) ) ) |
| Plaintiff | ) C/A No. 2:15-cv-02087-DCN |
| v. | ) ) ) |
| 3M COMPANY, et al | ) ) |
| Defendants. | ) |

## ORDER OF DISMISSAL

THIS MATTER is before the Court upon motion by Plaintiff, Dianne R. Hensley, Individually and as Personal Representative of the Estate of Frederic Z. Hensley, deceased, to dismiss Ingersoll Rand Company WITHOUT prejudice.

It appears that good cause exists to permit Plaintiff to so dismiss this action against Defendant Ingersoll Rand Company.

It is therefore ORDERED, ADJUDGED, and DECREED that all claims of Plaintiff, Dianne R. Hensley, Individually and as Personal Representative of the Estate of Frederic Z. Hensley, deceased against Ingersoll Rand Company are hereby DISMISSED WITHOUT PREJUDICE.

This 21st day of October, 2015.

_____
David C. Norton
United States District Court Judge