UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

| | |
|---|---|
| DIANNE R. HENSLEY, Individually and as Personal Representative of the Estate of Frederic Z. Hensley, )<br><br>Plaintiff, )<br><br>VS. )<br><br>3M COMPANY, ET AL., )<br><br>Defendants. ) | **C/A No.: 2:15-cv-2087-DCN** |

## ORDER OF DISMISSAL

THIS MATTER is before the Court upon consent motion by Plaintiff Dianne R. Hensley, Individually and as Personal Representative of the Estate of Frederic Z. Hensley and Defendant Mine Safety Appliances Company, LLC, to dismiss without prejudice, all claims against Mine Safety Appliances Company, LLC. The motion is GRANTED.

IT IS THEREFORE ORDERED that Plaintiff's claims against Defendant Mine Safety Appliances Company, LLC are hereby DISMISSED WITHOUT PREJUDICE, with each party to bear its own costs.

This the 28th day of October, 2015.

_____
DAVID C. NORTON
UNITED STATES DISTRICT JUDGE