IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

| | |
|---|---|
| DIANNE R. HENSLEY, Individually and as Personal Representative of the Estate of FREDERIC Z. HENSLEY, Deceased, <br><br> Plaintiff, <br><br> v. <br><br> 3M COMPANY, et al <br><br> Defendants. | ) <br> ) <br> ) <br> ) <br> ) C/A No. 2:15-cv-02087-DCN <br> ) <br> ) <br> ) <br> ) |

## CONSENT MOTION TO DISMISS GENERAL ELECTRIC COMPANY

COMES NOW Plaintiff, Dianne R. Hensley, Individually and as Personal Representative of the Estate of Frederic Z. Hensley, Deceased, by and through undersigned counsel, and pursuant to Rule 41 with consent of Defendant, moves to dismiss Plaintiff's claims against General Electric Company WITH prejudice, each party to bear its own fees and costs. Plaintiff expressly reserves her right to proceed against all other defendants as filed.

This 5th day of January, 2016.

                                                  By: MOTLEY RICE

                                                  s/W. Christopher Swett
                                                  W. Christopher Swett
                                                  SC Federal Bar Number 11177
                                                  MOTLEY RICE LLC
                                                  28 Bridgeside Boulevard
                                                  Mt. Pleasant, SC 29465
                                                  Telephone: 843-216-9000
                                                  Fax: 843-216-9450
                                                  cswett@motleyrice.com
                                                  Attorney for Plaintiff

1267482.1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

| | |
|---|---|
| DIANNE R. HENSLEY, Individually and as Personal Representative of the Estate of FREDERIC Z. HENSLEY, Deceased,<br><br>Plaintiff,<br><br>v.<br><br>3M COMPANY, et al<br><br>Defendants. | C/A No. 2:15-cv-02087-DCN |

## CERTIFICATE OF SERVICE

On January 5, 2016, the foregoing Motion to Dismiss General Electric Company was served on all counsel of record in the captioned matter by using the CM/ECF system.

                                                          */s/ W. Christopher Swett*
                                                          W. Christopher Swett
                                                          SC Federal Bar Number 11177
                                                          Attorneys for Plaintiff

MOTLEY RICE
28 Bridgeside Boulevard
Mt. Pleasant SC 29465
Telephone: 843-216-9000
CSwett@motleyrice.com

1267482.1