# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF SOUTH CAROLINA
# CHARLESTON DIVISION

| | |
|---|---|
| **FREDERIC Z. HENSLEY and DIANNE R. HENSLEY,** | |
| **Plaintiffs,** | CIVIL ACTION NO. 2:15-CV-2087-DCN |
| v. | |
| **3M COMPANY, et al.,** | |
| **Defendants.** | |

## ORDER OF DISMISSAL WITH PREJUDICE

This matter is before the Court on the parties' Consent Motion for Dismissal of SEPCO Corporation with Prejudice.

For the reasons stated in the motion, and for cause shown.

IT IS THEREFORE ORDERED that the Consent Motion is GRANTED, and all of the Plaintiff's claims against the Defendant SEPCO Corporation are hereby **DISMISSED WITH PREJUDICE.**

IT IS SO ORDERED.

This 5th day of January, 2016.

_____
David C. Norton
United States District Judge

iManage 11308158v.1