IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

| | |
|---|---|
| DIANNE R. HENSLEY, Individually and as Personal Representative of the Estate of FREDERIC Z. HENSLEY, Deceased,<br><br>   Plaintiff,<br><br>v.<br><br>3M COMPANY, et al<br><br>   Defendants. | C/A No. 2:15-cv-02087-DCN |

## ORDER OF DISMISSAL

THIS MATTER is before the Court upon motion by Plaintiff, Dianne R. Hensley, Individually and as Personal Representative of the Estate of Frederic Z. Hensley, Deceased to dismiss General Electric Company WITH prejudice.

It appears that good cause exists to permit Plaintiff to so dismiss this action against Defendant General Electric Company.

It is therefore ORDERED, ADJUDGED, and DECREED that all claims of Plaintiff, Dianne R. Hensley, Individually and as Personal Representative of the Estate of Frederic Z. Hensley, Deceased against General Electric Company are hereby DISMISSED WITH PREJUDICE.

This 6th day of January, 2016.

_____
David C. Norton
United States District Court Judge