IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

| | |
|---|---|
| DIANNE R. HENSLEY, Individually and as Personal Representative of the Estate of FREDERIC Z. HENSLEY, Deceased, <br><br> Plaintiff, <br><br> v. <br><br> 3M COMPANY, et al <br><br> Defendants. | )<br>)<br>)<br>)<br>)<br>)   C/A No. 2:15-cv-02087-DCN<br>)<br>)<br>)<br>)<br>)<br>) |

## ORDER OF DISMISSAL

THIS MATTER is before the Court upon motion by Plaintiff, Dianne R. Hensley, Individually and as Personal Representative of the Estate of Frederic Z. Hensley, Deceased to dismiss CBS Corporation, a Delaware corporation, f/k/a Viacom, Inc., successor by merger to CBS Corporation, a Pennsylvania corporation, f/k/a Westinghouse Electric Corporation WITH prejudice.

It appears that good cause exists to permit Plaintiff to so dismiss this action against Defendant CBS Corporation, a Delaware corporation, f/k/a Viacom, Inc., successor by merger to CBS Corporation, a Pennsylvania corporation, f/k/a Westinghouse Electric Corporation.

It is therefore ORDERED, ADJUDGED, and DECREED that all claims of Plaintiff, Dianne R. Hensley, Individually and as Personal Representative of the Estate of Frederic Z. Hensley, Deceased against CBS Corporation, a Delaware corporation, f/k/a Viacom, Inc., successor by merger to CBS Corporation, a Pennsylvania corporation, f/k/a Westinghouse Electric Corporation are hereby DISMISSED WITH PREJUDICE.

AND IT IS SO ORDERED.

This 14th day of January, 2016.

David C. Norton
United States District Court Judge