UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

| | |
|---|---|
| DIANNE R. HENSLEY, Individually and as Personal Representative of the Estate of Frederick Z. Hensley, Deceased, )<br>)<br>)<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>3M COMPANY, et al., )<br>)<br>)<br>Defendants. ) | C/A No.: 2:15-cv-02087-DCN<br><br>Navy Machinist Mate; Mesothelioma<br><br>**STIPULATION OF DISMISSAL AS TO DEFENDANT GARDNER DENVER, INC.** |

The Plaintiff Dianne R. Hensley, Individually and as Personal Representative of the Estate of Frederick Z. Hensley and Defendant Gardner Denver, Inc., by and through their undersigned attorneys, stipulate to the dismissal without prejudice of Gardner Denver, Inc., pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure.

| TURNER PADGET GRAHAM & LANEY P.A. | MOTLEY RICE, LLC |
|---|---|
| /s Thomas M. Kennaday | /s W. Christopher Swett |
| By: Steven W. Ouzts, Esquire<br>Thomas M. Kennaday, Esquire<br>1901 Main Street, 17th Floor (29201)<br>Post Office Box 1473<br>Columbia, South Carolina 29202<br>(803) 254-2200 | By: W. Christopher Swett, Esquire<br>Motley Rice, LLC<br>28 Bridgeside Blvd.<br>Mt. Pleasant, SC  29464 |
| *ATTORNEYS FOR GARDNER DENVER, INC.*<br>April 6, 2016 | *ATTORNEY FOR PLAINTIFFS*<br>April 6, 2016 |