UNITED STATES DISTRICT COURT
FORT THE DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

| | |
|---|---|
| DIANNE R. HENSLEY, Individually and as Personal Representative of the Estate of Frederick Z. Hensley, deceased,<br><br>          Plaintiff,<br><br>v.<br><br>3M Company, et al.,<br><br>          Defendants. | C/A No.: 2:15-CV-02087-ASB<br><br><br><br><br><br><br>**STIPULATION OF DISMISSAL AS TO CHARLESTON RUBBER & GASKET CO., INC. ONLY** |

Pursuant to Federal Rule of Civil Procedure 41(a)(1), Plaintiff hereby stipulates and agrees to dismiss all of the claims against Defendant, Charleston Rubber & Gasket Co., Inc., in the above-captioned action without prejudice. Each party to bear its own costs.

                                              /s/ Christopher Swett
                                              W. Christopher Swett, Esquire
                                              Motley Rice, LLC
                                              28 Bridgeside Boulevard
                                              Mt. Pleasant, SC 29464
                                              (843) 216-9000
                                              *Attorneys for Plaintiff*

WE CONSENT:


/s/ Louis P. Herns
Louis P. Herns (1841)
PIERCE, HERNS, SLOAN & WILSON, LLC
321 East Bay Street
Post Office Box 22437
Charleston, SC 29413
Telephone: (843) 722-7733
Fax: (843) 722-7732
louispherns@phswlaw.com
*Attorneys for Defendant*
*Charleston Rubber & Gasket Co., Inc.*

UNITED STATES DISTRICT COURT
FORT THE DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

| | | |
|---|---|---|
| DIANNE R. HENSLEY, Individually and as Personal Representative of the Estate of Frederick Z. Hensley, deceased, | ) ) ) ) | C/A No.: 2:15-CV-02087-ASB |
| Plaintiff, | ) ) | |
| v. | ) ) | |
| 3M COMPANY, et al., | ) ) | |
| Defendants. | ) ) | |

**CERTIFICATE OF SERVICE**

    I certify that on this date a copy of the foregoing was electronically filed with the Clerk of Court and notification of such filing was served on counsel of record for the plaintiff as well as all counsel of record.

    This 14th day of July, 2016.

                                                    /s/ Louis P. Herns