IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF SOUTH CAROLINA

CHARLESTON DIVISION

| | |
|---|---|
| Dianne R. Hensley, Individually and as Personal Representative of the Estate of Frederick Z. Hensley, Deceased,<br><br>                Plaintiff,<br><br>vs.<br><br>3M Company, et al.,<br><br>                Defendants. | Civil Action No. 2:15-CV-2087-DCN |

## CONSENT ORDER OF DISMISSAL

The above-entitled action is now pending in this Court.

NOW comes Motley Rice, L.L.C., Attorneys for the Plaintiff, and moves for an Order of Dismissal without prejudice as to Defendant Honeywell International Inc. and

With the consent of Nelson Mullins Riley & Scarborough, LLP, Attorneys for Honeywell International Inc.,

ORDERED that the Plaintiff be granted an Order of Dismissal without prejudice in the above-entitled matter as to Honeywell International Inc. only. Each party to bear its own costs.

AND IT IS SO ORDERED.

This the 5th day of August, 2016.

_____
David C. Norton
United State District Judge

| WE SO MOVE: | WE CONSENT: |
|---|---|
| MOTLEY RICE, L.L.C. | NELSON MULLINS RILEY & SCARBOROUGH, L.L.P. |
| s/W. Christopher Swett | s/Robert O. Meriwether |
| W. Christopher Swett | Robert O. Meriwether |
| Federal Bar No. 11177 | Federal Bar No. 01040 |
| Post Office Box 650001 | Post Office Box 11070 |
| Mt. Pleasant, SC  29465 | Columbia, SC  29211 |
| Attorneys for Plaintiff | Attorneys for Honeywell International Inc. |