IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

| | |
|---|---|
| DIANNE R. HENSLEY, Individually and as Personal Representative of the Estate of FREDERIC Z. HENSLEY, Deceased,<br><br>Plaintiff,<br><br>vs.<br><br>3M COMPANY, et al.,<br><br>Defendants.<br>IN RE: SOUTH CAROLINA ASBESTOS LITIGATION | Civil Action No. 2:15-cv-02087<br><br><br>**ORDER OF DISMISSAL** |

THIS MATTER is before the Court upon consent motion by Defendant The Goodyear Tire and Rubber Company and Plaintiff Dianne R. Hensley, individually and as Personal Representative of the Estate of Frederic Z. Hensley, to dismiss without prejudice all claims against The Goodyear Tire and Rubber Company. The motion is GRANTED.

IT IS THEREFORE ORDERED that Plaintiffs' claims against Defendant The Goodyear Tire and Rubber Company are hereby DISMISSED WITHOUT PREJUDICE, with each party to bear its own costs.

This the 18th day of August, 2016.

_____
DAVID C. NORTON
UNITED STATES DISTRICT JUDGE