UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

| | |
|---|---|
| DIANNE R. HENSLEY, Individually and as Personal Representative of the Estate of Frederick Z. Hensley, Deceased, | C/A No.: 2:15-cv-02087-DCN |
| | Navy Machinist Mate; Mesothelioma |
| Plaintiffs, | **CONSENT ORDER OF DISMISSAL WITH PREJUDICE** |
| v. | |
| 3M COMPANY, et al., | |
| Defendants. | |

THIS MATTER is before the Court upon motion by Plaintiff, Dianne R. Hensley, Individually and as Personal Representative of the Estate of Frederick Z. Hensley, Deceased, to dismiss Warren Pumps, LLC, with prejudice, under Fed. R. Civ. P. 41(a)(2). It appears to the Court that good cause exists to grant Plaintiff's motion.

THEREFORE, IT IS ORDERED that all claims of Plaintiff against Warren Pumps, LLC are hereby dismissed with prejudice.

**IT IS SO ORDERED.**

_____
David C. Norton
United States District Court Judge

August 24, 2016
Charleston, South Carolina