IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

| | |
|---|---|
| DIANNE R. HENSLEY, Individually and as Personal Representative of the Estate of FREDERIC Z. HENSLEY, Deceased, | Case No. 2:15-cv-2087-DCN |
| Plaintiff, | **CONSENT ORDER OF DISMISSAL WITHOUT PREJUDICE** |
| v. | |
| 3M COMPANY, et al | |
| Defendants. | |

NOW comes Motley Rice, LLC, Attorneys for the Plaintiffs, with the consent of Richardson Plowden Robinson, P.A., Attorneys for John Crane Inc., and moves for an Order of Dismissal without Prejudice as to John Crane Inc., pursuant to Fed. R. Civ. P. 41(a).

AND IT IS SO ORDERED that the Plaintiffs be granted an Order of Dismissal without prejudice in the above-entitled matter as to John Crane Inc. Each party to bear its own costs.

This the 8th day of September, 2016.

_____
The Honorable David C. Norton
United States District Judge

| WE SO MOVE: | WE CONSENT: |
|---|---|
| s/ W. Christopher Swett | s/ James H. Elliott, Jr. |
| W. Christopher Swett | James H. Elliott, Jr. |
| SC Bar No. 78251 | SC Bar No. 7043 |
| Motley Rice, LLC | Richardson Plowden, P.A. |
| P. O. Box 650001 | 171 Church Street, Suite 150 |
| Mt. Pleasant, SC 29465 | Charleston, SC 29401 |