IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA

In re:  Asbestos Products
        Liability Litigation

DIANNE R. HENSLEY, Individually and as
Personal Representative of the Estate of
FREDERIC Z. HENSLEY, Deceased,

C/A No. 2:15-CV-2087-DCN

Plaintiffs,

vs.

3M COMPANY, et al.,

Defendants.

## CONSENT MOTION FOR DISMISSAL OF
## FMC CORPORATION
## MCNALLY INDUSTRIES, INC.

Pursuant to Rule 41, Federal Rules of Civil Procedure, Defendants FMC Corporation, on behalf of its former Northern pump business, improperly sued as "FMC Corporation, Individually, and as Successor in Interest to Northern Pump Company", and McNally Industries, Inc., with the consent of Plaintiffs Dianne R. Hensley, Individually and as Personal Representative of the Estate of Frederic Z. Hensley, Deceased, move this court for an order of dismissal without prejudice as to FMC Corporation, on behalf of its former Northern pump business, improperly sued as "FMC Corporation, Individually, and as Successor in Interest to Northern Pump Company", and McNally Industries, Inc. only, each party to bear its own costs.

WE SO MOVE:

/s/ Moffatt G. McDonald
Moffatt G. McDonald, No. 02805
Scott E. Frick, No. 09417
W. David Conner, No. 05986
HAYNSWORTH SINKLER BOYD, P.A.
ONE North Main, 2d Floor
P.O. Box 2048
Greenville, SC 29602

Attorneys for Defendants FMC Corporation,
on behalf of its former Northern pump business,
improperly sued as "FMC Corporation, Individually,
and as Successor in Interest to Northern Pump Company",
and McNally Industries, Inc.


WE CONSENT:

/s/ W. Christopher Swett
W. Christopher Swett, No. 11177
Motley Rice LLC
P. O. Box 650001
Mt. Pleasant, SC 29465

*Attorney for Plaintiffs*

2

CERTIFICATE OF SERVICE

    I hereby certify that on October 27, 2016, the foregoing was electronically filed with the Clerk of the Court using the CM-ECF system. Notification of such filing was given to the following by the CM-ECF system to those registered to receive a Notice of Electronic Filing for this case:

W. Christopher Swett
MOTLEY RICE LLC
28 Bridgestone Blvd.
P.O. Box 650001
Mt. Pleasant, SC 29465
*Attorney for Plaintiffs*

Defense Counsel of Record

                                                  /s/ Moffatt G. McDonald