IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF SOUTH CAROLINA

CHARLESTON DIVISION

| | |
|---|---|
| Dianne R. Hensley, Individually and as Personal Representative of the Estate of Frederick Z. Hensley, Deceased,<br><br>Plaintiff,<br><br>vs.<br><br>3M Company, et al.,<br><br>Defendants. | Civil Action No. 2:15-CV-2087-DCN |

## **CONSENT ORDER OF DISMISSAL**

The above-entitled action is now pending in this Court.

NOW comes Motley Rice, L.L.C., Attorneys for the Plaintiff, and moves for an Order of Dismissal without prejudice as to Defendant Air & Liquid Systems Corporation, Successor by Merger to Buffalo Pumps, Inc. and

With the consent of Nelson Mullins Riley & Scarborough, LLP, Attorneys for Air & Liquid Systems Corporation,

ORDERED that the Plaintiff be granted an Order of Dismissal without prejudice in the above-entitled matter as to Air & Liquid Systems Corporation only. Each party to bear its own costs.

AND IT IS SO ORDERED.

This the 22nd day of December, 2016.

_____
David C. Norton
United State District Judge

| WE SO MOVE: | WE CONSENT: |
|---|---|
| MOTLEY RICE, L.L.C. | NELSON MULLINS RILEY & SCARBOROUGH, L.L.P. |
| s/W. Christopher Swett | s/Robert O. Meriwether |
| W. Christopher Swett | Robert O. Meriwether |
| Federal Bar No. 11177 | Federal Bar No. 01040 |
| Post Office Box 650001 | Post Office Box 11070 |
| Mt. Pleasant, SC 29465 | Columbia, SC 29211 |
| Attorneys for Plaintiff | Attorneys for Air & Liquid Systems Corporation |