IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

| | |
|---|---|
| Dianne R. Hensley, Individually and as Personal Representative of the Estate of Frederick Z. Hensley, Deceased,<br><br>                                    Plaintiffs,<br><br>vs.<br><br>3M Company, et. al.,<br><br>                                    Defendants. | C/A No.: 2:15-cv-2087-DCN<br><br>**STIPULATION OF DISMISSAL** |

Pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, the parties hereby stipulate to the dismissal with prejudice of all claims against Defendant Crane Co., and no others in this civil action, with each party to bear its own costs of this action.

WE SO STIPULATE:

s/ W. Christopher Swett
W. Christopher Swett
SC Bar No. 78251
Motley Rice, LLC
P. O. Box 650001
Mt. Pleasant, SC 29465

*Attorneys for Plaintiffs*

s/Christopher A. Jaros
Richard A. Farrier, Jr.
Fed ID No. 772
Christopher A. Jaros
Fed. ID No. 12094
K&L Gates LLP
134 Meeting Street, Suite 500
Charleston, SC 29401

*Attorneys for Defendant Crane Co.*

March 21, 2017