```
 1

 2                    IN THE DISTRICT COURT OF THE UNITED STATES
                           DISTRICT OF SOUTH CAROLINA
 3                             CHARLESTON DIVISION

 4

 5   HASKINS, et al.,              )      2:15-cv-02086-DCN
                                   )      3:15-cv-2123
 6            Plaintiffs,          )
                                   )      Charleston,
 7   VS                            )      South Carolina
                                   )      February 28, 2017
 8   3M COMPANY, et al.,           )
                                   )
 9            Defendants.          )

10

11                    TRANSCRIPT OF HEARING
             BEFORE THE HONORABLE DAVID C. NORTON,
12                UNITED STATES DISTRICT JUDGE

13   APPEARANCES:

14   For Plaintiffs          NATHAN D. FINCH, ESQ.
     John E. Haskins and     Motley Rice
15   Mary L. Haskins:        11 Glendon Avenue, 14th Floor
                             Los Angeles, California 90024
16
                             WILLIAM CHRISTOPHER SWETT, ESQ.
17                           Motley Rice
                             28 Bridgeside Boulevard
18                           Mt. Pleasant, South Carolina 29464

19   For Plaintiffs          JONATHAN GEORGE, ESQ.
     James Chesher           Waters & Kraus LLP
20   Cheryl Ann Chesher:     3141 Hood Street
                             Suite 700
21                           Dallas, Texas 75219

22   For Defendant Air &     ROBERT O. MERIWETHER, ESQ.
     Liquid Systems Corp.:   JAMES B. GLENN, ESQ.
23                           Nelson Mullins Nelson and Scarborough
                             P.O. Box 11070
24                           Columbia, South Carolina

25
```

1

2          Appearances continued:

3                              MR. DAVID FUSCO, ESQ.
                               K&L Gates
4                              K&L Gates Center
                               210 Sixth Avenue
5                              Pittsburgh, PA 15222

6                              MR. CHRISTOPHER JAROS, ESQ.
                               K&L Gates
7                              134 Meeting Street
                               Suite 200
8                              Charleston, SC 29401

9

10                                *   *   *

11

12

13

14

15

16

17

18

19

20

21
           Court Reporter:        Amy C. Diaz, RPR, CRR
22                                P.O. Box 835
                                  Charleston, South Carolina 29402
23

24

25              Proceedings recorded by mechanical shorthand,
            transcript produced by computer-aided transcription

1

**INDEX TO EXAMINATIONS**

**WITNESS**                                                      **PAGE**

2

CARLOS W. BEDROSSIAN, M.D.

3     Direct Examination by Mr. Finch                            6
      Direct Examination by Mr. George                          73
4     Cross-Examination by Mr. Meriwether                       78
      Redirect Examination By Mr. Finch                        158
5     Recross-Examination By Mr. Meriwether                    169

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

BEDROSSIAN - CROSS          4

1          THE COURT:  Okay.  I'm ready when y'all are.

2          MR. SWETT:  Good morning, Your Honor.

3          THE COURT:  Good morning.

4          MR. SWETT:  Keith Swett on behalf of Haskins.  If it

5    pleases the Court, I think we've agreed to do one proceeding

6    direct, and Haskins direct and Chesire and cross and cross,

7    and redirect.

8          THE COURT:  Okay.  That's fine.

9          MR. SWETT:  I have with me Nate Finch from Motley

10   Rice, and John George from Waters & Kraus.

11         THE COURT:  Good morning.

12         MR. FINCH:  I have been admitted in Haskins.  I

13   would like to enter an appearance on the Chesire case, and

14   Mr. George would like to enter an appearance in the Haskins

15   case so that we can streamline this and make it more

16   efficient with the Court.

17         THE COURT:  That's fine with me.  I guess you have

18   to give us another check to do that.

19         MR. FINCH:  We'll be happy to do it.

20         THE COURT:  We'll be happy to take your check.  You

21   get pro hac, you make the check and it clears, you are in.  I

22   don't think we do, but I'll let you in for the purposes of

23   this hearing anyway.  Good.  Thank you.

24         MR. FINCH:  Your Honor, at this time the plaintiffs

25   would call Dr. Carlos Bedrossian.

BEDROSSIAN - CROSS                5

1          THE COURT:  Okay.  Dr. Bedrossian.

2          MR. FINCH:  May I stand at the lectern?

3          THE COURT:  You can stand anywhere you want to.

4          THE CLERK:  Please come here and be sworn.  Place

5     your left hand on the Bible, and raise your right hand.

6     THEREUPON:

7                   CARLOS W. BEDROSSIAN, M.D.,

8     called in these proceedings and being first duly sworn

9     testifies as follows:

10          THE CLERK:  You may have a seat.

11          THE WITNESS:  Good morning, Your Honor.

12          THE COURT:  Good morning.  How are you?

13          MR. FINCH:  May I approach?

14          THE COURT:  Sure.

15          Thank you.  More binders.

16          MR. FINCH:  May it please the Court?  What we have

17     done, since this is a hearing pursuant to Federal Rule of

18     Evidence 104 about the qualifications and reliability of a

19     witness, we have -- Dr. Bedrossian is prepared to testify.

20     He has assisted us in the preparation of a PowerPoint.  Also

21     in the materials that we have just handed up to Your Honor is

22     Dr. Bedrossian's curriculum vitae, his report in the Haskins

23     case, his report in the Chesire case, as well as much of the

24     literature that is discussed in the PowerPoint.  Perhaps not

25     all of it but a good chunk of it, which is either cited in

Bedrossian - Direct (Finch)        6

1    his report or cited in the Dail and Hammar pathology

2    textbook, which he relies on, cited in the materials that we

3    submitted to the Court.

4        So what I would like to do is conduct the direct

5    examination, establish the qualifications of the witness, go

6    through some general topics, and focus in on Mr. Haskins, and

7    Mr. George will follow up on questions of Mr. Cheshire.

8        THE COURT:  When we get done, can you download a

9    copy of the PowerPoint to a thumb drive, so we can have a

10   copy?

11       MR. FINCH:  Absolutely.

12       THE COURT:  That's fine.

13       MR. FINCH:  We'll give you an electronic copy.  The

14   best laid plans of mice and men, we had a PowerPoint, but the

15   computer technology, it was my fault, didn't work.  So I'm

16   going to old school it and lay stuff on the Elmo.

17                    DIRECT EXAMINATION

18   BY MR. FINCH:

19    Q. Dr. Bedrossian, can you see the screen in front of you?

20    A. Oh, yeah, I do.

21    Q. All right.  Dr. Bedrossian, could you introduce yourself

22   to the Court and tell us where you grew up.

23    A. Okay.  My name is Dr. Carlos W. Bedroussian.  I'm a

24   pathologist, and I practice in Oak Park, a suburb of Chicago.

25    Q. Where -- could you give us a brief rundown of your

Bedrossian - Direct (Finch)          7

1   education and tell us where you got your medical degree.

2    A. After a biological science degree, I attended the

3   University of Sao Paulo in Brazil for six years, and I

4   graduated as a medical doctor in 1967.  In 1969, I came to

5   the United States.  I served a pathology residency at Baptist

6   Memorial Hospital in Jacksonville, Florida, which now is a

7   Mayo Clinic institution.  I also did two fellowships, one in

8   oncologic pathology, meaning study of cancer disease at M.D.

9   Anderson Cancer Center in Houston, followed by a fellowship

10   in pulmonary pathology and cytopathology at Baylor College of

11   Medicine.

12          I have been certified in anatomical pathology,

13   clinical pathology, cytopathology by the American Board of

14   Pathology, and by the International Academy of Cytology.

15    Q. Who was Dr. Greenberg, one of the doctors that trained

16   you?

17    A. Dr. Greenberg was the pulmonary pathologist at Baylor

18   College of medicine.  During my training, he had just started

19   a longitudinal study of the Tyler plant in Texas, which was

20   to follow patients exposed to asbestos from, you know, all

21   the way from early in the process; in other words,

22   asymptomatic patients, later on sputum cytology to see if

23   they had asbestos bodies.  Later on pathological examination

24   of the lungs when they die and were at autopsy, or when there

25   was a surgical procedure.

Bedrossian - Direct (Finch)        8

1    Q. And were you involved -- did that series of studies

2    result in papers that were published in the literature?

3    A. Yes, they did.  But, you know, like I was there, and I

4    was leaving as the project was starting.  So subsequently, I

5    didn't harvest the seeds that I planted because somebody else

6    was there.

7    Q. In addition to your medical degree, do you have any other

8    postgraduate degrees?

9    A. Yes.  I received a Ph.D. honoris causa from the

10   University of Naples in Italy based on my contributions to

11   the field of environmental pathology.  And I did nonmedical

12   degrees linked to my military service.  I retired a a colonel

13   in the U.S. Air Force Reserve, and during my period of

14   serving, I got a college graduation, and I also pursued two

15   master's degrees, one in military studies and the other one

16   on air power.

17   Q. Are you familiar with something called "The Armed Forces

18   Institute of Pathology"?

19   A. Yes, I am.

20   Q. Did you have some role with respect to that?

21   A. Yes.  Like when you are a reservist, you can do your

22   training in different facilities.  Although my days was in

23   Belleville, Illinois, I did my annual training at the Armed

24   Forces Institute of Pathology several times, and then at the

25   end of my career, I served six months attached to the AFIP

1    where my interests was to study pulmonary diseases, including

2    asbestos-caused diseases.

3    Q. Including mesothelioma?

4    A. Yes.  I saw upwards of 400 cases when I was there.

5    Q. You reviewed over 400 cases of mesothelioma when you were

6    at the Armed Forces Institute of Pathology?

7    A. Correct.  Extended over the annual trainings for several

8    years, and then the longer period at the end of my

9    assignment.

10    Q. Could you give the Judge just a brief rundown of the

11    specific education and training you've had with regard

12    specifically to asbestos-related diseases.  You've touched

13    upon some of it, but just in a little bit broader overview,

14    could you explain that?

15    A. Well, in the process of acquiring knowledge about

16    asbestos-related lung disease, I pursued education, training,

17    acquired knowledge and experience, and my knowledge was

18    acquired from my -- you know, following my education and

19    training by practicing pathology and with an interest in

20    environmental pathology, including asbestos-related lung

21    disease.  During that process, I had fellows, these are

22    residents that came in for specialty training, and over my

23    career I graduated 36 fellows.  Then I set up programs in

24    cytopathology for the diagnosis of mesothelioma by

25    noninvasive procedures.  And for 30 years, from 1976 to 19 --

Bedrossian - Direct (Finch)        10

1    20 years -- 1996, I was on the faculty of the American

2    Society of Clinical Pathology, where I gave workshops on the

3    theme of pulmonary pathology including mesothelioma.  And

4    during these sections, I interacted with practicing

5    pathologists who participated in the workshop.

6      Q. Have you ever served on the faculty at any medical

7    schools or medical colleges?

8      A. Yes, I did.

9      Q. Could you describe briefly what that has been.

10     A. My first appointment was University of Oklahoma.  Then I

11   went back to Houston, and I didn't go back to Baylor, I went

12   to the University of Texas at Houston.  Subsequently, I was

13   on the faculty at Vanderbilt University, St. Louis

14   University, Northwestern University.

15     Q. Have you been licensed to practice medicine in various

16   states?

17     A. Yes, I am.

18     Q. And where are you licensed to practice and where have you

19   been licensed to practice?

20     A. I'm licensed in Texas and in Illinois.

21     Q. While you were at the Armed Forces Institute of

22   Pathology, how many cases of mesothelioma did you review?

23     A. All together upwards of 400 cases.

24     Q. And have you consulted on mesothelioma cases since then?

25     A. Yes, I have.

Bedrossian - Direct (Finch)       11

1      Q. Approximately how many cases of mesothelioma have you

2    seen while you have been in private practice working on legal

3    cases like this?

4      A. Approximately another 400 cases.

5      Q. Have you published any articles in the peer-reviewed

6    medical literature?

7      A. Yes.  I have published a total of 220 articles.

8      Q. Of those 220 --

9      A. Book chapters.

10     Q. 220 articles and book chapters?

11     A. Right.

12     Q. How many articles deal specifically with asbestos-related

13    disease?

14     A. From the diagnostic point of view, in other words, how do

15    you recognize mesothelioma by cytology or histopathology,

16    probably 40 or more papers, and 20 of those were more

17    specific on mesothelioma.  And I must add that on the basis

18    of my studies and contributions, I'm a fellow of the American

19    College of Chest Physicians, which is designed for

20    clinicians, but some pathologists who contribute to the field

21    receive that title.

22     Q. The American College of Chest Physicians, is that related

23    to the American Thoracic Society?

24     A. No, it's a different one.

25     Q. Do you -- do you regularly review the literature on

1    asbestos and asbestos disease causation?

2     A. Yes, I do.  I follow it as a user of the information, but

3    for 32 years, I served as the editor in chief of *Diagnostic*

4    *Cytopathology.*  That is a journal that I founded in 1985, and

5    in that capacity I reviewed articles that are submitted for

6    publication, judging the quality, the accuracy, and the

7    integrity of the information.

8     Q. Do you maintain a library in your office of textbooks and

9    medical journals and other types of articles that relate to

10    the diagnosis and causation of asbestos-related diseases?

11     A. Yes, I do.

12     Q. Do you -- as part of your training and part of your

13    review of the literature, do you have an understanding of the

14    amount of asbestos that is necessary to cause different

15    diseases, including mesothelioma?

16     A. Yes.

17     Q. Have you kept up with the literature concerning fiber

18    release from different types of asbestos-containing products?

19     A. Yes, I did.

20     Q. Are you specifically familiar with the industrial hygiene

21    and medical literature relating to gaskets?

22     A. Yes.

23     Q. Do you have, in fact, a bibliography of gasket literature

24    that you brought with you to your deposition in either the

25    Cheshire case or the Haskins case?

Bedrossian - Direct (Finch)        13

1    A. Correct.  But I should add that not being a materials

2    scientist or an industrial hygienist, I am not an expert on

3    the techniques in the calculations that they use for

4    evaluating exposures.

5    Q. But do you rely on the information that is generated from

6    industrial hygiene reports or material scientists' reports to

7    obtain a qualitative understanding of the types of exposures

8    associated with working with those products?

9    A. Yes, correct.  So they help me to form my understanding

10   of the connection between the possible cause and the disease.

11   Q. Have you helped me and Mr. George prepare a slide show

12   that lists the types of materials that you and other doctors

13   rely upon in assessing causation of mesothelioma?

14   A. Yes, I did.

15   Q. Is this a list of the kinds of materials that you

16   consider in assessing causation in a mesothelioma case?

17   A. Correct.

18       MR. FINCH:  Your Honor, I could have Dr. Bedrossian

19   identify and talk about these, but in the interest of time,

20   unless Your Honor has questions about what these materials

21   are on, I could move on.

22       THE COURT:  That's fine.  You can move on.

23       MR. FINCH:  Okay.  Thank you, Your Honor.

24       THE COURT:  If the defendants think it's important,

25   they can bring it out.

Bedrossian - Direct (Finch)        14

1    BY MR. FINCH:

2      Q. Dr. Bedrossian, are you familiar with this textbook?

3      A. Yes, I am.

4      Q. *Dail and Hammar's Pulmonary Pathology:  Neoplastic Lung*

5    *Disease*?

6      A. Correct.

7      Q. Do you rely on it as reliable on the diagnosis and

8    causation of mesothelioma?

9      A. Yes, I do.  In fact, I contributed a chapter to the first

10   edition of that book.

11     Q. And am I correct that the chapter on -- the chapter you

12   would find is a very long, lengthy discussion of mesothelioma

13   is Chapter 43, "Neoplasms of the Pleura"?

14     A. Correct.

15     Q. That begins on 558?

16     A. As far as I can see from here.

17     Q. And it goes on, well, over the footnotes and the

18   citations, ends at page 734 --

19     A. Right.

20     Q. -- in that chapter?  And does this chapter contain

21   information on all of these subjects:  medical literature,

22   industrial hygiene literature, material science literature,

23   discussion of scientific consensus on various things related

24   to asbestos and mesothelioma?

25     A. Yes, it does.  That means a holistic approach to the

Bedrossian - Direct (Finch)        15

1    study of a disease, not only from the clinical and

2    pathological aspect, but also on the epidemiological aspect,

3    consensus reached by learned bodies that evaluate the

4    available information.  It cites case reports and case series

5    which are clinical reports of real patients.  It relies on

6    review articles, many of which are meta analysis.  It takes

7    into account scientific organizations and regulatory agencies

8    that issue a statement or a consensus paper on that.  It

9    takes into account toxicology as well as animal studies, and

10   it touches on industrial hygiene and material science; and

11   more importantly, it addresses the issue of fiber release and

12   the tests of workplace by researchers or governmental

13   agencies.

14    Q. And is -- is this a pathology textbook that is written by

15   pathologists for pathologists to use and rely upon?

16    A. Correct.

17    Q. And you regard it as reliable and authoritative?

18    A. Yes, I do, although I don't agree with every statement in

19   the book.

20    Q. When I ask you if it is reliable and authoritative, not

21   every word written, something that you would regard as a

22   well-recognized article or book on the subject matters we are

23   talking about today?

24    A. Correct.

25    Q. And is relying on both the statements in Dale and Hammar

Bedrossian - Direct (Finch)          16

1    and the information that is provided in it part of the

2    methodology that you use to reach conclusions about causation

3    of mesothelioma?

4     A. That's correct.

5     Q. And is it part of the methodology that you used to reach

6    conclusions about the causation of mesothelioma in both the

7    Haskins and the Cheshire cases?

8     A. Yes, it is.

9     Q. Okay.  You were -- you were hired by my law firm in the

10    Haskins case, and Mr. George's law firm in the Cheshire case;

11    is that right?

12    A. Correct.

13    Q. And just generally, briefly, what were you asked to do in

14    those two cases?

15    A. I was asked to confirm the diagnosis and to determine

16    what caused the condition, in this case mesothelioma.

17    Q. Now, are you familiar with the phrase in medicine

18    generally -- we'll get to asbestos specifically in a little

19    bit -- but "differential diagnosis"?

20    A. Yes, I am.

21    Q. Could you explain to His Honor what does differential

22    diagnosis mean both in the terms of choosing between two

23    different diagnoses, and in, once you have the diagnoses,

24    determining what caused a particular disease.  Let's start

25    out general and then we'll move specific to asbestos.

Bedrossian - Direct (Finch)        17

1    A. Yes.  That name means that when you examine a case or a

2    situation, you take into account other possibilities, so that

3    you can differentiate between one and the other one before

4    you accept the diagnosis.  And that is done through normal

5    clinical practices.  For example, you always obtain a history

6    of the disease as the patient remembers.  You do a physical

7    examination or you complement that physical examination with

8    ancillary tests, including x-rays, CT scans, MRI, and this is

9    known as clinical pathological correlation.

10        In the case of environmental lung diseases, you take

11    into account the latency period; that is, the time that

12    lapses between first exposure to a particular agent that is

13    purely the cause of the disease and the diagnosis of the

14    disease.  In addition to that, you end up doing an

15    environmental differential diagnosis, where in your mind you

16    consider every possible cause, may they be physical,

17    chemical, or biological; biological being an infection,

18    chemical would be the effect of the substance upon the

19    cellular structure of the lung, and can be radiation, can be

20    asbestosis, can be a number of minerals that affect the lung.

21        After you excluded all of the possibilities and you

22    are left with asbestos, for example, then you can make your

23    final diagnosis through that entire process from

24    multidisciplines and a holistic approach.

25    Q. And in a differential diagnosis process, and I'm using

1   the term to include not only choosing between two diagnoses,

2   but determining causation, is that something that is

3   generally accepted in the medical profession as a way to both

4   investigate what disease a patient has and what may have

5   caused his or her disease?

6    A. Yes.  The first exercise, meaning reaching a final

7   diagnosis is necessary for you to have the exact condition

8   that affects the patient.  Next very obviously, the patient

9   and the clinician want to know what was the cause of that

10   condition.  And that is when you have to consider all

11   possible physical, chemical, and biologic agents.  And after

12   you exclude several of those, you are left with the condition

13   that through your understanding you connect as a causation.

14    Q. And did you -- did you apply the differential diagnosis

15   process in both Mr. Haskins' case and Mr. Cheshire's case to

16   both confirm their diagnoses of mesothelioma and to determine

17   what caused their mesotheliomas in each case?

18    A. Yes, I did.

19    Q. And that was -- was that one of the bases for your

20   conclusions and opinions in both cases, the following this

21   differential diagnosis process you just described both as

22   what the disease is and the causation?

23    A. That's correct, and you can refer to that as the

24   methodology that you apply through the situation to reach a

25   conclusion.

Bedrossian - Direct (Finch)      19

1    Q. Are you familiar with something -- we'll get to it later

2    on, but are you familiar with something called the "Helsinki

3    Criteria" for the diagnosis of asbestos-related disease?

4    A. Yes, I am.

5    Q. Is that another bases or methodology that you applied to

6    asbestos exposures in both of these cases to form your views

7    in the causation of these cases?

8    A. Correct.

9          MR. FINCH:  Your Honor, I don't believe for the

10   purposes of this hearing there is any challenge to the

11   diagnosis of mesothelioma in either case.

12         MR. MERIWETHER:  Your Honor, though I think that

13   there are potential issues with the diagnosis in the Haskins

14   case, they are not relevant to this hearing.  I don't believe

15   our motion addressed that.

16         MR. FINCH:  That was --

17         MR. MERIWETHER:  Frankly just about *Daubert*.

18         MR. FINCH:  That is my understanding.

19         MR. FUSCO:  The same for the Cheshire case.

20         THE COURT:  There is no issue about qualifications,

21   either, is there?

22         MR. FUSCO:  In the Cheshire case, we don't have an

23   objection to Dr. Bedrossian's qualifications as a pathologist

24   to diagnose mesothelioma.  The objection is to the ultimate

25   conclusion.

Bedrossian - Direct (Finch)        20

1                  THE COURT:  Right.

2                  MR. FUSCO:  Subsequent opinion.

3                  MR. MERIWETHER:  Same is true for Haskins.

4                  MR. FINCH:  Okay.  Your Honor, at this time I would

5       ask you to recognize Dr. Bedrossian as an expert in

6       pathology, the diagnosis of asbestos-related diseases, the

7       causation of asbestos-related diseases, general causation of

8       mesothelioma, and specific causation of mesothelioma.

9                  THE COURT:  Okay.  Without objection as to

10      qualifications, I understand your challenges to ultimate

11      opinion.  Okay.

12                 MR. FINCH:  May I proceed, Your Honor?

13                 THE COURT:  Sure.

14                 MR. FINCH:  Okay.

15      BY MR. FINCH:

16       Q. Just briefly, Dr. Bedrossian, am I correct that for both

17      Mr. Haskins and Mr. Cheshire you reviewed pathology material

18      and confirmed the diagnosis of mesothelioma in both cases?

19       A. Yes, I did.

20       Q. And then you determined what caused their mesothelioma in

21      each case; is that right?

22       A. That's correct.

23       Q. Okay.

24       A. But I must add that when I made the diagnosis, it doesn't

25      mean that just I look under the microscope and came up with

Bedrossian - Direct (Finch)        21

1    an answer.  I took into account the clinical, pathological,

2    radiological findings, and all the other items that we have

3    discussed before, meaning the work history and the

4    differential between possible causative agents.

5     Q. We'll get to that in just a second.  First, does this

6    slide as a general matter describe the types of materials

7    that you reviewed for these cases?

8     A. Yes.  And, for example, the medical records will contain

9    the history, the physical findings, the radiological features

10    of the case.  The pathological material actually provided me

11    with the very lung tissue of that particular patient where I

12    look for abnormalities.  And if I find a growth of tumor

13    cells, obviously I make the diagnosis of malignancy, and then

14    depending on the characteristics of the growth, I make a

15    histopathological diagnosis, let's say of mesothelioma, and

16    then I confirm that by special stains that reinforce the

17    original clinical pathological diagnosis.

18     Q. Now, as part of your review of medical records and

19    clinical records, did you find that these gentlemen suffered

20    from diseases in addition to mesothelioma that are

21    asbestos-related?

22     A. Yes.  They had some, you know, comorbidities.

23     Q. Did either one of them or both of them have what is

24    called pleural plaque or pleural thickening?

25     A. Yes.  These are the radiological features I was referring

Bedrossian - Direct (Finch)        22

1   to, and in particular in mesothelioma and in these two

2   patients, there were signs that the patient was exposed to

3   asbestos.  These signs are very specific for asbestos

4   exposure to the point that pleural plaques, which are bona

5   fide evidence of asbestos exposure, are not found in other

6   types of scarring of the lung.  So in both gentlemen, I saw

7   evidence of pleural plaques.

8     Q. Is -- is this an example on the right of -- not in these

9   particular gentlemen.  This is an example of the pleural

10  plaque, a picture of it taken from an American Thoracic

11  Society document?

12    A. Yes.  And this is a great example of the correlation that

13  I was talking about.  If you look at the x-ray, if you look

14  at the outer surface of the lung, you can see that on the

15  left side, you have real evident plaquing occurring in the

16  superior aspect of the lung.

17    Q. Here, I mean on the --

18    A. Right.

19    Q. -- the pleural plaques are on the pleura, around the

20  lung?

21    A. The outer part of the lung.  Now, the lung parenchyma

22  could have had asbestosis, but it didn't in this particular

23  case, but it's not necessary that you have both asbestosis

24  and pleural plaque.  Now, the -- from the radiological

25  picture, now you see if the pathology fits that clinical

Bedrossian - Direct (Finch)        23

1    diagnosis based on radiology.  And you see on the right side

2    is the surface of the lung with the impression of the ribs

3    upon the organ, and you have a whitish elongated spot.

4       Q. This right here, what my finger is on?

5       A. Yeah.  It looks milky white, and when you do autopsies,

6    and you see it, you immediately recognize it as pleural

7    plaque.

8       Q. So what the laser pointer is pointing up to here, can you

9    see that?

10      A. Yes.

11      Q. That is a pleural plaque?

12      A. Correct.

13      Q. And you found that in both of these patients, Mr. Haskins

14   and Mr. Cheshire?

15      A. Yeah, I found them referred to or documented by

16   radiological means.  I did not have the gentlemen's lungs for

17   me to examine.

18      Q. Could you just briefly give us an overview of what is --

19   what is asbestos and how it impacts on the human lung and

20   pleura?

21      A. Yes.  Asbestos is the general name that you apply to

22   certain fibrous minerals that occur in nature.  You have to

23   mine them to find areas where there are outcroppings of

24   asbestos.  You crush the rock, and you look at the particles

25   that derive from that, and they are distinctively elongated

1    where the length is several times greater than the diameter.

2    That defines a fiber.

3     Q. Now, as part of your work as a pathologist, have you

4    become familiar with the various types of asbestos that were

5    used commercially in the United States and around the world?

6     A. Yes, I have.

7     Q. And you take the different types of asbestos into account

8    when you were assessing causation of asbestos-related

9    diseases in a particular person?

10     A. That's correct.

11     Q. Could you just briefly describe for the Judge what are

12    the major asbestos varieties that have been used commercially

13    in this country --

14            MR. FINCH:  May I approach the witness?

15            THE COURT:  Sure.

16            THE WITNESS:  Thank you.

17     A. There are two major types of asbestos.  One is called

18    "serpentine," meaning that is curved, which is represented on

19    the left with the word "chrysotile," and you can see that the

20    shape is circuitous.  Then there is another category that's

21    an aggregate and known as amphibole asbestos where the fibers

22    are thicker, and they are straight.  The important thing is

23    on the left, the chrysotile, because of the shape, is

24    flexible; whereas the materials that use amphibole, the

25    asbestos fibers are brittle.

Bedrossian - Direct (Finch)        25

1    Q. And so this is -- this is the -- on the -- to the right

2    here, this would be the amphiboles and this is chrysotile?

3    A. Correct.

4    Q. Is tremolite -- what is tremolite, and why is it both on

5    the amphibole side and in the little box of chrysotile?

6    A. Can you repeat that?

7    Q. What is tremolite, and how does it relate to chrysotile?

8    A. Tremolite is another type of amphibole.  Amosite and

9    crocidolite were commercially available and used widely.

10   Tremolite, on the other hand, can be present in the mixture

11   of fibers.  It can contaminate both chrysotile -- I mean a

12   product that contains chrysotile, or it can be part of the

13   mix where the various fiber types are present.

14   Q. Do you have, based on your review of Dail and Hammar's

15   pathology textbook and other sources, have an understanding

16   of approximately -- of the types of asbestos that were

17   historically used in the United States, how much was the

18   serpentine and the chrysotile, and how much was the

19   amphiboles?

20   A. At present 95 percent of the asbestos products available

21   on the market contain chrysotile.  In the past amosite and

22   crocidolite were common types of asbestos in the products.

23   Q. Now, you were mentioning how chrysotile is flexible.  And

24   could you describe for us the significance of that when

25   asbestos fibers are inhaled into the lungs and what that

Bedrossian - Direct (Finch)        26

1    means for the chrysotile getting to the parts of the lungs

2    that can cause disease?

3     A. Yes.  In order for fibers to gain access to the lung,

4    first they must be present in the product at hand.  Then they

5    have to be friable, meaning the material's friable and breaks

6    up and releases dust particles.  Next that -- the particles

7    have to be airborne for the individual to be exposed to it.

8    Like undisturbed, let's say dust on the floor or dust on the

9    surface, by itself is not toxic because it does not gain

10   access to the lung.  However, if they are suspended in the

11   air, as determined by seeing visible dust, the individual

12   working with it cannot help but breathe them in their lung.

13        Now, what happens on the way between the source of

14   the asbestos and the lung cells are different events.  For

15   example, the fibers tumble, so they don't particularly go in

16   a direct route, but they also line up with the long axis of

17   the airway, so that even a long fiber can penetrate because

18   it acts like a javelin and travel vertically.  On the way to

19   the lung, they encounter bifurcations, meaning splits in the

20   airways, so they usually have an impact in that area.  And

21   the impact can cause them to break.

22        So you may start with a mixture that has a lot of

23   long fibers, but you may end up with small fragments, and

24   that is important because when chrysotile is fragmented, if

25   you have like a curve like that, a segment of that becomes

Bedrossian - Direct (Finch)         27

1    now straight.  So although it was claimed that chrysotile

2    behaved differently than amphiboles on the way to the lung,

3    now we know that because of the overwhelming number of fibers

4    in all the possible events, possible impactions, and fiber in

5    breaking up, you end up with a mixture of fibers in through

6    the lung parenchyma.

7    Q. What does that mean for the fibers that ultimately get to

8    the pleura where mesothelioma occurs?

9    A. Okay.  Now, in that picture, if you can point to the

10   lymph nodes.

11   Q. The lymph nodes are the green dots here?

12   A. Yeah, like the one on the right is a large one.

13   Q. That one?

14   A. Yeah.

15   Q. Okay.

16   A. Now, as they go in --

17   Q. And the "they," you are talking about the fibers?

18   A. Correct.

19   Q. Okay.

20   A. When they go in, they are subject to the structures of

21   the lung.  Now, the lung has little pumps that remove

22   material from the airway and sequester them.  And this is

23   done by absorption of the fibers into lymphatics.  Now, in

24   the lymphatics, some of the fibers are eaten up by cells that

25   attempt to eliminate them, but eventually those cells -- I

Bedrossian - Direct (Finch)         28

1    mean those fibers that are in the lymph nodes, they travel

2    through the lymphatics to the surface of the lung.

3    Lymphatics are blood vessel-like structures that transport

4    liquid called the lymph in cells.

5     Q. These green dots are the lymph nodes, and the green lines

6    are part of the lymphatic system; is that right?

7     A. Correct.

8     Q. Okay.

9     A. Now, from there -- after they travel into the pleura, the

10    pleura itself has lymphatics, and the pleura lymphatics pick

11    up the fibers and take them anywhere in the body they enter

12    circulation.  So that asbestos is a systemic carcinogen.

13    Those fibers travel to other organs, kidney, pancreas, liver,

14    sometimes eyeball.  If the person is pregnant, they travel

15    and affect the fetus.

16     Q. What happens when the asbestos fibers get to the pleura,

17    though?

18     A. Okay.  That is where the action is.  They basically -- if

19    you think of it as a gorilla that is invading the structure,

20    once they get to cell level, that is when they do their dirty

21    work.

22     Q. And --

23     A. They are carcinogenic.  They trigger a process by which a

24    benign cell that replicates and stops replicating turns into

25    a malignant cell that starts replicating uncontrollably, and

Bedrossian - Direct (Finch)        29

1    that is the definition of cancer.

2      Q. And is one of the diseases that asbestos causes the

3    pleural mesothelioma like what Mr. Haskins and Mr. Cheshire

4    had?

5      A. Correct.  The tumors that arise on the surface of the

6    pleura are called "mesothelioma."  And the tumors that arise

7    in more central areas of the lung, meaning within the

8    bronchial tree, they are known as bronchiogenic carcinoma,

9    colloquially referred to as "lung cancer."

10     Q. Okay.  And does cigarette smoking have any causative

11   relationship with pleural mesothelioma?

12     A. Not with pleural mesothelioma, it does have a

13   relationship with lung cancer.

14     Q. Okay.  Now, you found in the medical records evidence

15   that both men had both pleural plaquing and mesothelioma.

16   What was the significance of finding a pleural plaque in both

17   of these gentlemen for you in your differential diagnosis

18   causation analysis?  Why was that important to you?

19     A. Okay.  Plaquing is a signal that the individual has

20   inhaled asbestos fibers.  It's a very specific condition

21   under the microscope which is associated virtually all of

22   them, with some exposure to asbestos.  Now, there are other

23   forms of scars that may resemble a pleural plaque, but for

24   the trained pathologist, the pleural plaque is called active

25   pneumonic, meaning it only occurs with that type of injury.

Bedrossian - Direct (Finch)          30

1      Same thing with the mesothelioma.  The connection between

2      asbestos and mesothelioma is so overwhelming that

3      epidemiologists issue a concept saying, "When you have

4      asbestos exposure and malignant mesothelioma, mesothelioma is

5      caused by asbestos until proven otherwise."

6       Q. You just described something.  Is that called "a

7      signature disease," mesothelioma and asbestos?

8       A. Yes.  It's a signature disease or a signal lesion, like

9      the plaque is a lesion; mesothelioma is a lesion.

10      Q. And is that something that -- is the fact that

11     mesothelioma is a signalled tumor for asbestos exposure

12     something that you took into account in doing your

13     differential diagnosis for both of these gentlemen?

14      A. Yes, I did.  But I didn't stop there.

15      Q. What did you do for each case?

16      A. I did a very careful examination of all the evidence that

17     I have:  clinical, radiological, pathological, prior studies

18     showing conditions similar to what the workers experienced,

19     and my general knowledge about epidemiology and about

20     causation.

21      Q. As part of your process of causation analysis in each

22     case, did you rule out other potential causes of their

23     mesothelioma?

24      A. Yes, I did.

25      Q. What are some of the very rare potential causes of

Bedrossian - Direct (Finch)        31

1    mesothelioma that you ruled out in both of these cases?

2     A. Okay.  I'll get into that.  But more importantly, the

3    main point is that once you have mesothelioma, it can either

4    be two causes, either asbestos exposure or no asbestos

5    exposure, meaning idiopathic or spontaneous, meaning that you

6    and I and everybody else in the room could develop

7    mesothelioma even if we are not exposed to asbestos.

8            Now, as far as other causes that I considered are

9    the ones described in the literature.  Mesotheliomas can be

10   caused by nonasbestos conditions, for example, radiation

11   therapy.  A woman that has a breast cancer and she gets

12   radiation of the chest and the lung is not properly

13   protected, she can develop lung cancer as well as

14   mesothelioma.  Individuals who are injected with a

15   radioactive material through the systemic circulation, the

16   material being known as Thorotrast, they also have developed

17   mesothelioma.  I have seen one case of a chronic infection of

18   the lung known as empyema that later on the patient developed

19   mesothelioma without a history of asbestos exposure.

20           But it's important to say that in a patient that has

21   no history of asbestos exposure, you would consider these

22   other causes.  But in an individual that has a bona fide

23   history of exposure, has all the necessary criteria to

24   develop mesothelioma, it will be nonsensical to say that all

25   that asbestos that he inhaled was harmless, and he,

Bedrossian - Direct (Finch)        32

1    therefore, had a spontaneous mesothelioma.

2     Q. And in both of these cases, did you write reports where

3    you relayed your understanding at the time of what the

4    general asbestos exposure history was experienced by each

5    patient, Mr. Cheshire and Mr. Haskins?

6     A. Yes, I did.

7     Q. Okay.  Just a couple of other concepts.  Latency.  What

8    is the -- what does the term "latency" mean when it comes to

9    asbestos and mesothelioma?

10    A. It means the time that it takes from first exposure to an

11    agent and the diagnosis of the disease.

12    Q. I want you to assume that --

13    A. It can also be an incubation period.

14    Q. I want you to assume that Mr. Haskins, he was first

15    exposed to asbestos in 1953.  Is that consistent -- and he

16    was diagnosed with mesothelioma in 2013.  Is that 60-year

17    latency period consistent with mesothelioma in the

18    literature?

19    A. That's correct.  In the literature you see some cases

20    with very small time of exposure, anywhere from days to weeks

21    and months, but the vast majority falls between 30 and

22    40 years, but the bell curve distribution can have patients

23    with 50, 60, and even 70 years, particularly if they are

24    exposed as a child.

25    Q. And was Mr. Cheshire's latency period also consistent

Bedrossian - Direct (Finch)        33

1    with mesothelioma?  His first exposure was more than 40 years

2    ago to asbestos.  Is that consistent with an asbestos-related

3    mesothelioma?

4     A. Yes, it fell within the range.

5     Q. Just briefly, what is individual susceptibility

6    generally, and what does it mean in the context of an

7    asbestos-related disease like mesothelioma?

8     A. The best way to explain it is, for example, we are all in

9    this room, and a person or more may have the flu.  That means

10   that they are expectorating viruses, and we are all exposed

11   to it.  But not all of us are going to develop the flu.  We

12   may have been vaccinated, or we may be particularly resistant

13   to the development of the flu, meaning that depending on the

14   condition of the patient at the point of exposure, one

15   individual may develop and another one may not.

16    Q. Does this concept of individual susceptibility apply to

17   cancers like lung cancer and mesothelioma as well?

18    A. Yes, they do.

19    Q. For example, I'm sure everyone knows people who smoke

20   lots and lots of cigarettes, two packs a day for 50 years and

21   don't get lung cancer, yet other people might smoke a pack a

22   day for 20 years, and they do get lung cancer.  Is that an

23   example of individual susceptibility to lung cancer from

24   cigarette smoke at work?

25    A. Yes, it is.  It's known as the "granddad excuse."

Bedrossian - Direct (Finch)          34

1      Granddad smoked all his life, and he didn't die of lung

2      cancer; therefore, I can smoke anytime I want.

3       Q. I can smoke two packs of Marlboros a day, and I'll live

4      forever, right?

5       A. Correct.

6       Q. And that same principle applies to asbestos exposure and

7      mesothelioma?

8       A. Yes, it does.

9       Q. Are you okay?  Do you need to take a short recess or are

10     you --

11      A. Yeah, I could take a real short one to find my glasses.

12             THE COURT:  All right.  Take -- just let me know

13     when you are ready, okay?

14             THE WITNESS:  Great.  Thank you.

15             MR. FINCH:  Yes.

16             (Thereupon, there was a brief recess.)

17     BY MR. FINCH:

18      Q. Dr. Bedrossian, before we left off, we were talking about

19     individual susceptibility.  I'm going to turn now to a

20     slightly different topic.  As part of your differential

21     diagnosis, causation analysis here, did you take into

22     consideration what you know from the literature and from

23     books like Dail and Hammar about what is the nature and level

24     of asbestos exposure that is sufficient to cause

25     mesothelioma?

Bedrossian - Direct (Finch)        35

1      A. Yes, I did.

2      Q. And what is the nature and level of asbestos exposure

3      that has been demonstrated sufficient to cause mesothelioma?

4      A. The level has to do with individual susceptibility, so --

5      Q. You were beginning to describe the -- what is the

6      threshold for mesothelioma?

7      A. Well, in general, there is no safe threshold because

8      mesothelioma may have occurred in very small exposures, very

9      low exposures, as little as a few hours or a few days.

10     Q. Has each of these scientific or regulatory organizations

11     issued statements or pronouncements that has discussed this

12     fact that there is no safe level of exposure to asbestos

13     below which mesothelioma will not occur?

14     A. That's correct.  Now, the regulatory agencies issue

15     different types of statements, but an important one is the

16     OSHA permissible emission level.  Many people mistake that to

17     mean that if you are below that level, you are not going to

18     have cancer.  They didn't say that.  They simply said, "For

19     purposes of regulation, this is what we propose to be the

20     limit," but they never exonerated an exposure lower than the

21     PEL as being safe.  So there is no threshold below which you

22     will not develop mesothelioma.

23     Q. In addition to regulatory agencies like OSHA or the EPA,

24     have there been scientific agencies, regulatory agencies and

25     scientific bodies?

Bedrossian - Direct (Finch)        36

1    A. Correct.  Obviously this is a complex subject, so -- and

2    also contentious, so for that reason groups of scientists

3    from different learned societies or institutes have convened

4    together and have elaborated the guidelines or the current

5    understanding of those, meaning that there is no threshold.

6    Q. Has the International Agency for Research on Cancer

7    concluded that -- is that an example of a scientific

8    organization?

9    A. Yeah, that's a scientific organization, and they issued a

10   consensus paper in 2012.  Another group is the Helsinki

11   Conference on Asbestos and its Diseases.  They actually set

12   out what they call "the Helsinki criteria" where they analyze

13   what evidence you need to connect mesothelioma to the

14   asbestos exposure.  There are other bodies or other groups in

15   various European countries.

16   Q. Is the National Cancer Institute an organization that is

17   a scientific entity here in the United States?

18   A. Yes, it is.

19   Q. Have they put out an asbestos fact sheet that states that

20   the overall evidence suggests there is no safe level of

21   asbestos exposure?

22   A. That's correct.  They examined a number of studies, a

23   number of documents, and considered all the information,

24   formed an understanding, and from that they developed a

25   conclusion, and their conclusion is that the overall evidence

Bedrossian - Direct (Finch)        37

1    suggests that there is no safe level of asbestos exposure.

2     Q. And do you regard the -- you obviously helped us put

3    together this PowerPoint yesterday, and it cites to a fair

4    amount of literature.  Do you regard the literature as

5    reliable and authoritative in terms of mesothelioma causation

6    by asbestos?

7     A. Are you referring to the references that are quoted?

8     Q. Yes.

9     A. They are part of the complete body of knowledge that

10   leads to that conclusion, and they are just examples from --

11   of the types of papers that are available.

12    Q. Is the British Thoracic Society an example of a

13   scientific organization in the United Kingdom?

14    A. Yes, it is.

15    Q. And have they put out a statement on the level of

16   mesothelioma in the United Kingdom?

17    A. Yes, they did.  They are similar to the American Thoracic

18   Society.

19    Q. And is this an example of what they have concluded about

20   mesothelioma?

21    A. That's correct.  They concluded that there is no evidence

22   or threshold dose of asbestos below which there is no risk.

23    Q. How many --

24    A. I want to go back to the individual susceptibility.  That

25   is the main reason why you cannot say a safe dose because you

Bedrossian - Direct (Finch)        38

1    don't know the makeup of the patient being exposed.  You

2    don't know his individual susceptibility.

3     Q. Have there been -- just big picture, how many articles

4    have been published in the peer-reviewed scientific

5    literature on asbestos and mesothelioma?  Are we talking

6    hundreds?  Thousands?

7     A. Oh, thousands if you list everything.  The ones that I

8    know are reliable ones would be several thousand.

9     Q. Are there multiple articles in the medical literature

10   that appear in the peer-reviewed literature that demonstrate

11   that there are people who develop mesothelioma with asbestos

12   exposures as brief as a day to a matter of hours?

13    A. Yes, there are.

14    Q. Is this concept that there is no minimum threshold level

15   of exposure discussed in the Dail and Hammar textbook?

16    A. Yes, it is.

17    Q. What does Dail and Hammar have to say about the threshold

18   for mesothelioma?

19          MR. FINCH:  This is on page 587 of the Dail and

20   Hammar textbook, Your Honor.

21    A. Right.  They stated that there is no minimum threshold

22   level of exposure to asbestos that has been delineated below

23   which there is no increase in the risk of malignant

24   mesothelioma in most authorities' approach causation of

25   mesothelioma by asbestos from the perspective of a

Bedrossian - Direct (Finch)        39

1    no-threshold model.

2    BY MR. FINCH:

3    Q. Are you familiar with an article published in the

4    peer-reviewed literature almost 50 years ago titled

5    "Mesothelioma and Asbestos Exposure" by the lead authors Jan

6    Lieben and Harry Pistamka?

7    A. Yes, I am.

8    Q. April, 1967.  Am I correct that that article is a series

9    of mesothelioma cases where they confirm the diagnosis and

10   they describe the exposures that various people have?

11   A. Correct.  That is an example of case series.  They

12   describe some of the patients individually.

13   Q. Could you describe for the Court what the exposure

14   history of patient 4Q in this is?

15   A. Well, as indicated here, the patient was employed in

16   industrial sales and never had any occupational asbestos

17   exposure, meaning handling material.  Extensive questioning

18   revealed that on two occasions several years before, he

19   applied asbestos insulation to boilers in his home, mixing

20   the asbestos cement himself, so he created his own cement by

21   mixing it with asbestos.  His total exposure during these

22   applications was only a matter of hours.

23   Q. Am I correct that asbestos cement, not the insulation,

24   but the cement is typically or almost exclusively made of

25   chrysotile asbestos?

Bedrossian - Direct (Finch)        40

1    A. Correct.  It is.

2    Q. Are you familiar with an article published in the *British*

3    *Journal of Industrial Medicine* entitled "Mesothelioma

4    Register 1967/1968" where the lead author is Morris

5    Greenberg?

6    A. Yes, I am.

7    Q. This is a different Dr. Greenberg than the doctor that

8    you studied under; is that correct?

9    A. That's correct.

10    Q. This was a doctor that had published multiple articles.

11    Does this article have descriptions of both occupational

12    exposures and nonoccupational exposures in leading to

13    mesothelioma?

14    A. Yes, it does.

15    Q. And am I correct that in one of the cases, the nature of

16    exposure was sawing up asbestos cement sheets to construct

17    two sheds?

18    A. Correct.

19    Q. And what was the duration of that exposure?

20    A. One day.

21    Q. And that is treated in the literature as an asbestos

22    mesothelioma?

23    A. Yes, it is.

24    Q. Did -- does the United States have an organization called

25    the Department of Health, Education, and Welfare?

Bedrossian - Direct (Finch)        41

1     A. Yes, it does.

2     Q. And does that -- did something called NIOSH put out a

3     revised recommended asbestos standard in the mid-1970s?

4     A. Yes, they did.

5     Q. Studies of human population carcinogenicity?

6     A. Yes.

7     Q. And they list one, two, three, four, five, six -- seven

8     studies -- this is a little bit -- let me see if I can make

9     that bigger.

10          Am I correct that they said the evidence of

11     association between mesothelioma in past exposures to

12     asbestos, that was the finding in all of these studies?  Is

13     that correct, Doctor?

14     A. Correct.

15     Q. And in the group of exposure, am I correct they state

16     occupational exposures in some cases as brief as one day, and

17     they have that for each of these seven studies listed in

18     1976?

19     A. That's correct.

20     Q. Is that part of the body of knowledge that you rely on in

21     forming causation conclusions in asbestos exposure of

22     mesothelioma cases?

23     A. Yes, it is.

24     Q. In addition to medical journal literature that talks

25     about cases or case series, is there analytical epidemiology

Bedrossian - Direct (Finch)        42

1    that analyzes from a mathematical epidemiology perspective

2    the nature and level of exposure of asbestos where you have

3    increased risk?

4     A. Yes.  There are case-controlled studies.  There are

5    cohort studies.  There are population studies, including

6    surveillance programs for countries that have that.

7     Q. And are you familiar with the -- I believe it's one of

8    the papers you cite is Rodelsperger common 2001?

9     A. Right.  In Germany.

10     Q. And what was the main conclusion from this German study?

11     A. They confirmed a very important aspect that I have not

12    talked about yet.

13     Q. Okay.  Explain what they confirmed.

14     A. Yeah.  There is the concept of dose response.  Even

15    though all of what we have discussed was supportive of

16    causation, to be absolutely certain that it is the asbestos

17    that is causing the effect, you have to do some calculations

18    showing that when you increase the dose, you increase the

19    response.

20     Q. On a population basis you are talking about?

21     A. Population basis, correct.

22     Q. Explain that.

23     A. You know, like commonsense will tell you the more of

24    something you are exposed to it, the more effect it will

25    have.  For example, alcohol.  But in this particular

Bedrossian - Direct (Finch)        43

1    instance, they correlated the total dose to the increasing

2    effects of that particular agent.  In the case of asbestos,

3    that would be asbestosis, or it could be mesothelioma, and a

4    related concept of dose response is that when you have a high

5    dose, the latency period is shorter than when you have a

6    lower dose.  So a high dose over a short period of time

7    causes the effect, and lower doses over a longer period of

8    time also cause the effect because the effect depends on the

9    cumulative total dose of the exposure.

10    Q. And am I correct that the Rodelsperger paper talks about

11    there is a causation even at a cumulative exposure level

12    below one fiber?

13    A. Correct.

14    Q. Are you familiar with a paper -- it's in your

15    bibliography -- relating to gasket studies, but a paper

16    entitled "Occupational and non-occupational attributable risk

17    to asbestos exposure for malignant pleural mesothelioma"?

18    A. Yes.

19    Q. The lead author is Lacourt in 2014?

20    A. Correct.

21    Q. And you regard this as reliable and authoritative on the

22    question of what kinds of exposures can cause mesothelioma?

23    A. Yes, I do.

24    Q. And what was the most common type of asbestos used in

25    France during the times they were studying in this paper?

Bedrossian - Direct (Finch)      44

1      A. Chrysotile.

2      Q. What does it mean to have an odds ratio of 4.0 for any

3      exposure greater than zero, less than one fiber cc years?

4      A. Did it say "one and zero"?

5      Q. No, greater than zero, between zero and .1, there is an

6      odds ratio of 4.0.

7      A. It means even at the low level, the ratio of the odds

8      that the patient will develop mesothelioma are increased.  So

9      even at that low dose, the patient will develop mesothelioma.

10     Q. Let's talk specifically about chrysotile asbestos, which

11     was the predominant type of asbestos used generally and also

12     asbestos that -- do you understand that chrysotile asbestos

13     was in asbestos-containing gaskets?

14     A. Yes, I understand that.

15     Q. Does chrysotile asbestos cause the same asbestos-related

16     diseases as the amphibole asbestos?

17     A. Yes, they do.

18     Q. Do chrysotile fibers cause asbestosis?

19     A. Correct.

20     Q. Do they cause asbestos-related lung cancer?

21     A. That's correct.

22     Q. Do they cause pleural plaques?

23     A. Correct.

24     Q. Do they get to the pleura?

25     A. Yes, they do.

Bedrossian - Direct (Finch)          45

1    Q. Can they damage chromosomes?

2    A. Yes, damage cells, including its components, the

3    chromosomes, the DNA sequence, some specific portions of the

4    DNA.

5    Q. Can chrysotile fibers both be an initiator and a promoter

6    of cancer?

7    A. Correct.

8    Q. Explain -- His Honor may not -- maybe I'm assuming too

9    much here, but can you explain to the Judge what is an

10   initiator of cancer?  What is a promoter of cancer?

11   A. Initiator is like a trigger mechanism that provokes a

12   cascade of events that eventually will develop into a cancer.

13   Promoter is that same agent facilitates that progression

14   through the course of the cancer development.

15   Q. Does chrysotile asbestos act as both an initiator and

16   promoter of cancer?

17   A. That's correct.

18   Q. Is chrysotile asbestos genotoxic?

19   A. Correct.

20   Q. What does that mean?

21   A. You know, when the asbestos is presented to the

22   susceptible cells, so let's say when asbestos makes contact

23   with mesothelial cells in the pleura, it will affect -- first

24   create a pathogenetic mechanism whereby inflammation in the

25   oxygen radicals do some harm at the center of that.  But it

Bedrossian - Direct (Finch)        46

1    also affects the cells at the molecular level.  It affects

2    the actual genes that are present in a normal cell.  What

3    we'll do is we'll kill off tumor suppressor genes that

4    protect the organism from developing cancer and activate

5    genes that become autogenetic and cause the cancer.

6      Q. And am I correct that it's generally understood that for

7    genotoxic materials, there is no threshold dose below which a

8    cancer will not occur?

9      A. Correct.  It all depends on the agent affecting a cell,

10   making contact with the cell when the cell is in a vulnerable

11   period, the cell cycle; the cells multiply.  Now, there is a

12   point of the cell cycle that is susceptible to genetic

13   transformation.

14     Q. And am I correct that scientific agencies such as the

15   American Thoracic Society have stated that all forms of

16   asbestos can cause both nonmalignant disease and cancers?

17     A. That's correct.  And the explanation is asbestos is both

18   fibrogenic and tumorigenic, meaning it has the capability of

19   creating inflammation and fibrosis, and it has the potential

20   to cause malignant transformation at the genetic level.  So

21   virtually all patients will have some inflammatory response

22   to the physical presence of the fiber, but in the susceptive

23   individual, this phenomena triggers the release of certain

24   molecules from the microphage that affect the genetic makeup

25   of the target cell, and that then is the genetic aspect of

Bedrossian - Direct (Finch)         47

1   the injury.

2    Q. Are you familiar with the American Thoracic Society's

3   statement on the diagnosis and initial management of

4   nonmalignant diseases related to asbestos?

5    A. Yes, I am.

6    Q. This is the consensus document that has the statement

7   that I was just talking about earlier and you were describing

8   earlier about how all forms of asbestos by definition and

9   classification appear to cause malignancy, and all may cause

10   a nonmalignant disease described as well?

11    A. Correct.

12    Q. Doctor, have scientific organizations looked at the

13   question of whether chrysotile can cause mesothelioma just by

14   itself?

15    A. Yes, they have.

16    Q. And what has been the conclusion of scientific and

17   research agencies about the question of whether chrysotile

18   causes mesothelioma?

19    A. The basic conclusion would be to say that an asbestos

20   fiber is an asbestos fiber.  Some of them may be curved, some

21   of them may be straight, but all of them are poisonous.

22   Chrysotile is less potent a poison, whereas amphibole is a

23   more potent poison.  If there is a mixture of the two, both

24   of them contribute to the poisonous final effect, which is

25   what we call the cumulative dose, responsible for the injury.

Bedrossian - Direct (Finch)        48

1        Q. And am I correct that all of the scientific agencies

2        shown on slide 45, the International Agency for Research on

3        Cancer, the National Toxicology Program, the United States

4        Surgeon General, World Health Organization, the World Trade

5        Organization, the American Cancer Society, all of them have

6        concluded that chrysotile causes mesothelioma and there is no

7        safe level of exposure to chrysotile?

8        A. That's correct.

9        Q. Now, have you looked at the question in the literature

10       about whether -- which of the asbestos varieties are

11       preferentially translocated to the pleura?

12       A. Yes, and that's important because it has to do with the

13       pathogenesis.

14       Q. Okay.

15       A. Some individuals believe that the effect of the fiber is

16       related to the fibers that remain in the lung tissue after

17       they are inhaled.

18       Q. In the fat part of the lung, the parenchyma of the lung?

19       A. In the surface of the lung.  But what is important is

20       whether or not that fiber was present in the material that

21       was inhaled and how much of it was present.  The retention of

22       fibers is different.  The amphiboles are more retained in the

23       lung.  In chrysotile, it has a shorter period of time that

24       they are intact, and then they get removed.  So if you go and

25       measure their level after a period of time, obviously there

Bedrossian - Direct (Finch)        49

1    will be lower concentration of chrysotile, because it already

2    left the lung.  So it's the difference between saying, "I'm

3    going to accept this as a poison only if I find residue of

4    the poison in the tissue."  It's almost as if because

5    chrysotile is untraceable or partially untraceable, they try

6    to exonerate that fiber from causing any effect.

7          But there is the concept of hit and run.  The fiber

8    as it's passing through the lung and it stayed around for its

9    biopersistency level, it causes the damage, but later on it

10   gets removed.  But you don't need to indict that fiber by

11   catching them in the act.  You can have a hit-and-run

12   phenomenon.

13   Q. There is two concepts I want to draw out from you there.

14   One relates to biopersistence in the lung, the other relates

15   to translocation of chrysotile fibers to the pleura.  Start

16   with the latter one first.  Have researchers at Mount Sinai

17   and elsewhere examined the question of if you actually look

18   in the pleura to find what is there, whether there is more

19   chrysotile in the pleura or other asbestos fibers?

20   A. Yes, because that is very important.  That is where the

21   mesothelial cells are.  That is where the target cells are.

22   Q. Are you familiar with papers by Dr. Suzuki and his

23   colleagues that address this question whether chrysotile is

24   the predominant fiber type found in the pleura?

25   A. Yes.

Bedrossian - Direct (Finch)        50

1    Q. Have there been other researchers as well that have found

2    the same?

3    A. Yes, particularly in France and Italy.

4    Q. Describe for the Judge what we are talking about here and

5    what the researchers that have published on this have found.

6    A. If you recall when I was talking about the normal defense

7    mechanisms of the fibers entering and lining up with the

8    longitudinal axis of the airways, so after they get to the

9    central part of the lung, some may stay there; some, however,

10   can travel through the lymphatics.

11   Q. Is this what we are talking --

12   A. The center portion of the lung in the pleura.  And this

13   process is known as "translocation."

14   Q. So you were talking about the lymphatic system, these

15   green dots here?

16   A. Right.

17   Q. And then this is an example of one of the articles

18   published by Dr. Suzuki and his colleagues.  What did they

19   find when they analyzed this question?

20   A. They found that in dealing with chrysotile that

21   phenomenon took place, and that phenomenon was the major

22   translocation.  In other words, chrysotile is more easily

23   translocated to the pleura.  And, furthermore, the

24   concentration of chrysotile in the pleura was larger than the

25   amphibole's.

Bedrossian - Direct (Finch)        51

1        Q. Now, that was a concept of translocation of chrysotile

2    fibers to the pleura.  You had also been telling us the

3    concept of biopersistence in the body generally.  Do you

4    recall that?

5        A. Yes, I do.

6        Q. Okay.  Now, does -- I believe -- would you agree that

7    it's generally accepted that cigarette smoke causes lung

8    cancer?

9        A. That's correct.

10        Q. Does -- and cigarette smoke biopersistent in the body, is

11    that necessary for it to be biopersistent in the body to

12    cause lung cancer?

13        A. No, not so, because when the person is smoking, it is the

14    same as if the concentration of carcinogen stays the entire

15    time.  Because, you know, a new puff comes in, but the same

16    agents are present.  So after they are present, after they

17    made contact with the susceptible cells that became

18    neoplastic, cigarette dissipates.  Caught air goes up.  So

19    the smoke itself bathed in the lung caused the change, and

20    then it gets, say, now if it is a mixture of particles that

21    are inhaled.

22        Q. So, say, asbestos fibers of different particles --

23    chrysotile and amphibole, let's say?

24        A. Right.  If they do the same, if they get inhaled, first

25    they go through the lung.  They do their carcinogenic

Bedrossian - Direct (Finch)        52

1    mechanism, and then they get in the pleura.  From the pleura

2    they can go anywhere.  They can go into the kidney, liver,

3    thyroid, and you don't need to find the fiber in the lung

4    after the end of the process of that at autopsy to say that

5    that fiber did go through the lung, cause the effect, and is

6    related to the cause.

7    Q. Did the International Agency for Research on Cancer put

8    out a monograph on asbestos about five years ago that you are

9    familiar with?

10   A. Yes, they did.

11   Q. It has --

12        MR. FINCH:  Your Honor, we didn't include the entire

13   monograph because it's hundreds pages thick.

14   BY MR. FINCH:

15   Q. Does that monograph address multiple different lines of

16   scientific evidence that relate to the question of asbestos

17   and disease causation?

18   A. That's correct.

19   Q. And did IARC again reconfirm in 2012, as they had in the

20   past 40 years, that chrysotile can cause mesothelioma just

21   like the amphiboles?

22   A. Correct.  And presently is the cause of mesothelioma

23   because 95 percent of the asbestos still used is chrysotile.

24   Q. Has the World Health Organization put out both position

25   statements and monographs on the question of chrysotile

Bedrossian - Direct (Finch)        53

1    specifically?

2     A. Yes, they did.

3     Q. And this is one that was put out in 2006.  What did the

4    World Health Organization say in 2006 about whether there was

5    a threshold for chrysotile?

6     A. Basically they said that occupational exposure to all

7    types of fibers -- they list crocidolite, amosite, and

8    chrysotile -- as well as among the population living in the

9    neighborhood of factories or mines, and people living with

10   asbestos workers, all of those are known to contribute to

11   mesothelioma.

12    Q. And did they also go on to talk about whether there was

13   any threshold for the carcinogenic risk of chrysotile?

14    A. Yeah.  They reinforced that there is no safe or threshold

15   level below which you don't have mesothelioma.

16    Q. Are you familiar with the monograph the World Health

17   Organization put out in 2014 dealing specifically with

18   chrysotile asbestos?

19    A. Yes, I am.

20    Q. And are these the main takeaways from that monograph in

21   2014?

22    A. That is correct, you know, like all of those studies and

23   position papers are -- or reviews address this issue.  And

24   essentially one important issue is that chrysotile, despite

25   the fact that it's less potent, is a contributing factor that

Bedrossian - Direct (Finch)        54

1    can cause mesothelioma.  In other words, if you are hit with

2    a 22-caliber bullet or a 30 -- or 38-caliber bullet, both of

3    them can cause death.  And there is no level of exposure

4    below which there is no mesothelioma.  So there is no safe

5    level of exposure.

6     Q. Now, as part of your review of the literature, have you

7    collected and put into a binder literature relating

8    specifically to the types of asbestos exposures experienced

9    when people do things like remove gaskets from a flange?

10    A. Yes, I have.

11    Q. And have you -- you brought with you to a deposition a

12    list of that literature.  I believe you have collected it

13    into a notebook.  Is that correct?

14    A. Correct.

15         MR. FINCH:  Your Honor, I believe one of the two

16    notebooks in Your Honor's materials, we -- as a matter of

17    housekeeping, I'll offer all these as exhibits at the end.

18    There is gasket material literature.  I'm not going to take

19    the time to go through all of it.

20    BY MR. FINCH:

21    Q. Have you picked out a couple of examples of the fiber

22    levels that you have seen in the literature that you take

23    into account in a qualitative manner in assessing causation?

24    A. Yes, I did.

25    Q. Are you familiar with a work practice simulation done by

Bedrossian - Direct (Finch)        55

1    Millette in 1995 that describes the levels of exposure

2    experienced with doing various things to gaskets, including

3    hand-scraping or sweeping up after?

4     A. Right.

5     Q. And these would be asbestos-containing gaskets?

6     A. Yes.

7     Q. And does this table on slide 53 have some of the fiber

8    levels that are .14 to -- for the hand-scraping; 5.5 for

9    sweeping of the area after removal?

10     A. Correct.

11     Q. And are you familiar with a paper by William Longo and

12    some coauthors where they also examined both the fiber levels

13    associated with using hand scrapers and with using power

14    tools to remove gaskets?

15     A. Yes.  If you will go back to the previous one, they found

16    that power brushing -- I'm sorry -- power wire brushing is

17    higher than hand-scraping, for example, and the method by

18    which you handle the gasket material influences the amount of

19    fiber that are released.

20     Q. So, Doctor, we are not going to show the Judge the power

21    tool numbers from Dr. Longo's studies, but did he also look

22    at hand-scraping as an exposure in his literature?

23     A. Correct.

24     Q. And what was the fiber level per cubic centimeter shown

25    as an example from using hand-scraping both on a short-term

Bedrossian - Direct (Finch)        56

1    level and a TWA level?

2    A. Was 10.1 --

3    Q. And --

4    A. -- per cubic centimeter.

5    Q. And do you understand TWA to be time-weighted average

6    exposure?

7    A. Correct.

8    Q. And that would mean over an eight-hour day, somebody

9    doing that activity would be exposed to what?

10    A. 1.5 fiber per cc.

11    Q. Okay.  My son is in the third grade and does a lot of

12    third grade math, but I would like -- having these numbers

13    about fibers per cc, we are talking about -- a cubic

14    centimeter is about the size of a sugar cube; is that right?

15    A. Right.

16    Q. Can you -- have you done an analysis to translate that

17    for us into -- if you are in an environment where somebody is

18    breathing asbestos of a level of one fiber per cubic

19    centimeter, what does that mean over the course of one

20    working day?

21    A. Well, it means that they will accumulate a certain amount

22    of fibers as opposed to somebody else who may be breathing a

23    higher concentration.  So the higher the concentration, the

24    more total cumulative dose you accumulate.

25    Q. Okay.  Have you done the math for us that shows how many

Bedrossian - Direct (Finch)        57

1    fibers someone would breathe into him in the course of an

2    eight-hour day at a one fiber per cc level of exposure?

3    A. I did that with the help of a calculator.

4    Q. Okay.  Could you explain what we are -- go through the

5    steps here for His Honor and for the Court?

6    A. Okay.  Human beings under normal circumstances or when

7    they are working, when they are active, they take 16 breaths

8    per minute.  Each breath brings in a volume of 500 cubic

9    centimeters of air.  Now, depending on the concentration of

10   the fiber present in those 16 breaths, you are going to have

11   the fibers per minute that gain access to your lung.  So if

12   it is one breath, each one would have one fiber per cc.  When

13   you have 16 breaths, the total would be 8,000 fibers per

14   minute.

15       Now, the individual doing the work stays doing the

16   work anywhere from eight to 12 hours a day so that you are

17   calculating how much exposure occurs during the period of

18   time.  For example, here for 15 minutes, they accumulated

19   120,000 fibers into the lung.  And for an hour would be 480,

20   and in an eight-hour workday, there will be eight times the

21   amount per hour, and that would be 3.8 million fibers.

22   Q. Now, I've heard it said that, particularly in briefs

23   written by defendants in asbestos cases, there -- there --

24   asbestos is everywhere in the normal air, the ambient air.

25   Do you have -- is there literature that has gone out to

Bedrossian - Direct (Finch)        58

1    examine in an unpolluted environment, normal ambient air,

2    what the level of concentration of asbestos is in the ambient

3    air?

4    A. It's very small.  So --

5    Q. And Doctor --

6    A. The number would be 0.0005.  So I don't even know what to

7    call that number.

8    Q. Point four zeros and a five?  This is data from

9    Dr. Roggli?

10    A. So it would be one four millionth of fibers.

11    Q. Okay.  Dr. Roggli is an expert that often works for

12    defendants in asbestos cases?

13    A. Yes.

14    Q. He was actually one of the defense experts in these

15    cases; is that right?

16    A. Correct.

17    Q. And were -- who trained Dr. Roggli?

18    A. Yeah.  It's coincidental, but I was the first fellow that

19    Dr. Greenberg had in his program of environment pathology.

20    Later on -- and at that time, Roggli was a medical student.

21    So we crossed paths, but I did not particularly know him at

22    that point.  Later on when the study was more entrenched, he

23    was the fellow and did work directly with Dr. Greenberg and

24    went on to publish papers with Dr. Greenberg.

25    Q. And he's also published a book that has information about

Bedrossian - Direct (Finch)        59

1    the median asbestos fiber concentration in American cities in

2    an unpolluted environment.  That is one of the data sources

3    you considered?

4     A. He did that in his first book.  Dr. Greenberg was a

5    coauthor.

6     Q. Roggli and Greenberg, *Pathology of Asbestos Disease*?

7     A. Correct.

8     Q. Greenberg and Roggli.  Have you done the math for us to

9    show if you are not exposed to asbestos occupationally, but

10   instead from ambient, normal, unpolluted air, how many

11   asbestos fibers you would breathe in a 24-hour day?

12    A. So if you are in resting mode and you are not near any

13   asbestos products, you are not handling it, you are not

14   disturbing it, you would take 12 breath per minute, and using

15   the same calculation, 500 cc of air present, in one minute

16   you are going to have 6,000 cc of air that you inhale.  Now,

17   depending on the concentration of the fiber present in the

18   air, in an hour you have 360,000 cc, and because the

19   concentration is 0005 cc -- I mean, 5 per cc, your

20   accumulation would be 8,640, but for in a 24-hour day, you

21   end up with 432 fibers in the lung.

22    Q. So --

23    A. You have a considerable lower total dose.

24    Q. Am I correct that one day of occupational level of

25   exposure, such as scraping gaskets off a flange, you would

Bedrossian - Direct (Finch)          60

1    breathe approximately 4 million fibers versus 432 if you are

2    not exposed to asbestos?

3    A. Right, if you determined that the concentration is one

4    fiber per cc.  If it's higher than that would be several

5    million.

6    Q. You -- earlier today you describing the concept of dose

7    response and cumulative exposure when you were talking about

8    the Rodelsperger study.  Do you recall that?

9    A. Yes.

10   Q. Do you have a graphic for us that shows the dose response

11   curve for mesothelioma?

12   A. Yes.

13   Q. Could you explain what we are looking at here.

14   A. This is showing the greater disease occurring with

15   greater exposure.  Greater exposure is in the X axis, so the

16   more exposure you have, the more disease you develop.  There

17   is a certain level of asbestos in the air, and that's known

18   as "the environmental exposure," which is very low as we have

19   discussed.  If the person is in the home of an asbestos

20   worker who comes back with dust in his clothing, that person

21   would be exposed to a higher cumulative dose than the

22   environment.  And that is known as "household" or "take-home

23   exposure."

24           Likewise, in an occupational setting, obviously you

25   are going to have greater concentration of asbestos fiber.

1    If you are in the vicinity where that work is being done, but

2    you yourself are not handling the asbestos product, you are a

3    bystander, and you are exposed to asbestos more so than a

4    household person; and more at the top of the scale, someone

5    who is actually doing the work directly in the work space

6    where asbestos is released, that person would have occupation

7    exposure and a greater degree of disease.

8    Q. Do you need some water, Dr. Bedrossian?

9    A. I need a lozenge.

10   Q. We were talking about the significance of increasing

11   exposure to asbestos in terms of a dose response -- are you

12   okay?

13   A. Yes.

14   Q. Is there also an effect if you have higher asbestos --

15   cumulative asbestos exposure, what impact that has on the

16   latency?  That means the time period from the first exposure

17   to the development of the disease?

18   A. The higher the intensity, the less the latency needed.

19   So high intensity over a short period of time can be as great

20   as low dose over a long period of time.

21   Q. Do you have an opinion in each of these cases as to what

22   caused Mr. Haskins' and Mr. Cheshire's mesothelioma?  Do you

23   have an opinion in each of these cases as to what caused

24   Mr. Haskins' and Mr. Cheshire's mesothelioma?

25   A. Yes, I do.

1      Q. And what is that -- you were provided information about

2      their asbestos exposure history in both cases, right?  Am I

3      correct?  We'll get to more detail in that in a minute.  What

4      was the cause of Mr. Haskins' mesothelioma?

5      A. It was the total cumulative dose that they accumulated

6      from various products that they worked on.

7      Q. How about for Mr. Cheshire?

8      A. Same thing.

9      Q. Okay.  Is the concept that it's the cumulative exposure

10     to asbestos or cumulative dose that causes the disease

11     discussed in Dail and Hammar's pathology textbook?

12     A. Yes.

13     Q. At page 587, what did Dail and Hammar tell us about the

14     implications for when there are multiple asbestos exposures

15     and cumulative exposure?

16     A. He said that the factor that emerges from the model and

17     its modifications is that when there are multiple asbestos

18     exposures, each contributes to the cumulative exposure, and

19     hence to the risk and causation of mesothelioma within an

20     appropriate latency period.  So what he's saying is different

21     exposures are part of this -- the dose exposure.  They

22     contribute to the total.  It is the sum of all exposures

23     being the total cumulative dose.

24     Q. In addition to Dail and Hammar, when epidemiology studies

25     measure risk of mesothelioma from asbestos exposure, do they

Bedrossian - Direct (Finch)        63

1   do so in increments at various cumulative doses?

2    A. Can you say that again?

3    Q. In epidemiology studies like Rodelsperger, do they talk

4   about subsets of exposure, or do they talk about cumulative

5   exposure as to what influences the risk?

6    A. Yes, they do, and that is where the concept of cumulative

7   came from.

8    Q. Has OSHA, the Occupational Safety and Health

9   Administration, put out a statement on this concept of how

10  every occupational exposure contributes to getting a risk of

11  an asbestos-related disease?

12   A. Yes, they did.

13   Q. Would you read for the Court what OSHA had said on its

14  website.  I printed this out a couple of months ago.  I

15  assume it's still on there today.

16   A. Well, first they said there is no safe level of asbestos

17  exposure for any type of asbestos fiber, meaning a

18  high-potency one or a low-potency one don't have a safe level

19  below which they don't cause mesothelioma.  They also said

20  that asbestos exposures as short in duration as a few days

21  have caused mesothelioma in humans as documented by case

22  reports and case series.  They further stated that every

23  occupational exposure to asbestos can cause injury or

24  disease, and every occupational exposure to asbestos

25  contributes to the risk of getting an asbestos-related

Bedrossian - Direct (Finch)        64

1    disease, meaning it is the cumulative exposure that increases

2    the risk of the patient developing a condition related to

3    asbestos.

4     Q. Okay.  I want to turn to one more topic before we get to

5    your ultimate conclusions in the Haskins case.  You were

6    talking about the Helsinki report, and it was published in

7    the peer-reviewed literature.  Can you tell the Judge what is

8    the Helsinki conference and what came out of it?

9     A. This is one example of a scientific consensus conference

10    whereby they bring specialists in different areas, including

11    clinicians, chest surgeons, radiologists, pathologists, as

12    well as experimental researchers who do work in animals and

13    hygienists who do work in an environmental areas.  And they

14    get together for two weeks, approximately, and they analyze

15    all aspects of the universe of asbestos exposure in relation

16    to disease.

17            And, of course, they are following the literature.

18    So they examine the pressing subjects, the topics that are

19    important; for example, which fiber's more potent, what dose

20    is safe or not safe.  In other words, they analyze the entire

21    universe of asbestos-related lung disease.

22     Q. And they published a paper in 1997, and it was

23    republished a few years ago in 2014?

24     A. That's correct.

25     Q. And did the Helsinki consensus group conclude that --

Bedrossian - Direct (Finch)          65

1    like the rest of the scientific organizations -- that all

2    types of malignant mesothelioma can be caused by asbestos

3    with the amphibole showing a greater carcinogenic potence

4    than chrysotile?

5     A. I would state that all types of asbestos can cause

6    mesothelioma with the amphiboles showing greater carcinogenic

7    potency than chrysotile.  Stated the way it is, it's also

8    correct meaning all types of mesothelioma, meaning subtypes

9    like epithelioid, sarcomatoid, or some other type are induced

10   by asbestos.

11    Q. Did the Helsinki criteria also talk about what is the

12   most practical and useful work of -- useful measure of

13   occupational asbestos exposure?

14    A. Okay.  That is a very important conclusion that they

15   reached.

16    Q. What is that conclusion?

17    A. In general, reliable work histories provide the most

18   practical and useful measure of occupational exposure.  Now

19   let me explain.  Some scientists like to push the concept

20   that in order to determine if there was exposure or not,

21   looking at the lung or quantitative the number of fibers is

22   more important than the presentation of fibers at the enter

23   point, when the person takes the breath.

24        And I already explained that is incorrect because

25   fibers break, become smaller.  They get eliminated.  Some of

Bedrossian - Direct (Finch)       66

1    them are undercounted when you are looking at the microscope.

2    Chrysotile fiber, five micron or less, is not visible by

3    contrast microscopy.  Calculations underestimate the number

4    of fibers.  And that is the reason why the work history, when

5    taken correctly by someone trained to do an environmental

6    occupational history, is the more reliable or the more

7    representative of the exposure.

8    Q. And did the Helsinki criteria discuss what should be

9    considered sufficient for mesothelioma to be designated as

10   occupationally related to asbestos exposure?

11   A. Yes.  The duration, what we have been talking about,

12   meaning that an occupational history of brief or low level

13   exposure should be considered sufficient for mesothelioma to

14   be designated as occupationally-related asbestos exposure,

15   exactly for the reason that you have individual

16   susceptibility.

17   Q. Does this diagram describe the various ways a doctor

18   relying on them can conclude whether or not asbestos exposure

19   causes someone's mesothelioma?

20   A. Yes.  And they can be divided in two types:  One, finding

21   the fiber in the lung; and the second, looking at the effects

22   of the fiber.  For example, elevate the asbestos burden, yes,

23   this person was exposed to asbestos because I see the

24   asbestos in the lung.  Pleural plaques, because it's an

25   effect which is specifically linked to asbestos exposure, is

Bedrossian - Direct (Finch)        67

1    a signal lesion.  It is a landmark that is pathognomonic.

2    When you see it, you can conclude that asbestos caused it.

3    Same thing of asbestosis, meaning a special type of fibrosis

4    or scarring of the lung that has been linked extensively to

5    the exposure to asbestos.

6     Q. Did -- in the case of Mr. Haskins, first of all, do you

7    need to have all of these in order to attribute a given

8    mesothelioma to asbestos exposure?

9     A. Correct.

10     Q. You need to have all of them, or can you have just one of

11    them?  Do you need to have all of these things, or is one of

12    them sufficient?

13     A. No, you don't.  But I forgot one item.

14     Q. Sure.

15     A. In addition to what I just said, the condition has to

16    have the proper latency period.

17     Q. The latency from the time of first exposure to the

18    disease has to be consistent with what you said in the

19    literature?

20     A. Right.  In a given case, you may have all of these.  In

21    another one, the exposure history is unclear or somewhat not

22    carefully remembered by the patient.  But if you find pleural

23    plaque and/or asbestosis, it is a signal that the exposure

24    to -- because many patients don't remember that they were

25    exposed or, you know, because they are unaware that they were

Bedrossian - Direct (Finch)        68

1    exposed.

2     Q. Okay.  And am I correct that in both Mr. Haskins and

3    Mr. Cheshire, you had information from the medical records

4    that they both had pleural plaques or pleural thickening, and

5    they both had a history of asbestos exposure with a more than

6    ten-year latency period?

7     A. Yes, I did.

8     Q. Okay.  Now, as part of your report --

9          MR. FINCH:  And, Your Honor, I'm going to ask some

10    specific questions about Mr. Haskins case, and then

11    Mr. George is going to clean up and do some things about

12    Mr. Cheshire.

13    BY MR. FINCH:

14     Q. But as part of your work in the Haskins case, did you do

15    a report where you were provided information by my law firm

16    about his -- in general terms his asbestos exposure history?

17    Is that correct?

18     A. Correct.

19     Q. And you wrote on pages 1 and 2 of your report in Haskins

20    a summary of that asbestos exposure history?

21     A. Yes, I did.

22     Q. Okay.

23          MR. FINCH:  I'm not going to take the time to read

24    the entire two or three paragraphs into the record now.  Your

25    Honor will have the report in evidence.

Bedrossian - Direct (Finch)        69

1    BY MR. FINCH:

2      Q. Dr. Haskins -- excuse me.

3          Dr. Bedrossian, in addition to the facts in your

4    report, I want you to assume the following facts about

5    Mr. Haskins' asbestos exposure from removing asbestos gaskets

6    from Buffalo pumps we believe will be shown by the testimony

7    of the fact witnesses at trial.  I want you to assume that

8    Mr. Haskins served in the United States Navy from

9    January 1953 to May 1956 and served aboard the USS *Cony*.  I

10   want you to further assume that Mr. Haskins was a fireman

11   assigned to the forward engine room.  I want you to assume

12   for a three-month period of time, his regular duty on a daily

13   basis was to assist the mechanics in repairing Buffalo pumps

14   in the engine room.  I want you to assume that Mr. Haskins'

15   job every day for three months was to use a scraper and a

16   wire brush to remove old asbestos-containing gaskets from

17   Buffalo pumps which took approximately one hour per gasket,

18   and he did this during his regular work day for approximately

19   a three-month period of time.

20         Finally, I want you to assume that this process

21   created visible dust which Mr. Haskins inhaled.  And,

22   finally, I want you to assume that he was also exposed to

23   asbestos from asbestos-containing insulation onboard the

24   ships which was disturbed either when the ship was overhauled

25   and repaired at sea or when the ship was vibrating.  Do you

1    have those facts in your mind?

2     A. Yes.

3     Q. Okay.  Focusing first on the total of the history, both

4    in your report and what I just read to you, what conclusion

5    do you draw as to what caused Mr. Haskins' mesothelioma?

6     A. It was the cumulative exposure derived from the

7    activities that you described where he handled

8    asbestos-containing materials and created visible dust that

9    he inhaled.

10     Q. In reaching that conclusion, did you rely upon the

11    Helsinki criteria and apply the Helsinki criteria to his

12    situation?

13     A. Yes, I did.  As one of the tools, yes.

14     Q. Did you also apply the differential diagnosis approach

15    that you talked about earlier this morning?

16     A. Yes, I did.

17     Q. Okay.  I want to focus you on just a separate

18    hypothetical.  I want you to assume that you were presented

19    with a patient A who has been diagnosed with mesothelioma,

20    and 50 years before the only asbestos exposure Mr. A had was

21    using tools to remove gaskets from Buffalo pumps flanges for

22    three months, asbestos gaskets.  He had the exact same

23    exposure to Buffalo pumps asbestos-containing gaskets, but he

24    is a different patient.  He has mesothelioma, and it's a

25    50-year latency.  Based on the Helsinki criteria and your own

Bedrossian - Direct (Finch)        71

1    differential diagnosis process, would you say that that is an

2    asbestos-related mesothelioma?

3     A. Yes, it is because there is nothing else to be an

4    alternative cause for that mesothelioma.

5     Q. Okay.  Now, I want you to now focus back in on

6    Mr. Haskins, okay?  I want you to assume -- first of all, I

7    think I misspoke.  I want you to assume that the work he was

8    doing was on bonnet gaskets, not that the type of material

9    would matter to a doctor, but assume that the gaskets were

10   adhered to the bonnets on Buffalo pumps.  Can you make that

11   assumption?

12    A. Okay.

13    Q. In a person -- in Mr. Haskins case, where he was exposed

14   to asbestos from the Buffalo pumps bonnet gaskets, as well as

15   other sources of asbestos, do you conclude what caused his

16   mesothelioma?

17    A. Can you say that again?

18    Q. Yeah.  Mr. -- going back to Mr. Haskins.

19    A. Okay.

20    Q. You've got the gaskets exposure from working with the

21   Buffalo pumps plus other asbestos such as insulation on the

22   ship.  In that -- based on that scenario, which is what the

23   facts we believe we will prove at trial, what caused

24   Mr. Haskins' mesothelioma?

25    A. I'm assuming that you are including all of Mr. Haskins'

Bedrossian - Direct (Finch)        72

1    exposure.

2    Q. Correct.  Correct.  It's everything.

3    A. Right.  Each of the exposures were a contributor to the

4    sum total that makes up the cumulative dose.

5    Q. Was the gasket exposure medically significant to you?

6    A. Yes.

7    Q. And did you believe it was a contributing cause of his

8    mesothelioma in a medically significant way?

9    A. Yes, it was.

10   Q. Is "substantial contributing factor" a medical term, or

11   is that a term that you were asked about in courtrooms like

12   this one in front of juries?

13   A. It's more of a legal term.

14   Q. Okay.  If I were to tell you or ask you to say -- what I

15   mean by "substantial" is it makes a real and important

16   contribution to the medical situation that developed in

17   Mr. Haskins.  It was not trivial and not hypothetical, but it

18   was significant and important.  Was the exposure to asbestos

19   from working to remove gaskets from Buffalo pumps equipment

20   that were on the bonnets of Buffalo pumps equipment for three

21   months a substantial contributing cause of Mr. Haskins'

22   mesothelioma?

23   A. Yes.  Or medically was a significant contributing factor.

24   Q. Okay.  Have the opinions -- to the extent you've offered

25   opinions here today, have your opinions been based to a

Bedrossian - Direct (George)        73

1    reasonable degree of medical certainty?

2     A. Yes, they were.

3     Q. And have you discussed the bases and the methodology you

4    followed in reaching your causation conclusions in the

5    Haskins' case?

6     A. Yes, I have discussed here, and I have discussed them in

7    my report.

8          MR. FINCH:  Okay.  And, Your Honor, at this point, I

9    would like to turn the questioning over to Mr. George.

10         THE COURT:  Sure.

11         MR. FINCH:  I don't believe he's going to have

12    extensive questioning, but you never know.

13         MR. GEORGE:  Very short.

14         THE COURT:  No problem.

15                    DIRECT EXAMINATION

16    BY MR. GEORGE:

17     Q. Dr. Bedrossian, I want to turn your attention to the

18    Cheshire case, and that's a case that you did a report in

19    February 12th of 2016.  Do you recall that?

20     A. Yes, I do.

21     Q. And at the time you prepared your report, you had looked

22    at the medical records, you had looked at the pathology, and

23    you had some understanding of his occupational history,

24    correct?

25     A. Correct.

Bedrossian - Direct (George)       74

1    Q. Before you submitted that report to the defense, did you

2    do anything else to determine what Mr. Cheshire's

3    occupational history consisted of?

4    A. Yes.  I reviewed additional materials that I received.

5    Q. And was one of the additional materials his sworn

6    testimony?

7    A. Correct, his deposition.

8    Q. And what did you find out in reviewing that testimony

9    about the nature of Mr. Cheshire's exposures to asbestos?

10   A. That he did have the exposures, that they were frequent,

11   they were close, he was in the immediate area, and he did

12   that repeatedly.

13   Q. Let me offer you a hypothetical.  I want you to assume

14   that Mr. Cheshire was in the United States Navy from 1965 to

15   1989.  I want you to further assume that from March of 1966

16   to March of 1967, he served aboard the USS *Cadmus*,

17   C-a-d-m-u-s, a repair ship, assigned exclusively to the valve

18   repair shop where he routinely and regularly removed and

19   replaced asbestos-containing gaskets and packing from various

20   valves, including Crane valves.  I want you to further assume

21   that in performing that work, he used a scraper and wire

22   brush to remove remnants of the used asbestos gaskets from

23   the bonnet surface of the valve, including Crane valves.  And

24   that was a process that created visible dust, dust that

25   Mr. Cheshire breathed.

Bedrossian - Direct (George)        75

1              Further assume that when he was stationed aboard the

2       next ship, the USS *Henderson*, the ship was in dry dock for

3       three to four months at Mare Island for an overhaul, and

4       during that overhaul period, he was again assigned to the

5       valve repair shop where he did the same type of activities he

6       did when he was on the *Cadmus*.  Further assume for the

7       remainder of his Naval career, he worked with and around

8       individuals that used asbestos-containing products, but his

9       hands-on work was more limited at the tail end of his career

10      than it was in the beginning.

11              Based on that totality of assumed facts, do you have

12      an opinion as to the cause of Mr. Cheshire's mesothelioma?

13      A. Yes.

14      Q. And what is that opinion?

15      A. The opinion is that the totality of the exposures that he

16      had, whether they came from the gaskets or they came from the

17      ship that has insulation, all of them were parts of the sum

18      total of his cumulative exposure.

19      Q. And what does that -- what type of methodology did you

20      use to arrive at that conclusion regarding causation?

21      A. Um, I think I outlined them already.  But essentially I

22      did a medical review which is based on the differential

23      diagnosis concept, taking into account the general causation

24      that has been established in the case plus the individual

25      factors that entered my reasoning.

Bedrossian - Direct (George)       76

1    Q. When you perform that type of analysis, do you take into

2    consideration the different fiber types that are in the

3    different types of products?

4    A. Yes, I do.

5    Q. And do you take into consideration the extent, the

6    duration, and the proximity of Mr. Cheshire's exposure to

7    those products that are generating airborne dust?

8    A. Yes, I do.

9    Q. I want to adopt a similar type of hypothetical that

10   Mr. Finch gave.  I want you to assume patient A, patient A

11   has been properly diagnosed with a malignant mesothelioma;

12   and when his exposure history was investigated, it turns out

13   that he spent about a year's time aboard one ship in a valve

14   repair shop where he routinely and regularly removed

15   asbestos-containing gaskets from the bonnet of the valve,

16   some of which were crane, some of which were other materials,

17   and that he did it again on another ship for a three- or

18   four-month period.

19            If you were given those exposure facts for a given

20   patient that had mesothelioma, what could you conclude about

21   the causation of that disease?

22   A. That his cumulative dose to the exposure to the two

23   circumstances that you described added up to a cumulative

24   dose ultimately responsible for his mesothelioma.

25   Q. And so was the exposure contained in that hypothetical

Bedrossian - Direct (George)        77

1    sufficient in and of itself to cause disease in certain

2    individuals?

3    A. Correct.  You know, with the caveat said that there were

4    intense, frequent, and repeated.

5    Q. Given the fact that Mr. Cheshire's exposure began in the

6    Navy in 1965 and he was diagnosed in 2015, was there

7    sufficient latency period to count those exposures as

8    causative?

9    A. Yes, there was.

10           MR. GEORGE:  That's all I have, Your Honor.  Thank

11   you very much.

12           THE COURT:  Yes, sir, Mr. Finch?

13           MR. FINCH:  Your Honor, we would pass the witness

14   for cross-examination, given the -- we reserve the right to

15   redirect.  I'm not sure one or both of us.  Pass for cross.

16           MR. MERIWETHER:  Your Honor, I should rise when I

17   speak.

18           THE COURT:  Say that again.

19           MR. MERIWETHER:  I should rise when I speak.

20           Your Honor, Robert Meriwether on behalf of Air &

21   Liquid Systems.  We want to accommodate the Court's schedule.

22   We want -- I notice -- I know we are hitting close to 12:30.

23           THE COURT:  Does that mean you want to start at

24   1:30?

25           MR. MERIWETHER:  That is perfect.  I mean --

78

Bedrossian - Direct (George)

1          THE COURT:  Perfect.  That's all we ask for here.

2          MR. MERIWETHER:  We can go -- perfection is all we

3     have as to offer.

4          THE COURT:  That is all we can give you.  All right?

5     We'll start again at 1:30.

6          (Thereupon, there was a lunch recess.)

7          MR. MERIWETHER:  Might I, Your Honor?

8          THE COURT: Yes, sir.  Robert Meriwether on behalf

9     of -- I think I have drawn the short or long straw.  I get to

10    go next.  So with your permission, I will come up to the spot

11    that was previously occupied by opposing counsel.

12                         CROSS-EXAMINATION

13    BY MR. MERIWETHER:

14    Q. Good afternoon, Dr. Bedrossian.

15    A. Good afternoon.

16    Q. It's nice to see you again.  I want to touch on a number

17    of things that you talked about when you were talking with

18    your -- with my opposite member who represent the plaintiffs

19    in these cases and ask you about some of your statements to

20    this Court.  Let's just start with the simple fact that you

21    have stated in the past that exposures -- let's get the

22    precise amount.  You have stated in the past, haven't you,

23    Dr. Bedrossian, that exposures of three weeks' duration to

24    airborne asbestos from Thermal Systems insulation were not

25    enough to cause mesothelioma.  Is that not correct?

Bedrossian - Direct (George)

1    A. Can you repeat that?

2    Q. Sure.  You were questioned about an exposure to an

3    individual who for three weeks was breathing asbestos

4    insulation dust from pipe insulation and you said that you

5    had not seen mesotheliomas due to just a three-week exposure.

6    Isn't that correct?

7    A. I may have said that, but that doesn't mean that I

8    believe that three weeks is not sufficient.  What I said is I

9    haven't seen it.

10    Q. I see.  All right.

11         Let's talk for a moment about one of the citations

12    that you have in your report.  Well, strike that.  I'll try

13    to do a preliminary first, so it's a little bit more

14    sequential, a little bit more logical.   In this case, in Mr.

15    Haskins' case, which is the one that I'm discussing today,

16    although it may apply to the Cheshire case as well, you

17    haven't performed any calculations, formed any opinions about

18    the cumulative dose of asbestos that Mr. Haskins might have

19    received from working with any specific defendant's product,

20    correct?

21    A. Correct.  And the reason I didn't is because it's not

22    necessary.

23    Q. All right. It's not necessary for you to know that dose,

24    I understand.  You've not attempted to quantify the release

25    of dust from any defendant's product.  You have no

Bedrossian - Direct (George)

1     information on the release of dust from any product that Mr.

2     Haskins worked on, correct?

3     A. Well, I have information from the literature, from Dr.

4     Millette and other studies, that gaskets do release fibers to

5     a considerable concentration.

6     Q. All right.  We'll come back to that.  So you have from

7     Dr. Millette an estimate of what you believe gaskets can

8     release, correct?

9     A. Correct.

10    Q. We'll come back to that.  You are not able, as you sit

11    here today, to quantify the exposure that Mr. Haskins may

12    have received from any Buffalo pump, correct?

13    A. No, I don't. Primarily because I don't need that

14    information.

15    Q. You don't need it.  I understand.

16            When you were talking with plaintiffs' attorney,

17    there was a good deal of discussion about what amount of

18    asbestos exposure is necessary in order to cause

19    mesothelioma, and there were a number of arguments that were

20    advanced by plaintiffs' counsel, and to which you agreed,

21    that tended to bear on the issue of how much particular

22    asbestos fibers were required to cause mesothelioma.

23            Now, among those were discussions of fiber type,

24    that is, does it take more of one fiber type than another to

25    cause it and the concentration of fibers that get to the

Bedrossian - Direct (George)

1    lung.  So let's take these things one by one.

2            One of the claims that you made on the stand this

3    morning was that chrysotile breaks when it hits a split in

4    the airway and that the resulting piece can be straight.

5    Where is the scientific study or studies that indicate that?

6    A. There are several studies where the fiber utilized was

7    chrysotile.  And I know by experience that when you examine

8    the lung of a patient, the chrysotile doesn't stay intact

9    with all its curves and bends and circulations.  They appear

10   as short fibers, around five micro in diameter, I mean in

11   length.

12   Q. Let me get this straight.  You believe because you have

13   seen short chrysotile fibers in the lungs of a deceased

14   individual that you can then assume that those fibers were

15   long when they were breathed in and that they broke up when

16   they hit places where the airway splits.  This is your

17   assumption?

18   A. No, it's not my assumption, it's my belief because there

19   are other sorts of studies that do the same.  You can do an

20   analysis of the fibers looking at them by electromicroscopy

21   and you can do a spectography of the fiber and it has the

22   same composition whether it's short or long.

23   Q. All right, sir.  Can you point me to a single study,

24   published or unpublished, which would tell me the degree of

25   force that is necessary to break a chrysotile fiber, not

Bedrossian - Direct (George)

1  longitudinally, but along its width access?

2   A. I don't think there is a study of that.

3   Q. I didn't think so.  Can you give me a single study,

4  published or otherwise, which indicates the force that is

5  exerted on a fiber when it impacts a split in the airways as

6  it is breathed into the human body?

7   A. I'm not familiar with any studies measuring the force.  I

8  don't even know what unit of force you would be referring to.

9  But I don't need to know the mechanism to know when I find

10  something breaking in two, like I can conclude that some

11  force was applied.

12   Q. So because you can conclude that some force was applied

13  at some point in that fiber's life, it is your presumption

14  that that force was the impact of the inhaled fiber on the

15  tissues of the body as the airway splits?

16   A. If I don't see imprints on it, I can assume that it was

17  broken and not bitten.

18   Q. Okay.  One of the interesting things that you mentioned

19  at the beginning of your discussion with plaintiffs' counsel

20  was that fibers translocate via the lymphatic system to all

21  areas of the body, including the eyeball.  And that they were

22  a systemic carcinogen.  Can you tell me whether asbestos is

23  associated with eyeball cancers?

24   A. I didn't say that every area that it got to, you got the

25  cancer.  But individual cases, you have kidney cancer,

Bedrossian - Direct (George)

1    thyroid cancers, GI cancers, esophogeal cancers.

2    Q. Is it your belief that kidney and thyroid cancers are

3    associated with asbestos exposure?

4    A. Epidemiologically kidney for sure.  When I say that is a

5    systemic carcinogen, I'm saying it is known as a carcinogen.

6    Since it is distributed systematically, therefore, is a

7    systemic carcinogen.

8    Q. I see.  It's because it reaches that area of the body

9    that it must be a carcinogen there, not because of there is

10   any epidemiological evidence to support that?

11   A. There is a lot of epidemiological evidence of

12   nonpulmonary mesotheliomas.

13   Q. Listen carefully to the question, Doctor.  I understand

14   that there are distinctions in mesotheliomas in the

15   mesothelial areas in the body that aren't pulmonary.  My

16   question had nothing to do with that.  I am asking you

17   whether or not your description of this fiber, this asbestos

18   fiber as a systemic carcinogen, which you said it was, and

19   you said it was translocated to all areas of the body,

20   including the eyeball, and you just told me that you believed

21   that thyroid cancers were associated with asbestos.  So let

22   me ask you one more time.  Do you believe that thyroid

23   cancers or ocular cancers are related to asbestos exposure?

24   A. No, because I never said that.

25   Q. Okay.

Bedrossian - Direct (George)

1    A. What I told you, I defined for you the basis for my

2    statement.  Asbestos is a carcinogen.  It is recognized as

3    such by many agencies and by the scientific community.

4    Asbestos fibers are also distributed systematically, and I

5    said that explains the number of case reports and case series

6    of cancers in those organs.  I cannot say in every organ or

7    in every instance.

8    Q. All right.  I believe you also said this morning that if

9    you have exposure to asbestos and you get malignant

10   mesothelioma, then the mesothelioma was caused by an asbestos

11   until proven otherwise?

12   A. Right.

13   Q. Do you recall saying that?

14   A. Yes.

15   Q. All right.  So if you've got malignant mesothelioma in a

16   patient and there was some exposure to asbestos, it is not

17   necessary to look and see if there is any thorotrast,

18   therapeutic radiation, aeronautic exposure in Turkey, long

19   history of empyema, of the other causes, you don't need to

20   look for those?

21   A. You may have misunderstand when I answered.  I said very

22   clearly that once you make that assumption before you accept

23   it as scientifically correct, you do a differential

24   environmental consideration of alternatives; and among them,

25   I mentioned radiation, thorotrast and empyema.  Obviously you

Bedrossian - Direct (George)

1    have to rule them out, which I did in both cases.

2     Q. All right, Doctor.  Let's drop back for a minute and

3    leave aside some of the statements that you made in your

4    testimony this morning and talk a little bit more generally

5    about the subject which is mesothelioma and causation.

6         To begin with, I think it's no surprise to this

7    Court that mesothelioma is a very rare disease.  There are

8    approximately 2,000 to 3,000 cases of mesothelioma in the

9    U.S. every year, correct?

10     A. Yes.  It varies a little bit, 3,000, depending on the

11    person who wrote it.

12     Q. And as you described, not every mesothelioma is caused by

13    asbestos, correct?

14     A. Right.  With the caveat that the vast majority, the

15    overwhelming majority is.

16     Q. Do you have an estimate as to the number of, or the

17    percentage of mesotheliomas that are caused by asbestos

18    exposure in America versus the percentage that are not?  You

19    may break it down by gender, if you wish.

20     A. Um, it depends on the tool that you use to determine that

21    fact.  If you base it on death certificates, there will be

22    minimum.  If you base it on medical -- known pulmonary

23    specialists taking a history would be also low.  But when you

24    take it, properly obtain history with someone trained in

25    taking occupational and environmental histories, is upwards

AMY C. DIAZ, RPR, CRR OFFICIAL COURT REPORTER

86

Bedrossian - Direct (George)

1    of 90 percent.

2    Q. All right.

3    A. And the British study was as high as 96 percent.

4    Q. You would agree that according to some studies, some 10

5    to 20 percent of mesotheliomas in men are not related to

6    asbestos?

7    A. No.

8    Q. You wouldn't agree that that is true in some studies?

9    A. No.  What they say is the cause of the asbestos exposure

10   is not determined, is not known.  The fact that it's not

11   known, it doesn't mean that it did not exist.  There are

12   several studies where, for example, in Australia, they

13   determined that 90 percent of cases were not, but then when

14   they look at the cases that there was no evidence of that,

15   and they retook the exposure history and examined the tissues

16   for asbestos, they found that those individuals, although

17   they thought they didn't have exposure, that they did have

18   exposure.

19   Q. So when we cut to the chase, do you have a number of

20   asbestos-caused mesotheliomas versus nonasbestos caused

21   mesotheliomas in men?  Do you have that number?

22   A. Well, it's the vast majority in some.

23   Q. I understand that, but I was looking for a number.

24   A. Some articles may say 80, and another may say 95, but I

25   explained to you that that number is not to be taken

Bedrossian - Direct (George)

1    literally.  There is evidence that that number is erroneous

2    because the patient may forget that he was exposed, the

3    history may not be taken correctly, the data may derive from

4    death certificates or the data was not accompanied by

5    measuring the asbestos in the tissue.

6    Q. All right.  Though it's not at issue in this case, let me

7    ask you:  Do you have a number for the percentage of

8    mesotheliomas in women that are not caused by asbestos?

9    A. Um, the same answer applies, with the caveat that in

10   women, because it was believed that occupational exposure are

11   primarily in males, they overlooked the fact that that person

12   may have had exposure through a different mechanism.  They

13   may have lived near a factory that used asbestos.  They may

14   have lived in a highly contaminated area, like under a

15   freeway in a major city, or some of their relatives, either

16   brother or the father, brought home asbestos in their

17   clothing.

18   Q. All right, sir.  Let's skip to something else that you

19   mentioned in your testimony.  You talked about mesothelioma

20   being a dose-response disease, correct?

21   A. Right.

22   Q. The higher the dose, the greater the risk, correct?

23   A. Right.

24   Q. This is the same concept that people refer to as the dose

25   makes the poison, right?

Bedrossian - Direct (George)

1      A. I'm sorry, what?

2      Q. The dose makes the poison.  It's a toxicologist

3   statement.

4      A. To extrapolate from that is full of, you know,

5   possibilities of not connecting the two.

6      Q. I'm not asking you to extrapolate.  I'm just saying this

7   is the concept, that the greater the dose, the greater the

8   risk, correct?

9      A. If you are saying the greater the dose, the greater the

10  cumulative dose of the carcinogenic component of the poison,

11  yes.

12     Q. Now, you do agree, and you've agreed in the past, that

13  the background level of asbestos, the ambient asbestos level

14  in the air, which varies considerably obviously across the

15  United States, but that ambient level does not cause disease,

16  correct?

17     A. Correct.  You know, with the exception we already

18  discussed.  In regional areas, it would be higher than, for

19  example, in the field, in the site.

20     Q. Of course what that ambient air is in the countryside

21  would be affected by whether or not there are natural

22  outcroppings of asbestos-formed minerals in that area, right?

23     A. Right.  That is what I just said.

24     Q. So you agree that the exposures that we all have to

25  ambient air would involve millions of asbestos fibers over a

89

Bedrossian - Direct (George)

1   lifetime, correct?

2    A. Um, I don't know if that would be true in every case,

3   every person in every location.

4    Q. But averaged across the population, it would be true?

5    A. I think early on I indicated that an occupational

6   exposure -- exposed patient accumulates billions of fibers in

7   the same period of time that a person exposed to air with the

8   normal concentration, which is less than .0005 accumulate

9   fibers.  So the difference between occupational exposure and

10   ambient exposure.

11    Q. That is a lovely answer to a question I did not ask.

12        Let's return to what I asked, which is that you

13   would agree that over a lifetime, the exposure to established

14   levels of ambient asbestos, background levels of asbestos,

15   would involve exposure to millions of asbestos fibers,

16   correct?

17    A. Right.

18    Q. Do you have a median level that you used to calculate

19   that background level of asbestos? Is there something that

20   you use?

21    A. No, I do not use it.

22    Q. All right.  So when you say that, and you agreed with me

23   a moment ago, that background exposure does not cause

24   disease, what are you talking about if you don't have a

25   level?

Bedrossian - Direct (George)

1      A. Because it's not necessary to quantitate the exposure.

2      It's not that the ambient level does not cause mesothelioma,

3      because if it did, mesothelioma would not be a very rare

4      disease, it would have occurred at least in some of the

5      people who are sitting in this room.

6      Q. Right.  Because if ambient levels caused it, there would

7      be millions of cases?

8      A. No.  No.  In the ambient level, there is not going to be

9      millions of fibers, and therefore millions of cases.

10     Q. Okay.  You've lost me now.  I thought you just told me

11     that you don't need to know the level of ambient exposure in

12     the air because you know that there are not an excess of

13     mesotheliomas in the population that is just exposed to

14     ambient air, correct?

15     A. Correct.

16     Q. And if you extrapolate from the number of people in this

17     room to the population of the United States, and you say that

18     there would be people in this room with mesothelioma if

19     ambient exposures caused it --

20     A. I said if ambient exposure was in the billions.

21     Q. Was what?

22     A. In the millions or billions, for a total life span.

23     Q. I see.  So you simply disagree with the calculations of

24     how many fibers a lifetime of exposure to ambient asbestos

25     levels.  You disagree with the calculations there, that is

Bedrossian - Direct (George)

1    fine.  Then we'll move right on.

2            You do not have a background level that you cite.

3    Do you have a calculation that you would use to estimate the

4    exposure to work on a gasket, such as Mr. Haskins allegedly

5    did on gaskets associated with Buffalo pumps? Do you have a

6    level for that?

7    A. For ambient air I used the figure that Dr. Wagner uses.

8    For asbestos exposure in a gasket person, I'm not an

9    industrial hygienist or a material scientist or an

10   occupational physician, so I don't need to measure that.

11   Q. Okay.

12   A. Because I know by experience that other individuals doing

13   similar work in work studies and other type of studies have

14   shown that they do get exposure to asbestos that contributes

15   to the total cumulative dose.

16   Q. All right.  So -- and I think you just told me that you

17   used Dr. Roggli's numbers for ambient background levels of

18   exposure to asbestos.  Is that what you just told me?

19   A. What was the first part of the question?

20   Q. No.  I'm asking you what you said, not what I said.

21   A. Yeah.

22   Q. Didn't you just tell me that you --

23   A. That I said --

24   Q. I think you just told me that you used Dr. Roggli's

25   estimates for background or ambient asbestos exposure.  Is

Bedrossian - Direct (George)

1      that correct?

2      A. Correct.

3      Q. Okay.

4      A. But --

5      Q. What is that number that Dr. Roggli uses?

6      A. The number is unimportant.

7      Q. No, I'm asking you what it is.  You said you use it.

8      A. Well, I already answered that.  So go back and look it

9      up.

10     Q. Okay.  What is the number that Dr. Roggli uses that you

11     say you use?  Do you know it?

12     A. 0.000005.

13     Q. 0.000 --

14     A. What's important is the power of the difference, in other

15     words, is thousands of times greater.

16     Q. Okay.  Well, finally, given that you use 0, and now you

17     have one, two, three, four zeros and a five, if I am correct,

18     what you are now telling me is that 0.0005 fibers per cc over

19     a lifetime does not cause disease.  Is that correct?

20     A. Yes, but --

21     Q. Okay.  Fine.

22     A. You are implying that I used that figure and I'm telling

23     you that I don't deal in numbers.  It suffices for me to know

24     that four to the fifth power of the difference.

25     Q. Okay.

Bedrossian - Direct (George)

1    A. Measuring the exact amount either in the ambient air or

2    in the patient working with gasket is not important.  I'm not

3    an industrial hygienist who make calculations and use that

4    for my conclusions.

5    Q. In addition to the 0.00005 estimate for background, you

6    know that there are other estimates that range from 0001 and

7    down, correct?

8    A. I know that there are other numbers.  The one that sticks

9    in my mind, in Europe they use 0.0003.  And I'm sure

10   different studies would have numbers all over the place

11   because they are rather inaccurate measurements.

12   Q. So the European number, do you believe that 0.0003, do

13   you believe that that number causes disease?

14   A. No.

15   Q. Fine.

16   A. That just a number of ambient air.

17   Q. Exactly.  So now we have two numbers that you believe do

18   not cause disease.  Do you have any number that you would

19   attribute to Mr. Haskins' exposure to asbestos in connection

20   with working on Buffalo pumps?

21   A. I don't have any number.  I don't deal in quantitation.

22   Q. Don't need that.  Okay.

23        Let's talk a little bit about what happens when you

24   breathe in an asbestos fiber from any source, because the

25   body doesn't know the difference between a fiber that it got

Bedrossian - Direct (George)

1       in the ambient air and a fiber that it got in the workplace,

2       right?

3        A. Well, except that when he gets truckloads of it

4       relentlessly, overwhelmingly coming down the lung, one sure

5       recognizes an overwhelming exposure, as opposed to a

6       minuscule concentration in the ambient air.

7        Q. Let's talk about those defense mechanisms.  You mentioned

8       some of those this morning.  You've got the nose hair, which

9       filter out fibers if you are breathing through your nose.

10      You've got those bins in the airway, curves where fibers tend

11      to stick to the saliva or mucus covered walls of the airway

12      passages all the way down to the lungs?

13       A. You have the mucociliary.  They don't necessarily need to

14      be curved.  They are more like straight but bifurcated.

15       Q. Right.  You've got the mucociliary escalator, which has

16      all the little cilia, the little hair-like, finger-like

17      appendages on the cells that beat upwards, moving a curtain

18      or a sheath or a covering of mucus and all of the crud that

19      sticks to it, it comes up and you either swallow it or spit

20      it out, right?

21       A. Yeah.  But that capacity is not unlimited.  That is same

22      for to say since a team has a goalie, there would be no goals

23      to score on it.  Because the defense is there, it doesn't

24      mean that it's not overwhelmed and overtaken.

25       Q. And the lymphatic system that you described earlier as

95

Bedrossian - Direct (George)

1    being part of the translocation of fibers, that lymphatic

2    system can also carry fibers out of the body entirely to be

3    excreted, right?

4    A. Depends on how far you want to go.  Eventually the fibers

5    that did not get digested by the macrophages, the ones that

6    did not break into smaller and smaller pieces, the residue at

7    the end will gain access to the circulation and filter in the

8    kidney and be expelled as urine or present in urine.

9    Q. Understood.  I believe that you have confirmed for me in

10   the past that the defense mechanisms of the body are

11   sufficiently efficient that 90 to 95 percent of most of the

12   dust we encounter is eliminated or removed from the body,

13   right?

14   A. I don't believe I said that.

15   Q. All right.  That's fine.  Do you agree with it?

16   A. No.

17   Q. Fine.  How much of the dust that we ordinarily encounter

18   is removed from the body by the defense mechanisms?

19   A. I don't believe there have been a study with quantitation

20   of that level.  Primarily because there is no apparatus that

21   you can put near the mouth or the nose of the person that

22   reliably measure that amount.  That amount is estimated by

23   air sample devices that measure the number of bits of the

24   particular, but there is no accurate and infallible

25   instrumentation to estimate the real amount of asbestos that

Bedrossian - Direct (George)

1    the person inhales.

2    Q. So in this case you need some accurate and infallible

3    instrumentation to give precise numbers.  So that is a place

4    where you do need that kind of precision?

5    A. No, I didn't say that.  I said if I were to do a

6    measurement, that is what the conditions apply to that

7    exercise.  I said very clearly that I don't need to measure

8    the concentration at the point of entry or during inhalation,

9    neither I need to measure concentrations of what remains in

10   the lung or the pleura.

11   Q. Let's talk about another way that exposure can work.

12   Before you even get to these defense mechanisms that we have

13   been talking about, you talked about the concept, or at least

14   you alluded to it, I don't know if you used the term, laminar

15   air flow, where the fiber lines up with the airwaves and

16   lines up with the air flow, and there are certain fibers that

17   you will breathe in and you will breathe right back out

18   because of --

19   A. There is no such thing.

20   Q. So for you every single fiber, if you say there is no

21   such thing, that is fine, Doctor.

22   A. Yeah, but I need to explain it because you interrupted

23   me.

24   Q. Please do.  And I beg your pardon.

25   A. A fiber has mass, therefore, is subject to gravitational

Bedrossian - Direct (George)

1    forces.  There is no way that a fiber that is not alive

2    doesn't have movement of its own.  It comes down the lung

3    this way and passes through all the bifurcations and has all

4    the impact and then stays there, impacts and somehow the

5    pleura pushes it exactly the same way that it came in.  It's

6    full of that dust, and as it will break and get to the

7    alveoli, it becomes trapped there because it's not going to

8    find the opening to the bronchi and line it up perfectly.

9    That would have been a live pleura with a central nervous

10   system to calculate --

11    Q. All right.

12    A. -- what it needs to do.

13    Q. I think I understand the gist of your point, which is I

14   believe you are telling me that no single fiber that anyone

15   inhales comes back out again.  It is always going to impact

16   something and stick or be processed.  Is that what you are

17   saying?

18    A. Qualitative words in there, "always," and what I said is

19   this is what scientifically happens.

20    Q. All right.  Well, let me ask the question again, because

21   I thought that is what I was getting at.  Doctor, some of the

22   fibers that you breathe in travel in and travel back out on

23   air flow without impacting the body, isn't that true?

24    A. No, it's not.

25    Q. Okay.  Then the reverse of that must be true, every fiber

Bedrossian - Direct (George)

1    that you breathe in must impact the body in some way, none of

2    them are breathed in and breathed back out?

3    A. Correct.

4    Q. Okay.  Fine.  So every fiber you breathe in impacts the

5    body in some way.  That includes background fibers, that

6    includes single fibers from very minimal exposures that

7    literally only generate a single fiber, but if you breathe it

8    in, it impacts the body, correct?

9    A. The defense of the lung is the same regardless of the

10   I.D. tab or the identification tag that a fiber might have.

11   Obviously, don't have it, and therefore the lung treats them

12   equally.  An equal opportunity defender.

13   Q. All right.  Let's talk about some of what you said about

14   cancer causation, mesothelioma causation this morning.  One

15   of the citations that you made in your report and that you

16   discussed in your testimony this morning was, the title is

17   sort of a mouthful, people were calling Iwatsubo, but,

18   "Pleural mesotheliomas dose response relation at low levels

19   of asbestos exposure"?

20   A. What was the first author?

21   Q. Iwatsubo?

22   A. How do you spell that?

23   Q. I W A T S U B O?

24   A. Iwatsubo.  Okay.

25   Q. You cited to Iwatsubo on page 5 of your report for the

Bedrossian - Direct (George)

1    proposition that, "The carcinogenic effect of asbestos is

2    cumulative regardless of the source of exposure and the total

3    dose has been consistently found to be the best indicator of

4    risk and dose responses best indicated by cumulative exposure

5    index."  I want to ask you, do you have a copy of Iwatsubo

6    there or are you familiar enough with the article that you

7    cited?  Do you need me to get you a copy?

8    A. You can get me a copy.  It would be easier.

9           MR. MERIWETHER:   May I approach?

10           THE COURT:  Sure.

11           MR. MERIWETHER:   Here you go, Doctor.  I did get an

12    extra copy in case you wanted the paper paper.

13    Q. On the next to the last page of that article, Doctor,

14    which is page 141, on the left-hand column and the first full

15    paragraph, it begins "some indication"?

16    A. You are talking about page 140?

17    Q. No, I am talking about the next to the last page of the

18    article, page 141, left-hand column, the first full paragraph

19    beginning with the words "some indication".

20    A. Right.  That is the end page of the article.

21    Q. Okay.  So are you with me?

22    A. Yeah.  Yes.

23    Q. Okay.  In that paragraph, despite your citation to it,

24    what it actually says is, "There were no cases of

25    mesothelioma among members of the cohort of Australian blue

Bedrossian - Direct (George)

1     asbestos workers who were exposed for less than three months.

2     None among the North American insulators whose exposure

3     lasted less than 15 months.  And only one, rather than the 25

4     expected, among Rochdale textile workers exposed for less

5     than ten years.  These cohorts do not, however, provide data

6     that allow us to examine the effect of low intensity

7     exposure." That is what it says?

8      A. Yes.  That's why I told you that isolated studies may

9     deviate from the norm, but the consensus is that cumulative

10    exposure is the cause of mesothelioma.

11     Q. Let's talk about some of the isolated studies.  You just

12    told me that isolated studies without larger consensus can be

13    used to form your opinion, right?

14     A. Right, but --

15     Q. Let's talk about some of the isolated studies that you

16    cited this morning.  A 1967 case report where an individual

17    mixed asbestos cement for use in his home.  Do you remember

18    that?

19     A. Yes.

20     Q. All right, sir.  And I believe that you said that he was

21    mixing raw asbestos into cement to make his own asbestos

22    cement, correct?

23     A. Right.

24     Q. So that means he had bags, or bag, or a bag of raw

25    asbestos fiber in his basement, right?

Bedrossian - Direct (George)

1    A. Yes.

2    Q. And based on that, you believe that that was sufficient

3    to get him a dose of asbestos that would -- that caused his

4    malignant mesothelioma, right?

5    A. That was the conclusion of the author of that paper.  But

6    let me go back to Iwatsubo.  You did not emphasize the last

7    sentence of that paragraph.  He said, to describe what you

8    just told us, he said clearly, "These cohorts do not,

9    however, provide data that allow us to examine the effect of

10   low intensity exposure."  The fact that you observe that did

11   not enter his determination whether or not low exposure

12   causes mesothelioma.  These are just observations that he

13   made.

14   Q. I think I did read that.  I meant to.

15   A. But I don't think you --

16   Q. My point is that those are not enough to determine that

17   low level exposures cause --

18   A. No.  It says that are not data that allow to examine that

19   issue.  So it's observation, but it's not the type of

20   observation that allows him to have the deductive scientific

21   approach to answer that question.

22   Q. And believe me, Doctor, what I am emphasizing today is

23   just that deductive scientific approach.  So I appreciate

24   your pointing that out.

25              Let me ask you to move on, then, if you would.  Is

Bedrossian - Direct (George)

1    there anything in the 1967 case report about asbestos cement

2    use, Doctor?  Doctor?  Is there anything in the 1967 case

3    report about the man who mixed asbestos cement in his

4    basement to indicate what fiber type is in the cement?

5     A. Well, what is the name of the -- did you say an author?

6     Q. No.  All right.  Would it help if I retrieved the

7    Iwatsubo article? It seems to be distracting you.

8     A. No, I need it.

9     Q. Doctor, in the 1967 case report where an individual mixed

10    asbestos cement in his basement, is there anything in there

11    to indicate what fiber type of asbestos was used in that

12    cement?

13     A. That is where I said I need to look at the specific

14    article.

15     Q. If you know, fine; if you don't, that's also fine.

16     A. No, I don't at this moment.  If I look at the article,

17    I'll be able to answer.

18     Q. That's fine.  On direct examination this morning you said

19    that the asbestos was chrysotile.  My answer -- my question

20    for you is how do you know that? You think it's in the

21    article?

22     A. Well, as I said, it is my assumption, but in order to

23    verify it or not, I need to look at the article.

24     Q. And if your assumption is that it was chrysotile, and

25    your assumption is that he had raw fiber in his home to mix

Bedrossian - Direct (George)

1    into the cement, is it also your assumption that he was

2    exposed to that same raw fiber every day thereafter?

3    A. I can't address that.  You are giving me a hypothetical.

4    Q. It's not enough.  I understand.

5    A. And I'm not a scientist that deals in suppositions.

6    Q. Another case report which you mentioned this morning was

7    a case study where a man sawed asbestos boards for use in

8    building a shed.  May I ask you the same question? Do you

9    know what fiber was in that board?

10   A. No.  It would help if you give the article so I can look

11   at it.

12   Q. Doctor, I don't have the article up here, you are the one

13   who cited it.  I'm just asking you a question.  Do you know

14   what fiber was in the board?

15   A. I need to look at the article.

16   Q. If you don't know, that's fine.  Do you know whether he

17   continued to use and be exposed to the asbestos board shed

18   thereafter?

19   A. You are asking me for details exactly on the route that

20   the author took to get to an end point.  What is important is

21   the end point.  The exact route, which measurement he did,

22   which fact he considered, are in the article and speak for

23   themselves.

24   Q. I understand.  So Doctor? Doctor?

25   A. Yeah.

Bedrossian - Direct (George)

1    Q. If you are citing articles that are case reports for the

2    proposition that brief exposure can cause mesothelioma, don't

3    you need to know the details of that exposure?

4    A. I do, and they are contained here, but you are not giving

5    me a specific article to answer a specific question.  The

6    importance of the articles is that they established the

7    precedent that such exposure occurs.  The evidence for such

8    assumption or such conclusion comes not only from the case

9    reports that I might have cited here, or the case series,

10   they also come from epidemiological studies, including all

11   the other factors that I told you in the holistic approach to

12   determine causation.  You are trying to specify to a very

13   specific portion of this article as if that is the one that

14   makes or breaks the conclusion.

15   Q. All right, sir.  Let's drop back for a moment and talk

16   about the ways that these small doses of asbestos, these

17   limited exposures cause the disease really at a molecular

18   level.  And you touched on this briefly this morning.  I want

19   to explore it a little bit more.  Most mesotheliomas are

20   monoclonal, in the sense that they start from a single cell

21   and there are repetitive injuries causing genetic errors in

22   that cell or its progeny, it's daughter cells, correct?

23   A. There is evidence for that.  But more recently, there is

24   evidence that you have multiple clones, whereby a genetic

25   alteration caused by the first impact creates a gene which

Bedrossian - Direct (George)

1    itself may not transform that cell but may affect a separate

2    cell and create a second clone.

3    Q. So if you are looking for the way that asbestos can cause

4    these changes, the most likely event -- and I understand that

5    we are in the realm of theory here because nobody has tested

6    this -- but the most likely event is the asbestos fiber

7    either contacts that cell which eventually turns into a

8    mesothelioma or contacts cells in the immediate area which

9    then, through signaling, cause changes in that cell, correct?

10   A. I cannot pinpoint which cell.  That is --

11   Q. I understand.

12   A. -- the reason why we use the term cumulative.  It may hit

13   that cell and it may create gene, but down the line, the

14   defense mechanism may splice or cut off the sequence that is

15   carcinogenic; and therefore, that particular cell did not

16   participate in the process.  But over many years, with 16

17   breaths per minute with high amounts of asbestos, eventually

18   the correct sequence of events that end up being cancer occur

19   as a result of the cumulative effect.

20   Q. Understood.  For me, one of the most helpful ways of

21   looking at that complex process is in that Dail and Hammar

22   book that you have cited to several times.  This is at page

23   598 of that book.

24   A. Um-hum.

25   Q. It indicates at the very top, the beginning, you have the

Bedrossian - Direct (George)

1    mesothelial cells, you've got the impact of asbestos fibers,

2    you've got the potential creation of reactive oxygen species,

3    reactive nitrogen species, genetic mutations.  Of course as

4    you go through this branching tree to eventually get to a

5    fully malignant mesothelioma, there are a number of

6    situations in which that cell is killed off either by the

7    body's natural defenses or some other mechanism.  And so

8    there are a number of things that happen over the course of

9    many years to move from this point at the top where you've

10   got an original mesothelial cell to this point at the bottom

11   where you've got a mesothelioma, correct?

12    A. Correct.  But the intermediate portion of your

13   explanation you said that the mesothelioma cell may be killed

14   off.  Well, that would be one of the events that happened to

15   protect the patient.  But it's known that asbestos causes a

16   cell death invitro, but in human beings as a result of this

17   genetic transformation, the cell is immortalized, it

18   continues multiplying, and therefore participates in the

19   development of the cancer.

20    Q. I think we are saying the same thing, which is that in

21   order to become a fully malignant mesothelioma, this cell

22   line has to escape such things as a apoptosis cell death,

23   programmed, planned cell death.  It has to figure out a way

24   around it.  And like all cancers, it needs to make sure that

25   the body doesn't kill it off in order to survive, and that is

Bedrossian - Direct (George)

1    what mesothelioma does, correct?

2     A. Yes.  But my answer was addressed to the fact that

3    asbestos causes cell death.  And I wanted to make sure that

4    you understood that death phenomenon is very, very improbable

5    or doesn't occur that often.  Most likely event from that is

6    that the genetic changes amount to immortalization of the

7    cell.

8     Q. When you talk about this kind of impact on a single cell

9    or its progeny, its offspring, its daughter cells, and you

10   can see on this chart the points at which asbestos may be

11   contributing to that process.  On the chart, the asbestos

12   fibers are blue, perhaps the reference to crocidolite, which

13   is the blue African asbestos, perhaps that is the color the

14   printer had, but when you look at those points, it is a

15   complex process.  And you would agree with me that we cannot

16   figure out which exposure over time actually made those

17   changes to that cell.  There is no way to go back and figure

18   that out?

19    A. Exactly.  You are saying what I would have liked to have

20   said.

21    Q. And so once we are in that position, what we are trying

22   to do in order to determine cause is to figure out whether or

23   not there is scientific evidence that an amount of asbestos

24   could cause these changes; not whether it did?

25    A. No.  The methodology I already explained is a holistic

Bedrossian - Direct (George)

1    approach.  Now we are talking about one aspect, this

2    addresses the plausibility that asbestos can be a cause of

3    mesothelioma.  We are talking about genetic events, but this

4    entire constellation, all the way from the exposure, all the

5    way from effects of asbestos in the body, like pleural

6    plaques and asbestosis, all the way to the pathogenesis,

7    which is different than carcinogenesis, and the fact is that

8    they repeatedly put the asbestos in this picture just to

9    remind you that it affects not only the beginning of the

10   process, but steps down the line until the final

11   transformation of the cancer cell.

12    Q. I am not sure that you understood my question.  Let me

13   try again.

14          Since you've agreed with me that we cannot

15   retroactively figure out which exposures to asbestos, which

16   fibers caused the changes, some of which are shown on this

17   chart, that led to an individual's mesothelioma, since we

18   cannot retroactively figure that out, in order to determine

19   causation, what scientists have to do is to figure out

20   whether someone was exposed to enough asbestos that it could

21   cause the mesothelioma, not because it's impossible, figure

22   out what exposures he had that did cause.  Do you understand

23   my point?

24    A. Well, taking into account that what you are saying is

25   very confusing, the fact is you cannot pinpoint a fiber.  You

Bedrossian - Direct (George)

1    cannot pinpoint the exposure.  Neither can you exonerate

2    them.  And that is the reason why the scientific evidence

3    speaks of cumulative dose.  We can say that the different

4    exposures contribute to the total and we can say that the

5    total is responsible for the complex sequence of events that

6    end up in cancer, but we cannot blame one fiber.  We cannot

7    blame one event.  We can never find which cell was the

8    initiator because it takes multiple changes that are in a

9    sequence and they have to be all lined up for the person to

10   have the cancer.  That is the reason why when you have

11   exposed populations, only ten percent of them will obviously

12   be exposed to asbestos, and the other ones you need to look

13   for other explanations.

14          On top of that, you have to place the individual

15   susceptibility.  What does that mean?  It means that the

16   person, each person has a different system, like one person

17   may be incapable of stopping apoptosis, so therefore, that

18   person is immune to the cancer, because when you knock out

19   apoptosis, it comes back and kills the cell and avoids the

20   immortality contribution.

21    Q. All right, sir.  Let me circle back to one thing you said

22   in that fairly lengthy answer, where you told me that it's

23   because you cannot exonerate any exposure that you must

24   consider them all cumulatively, correct?

25    A. I didn't say it was because of that.  When I said that is

Bedrossian - Direct (George)

1    because of the entire body of evidence, all the way from

2    clinical to molecular.

3      Q. We'll dig that out for you, Doctor.

4           So it's your position currently, from what you've

5    told me so far, that every asbestos fiber that you breathe in

6    impacts the body in some way because none of them are

7    breathed right back out, that you cannot figure out which of

8    those fibers caused the mesothelioma; that is, you can't

9    exonerate any of them, so you consider them all cumulatively.

10   And what I want to ask you about now is some of the

11   differences -- well, here. Let me hand you a copy of the

12   deposition that you gave in this case. It's got all your

13   exhibits there. If you turn to page 31. When you are

14   talking about cumulative dose --

15     A. Okay.

16     Q. -- you are actually being cross-examined in this case at

17   this deposition out of yet another deposition which you gave

18   but fortuitously, I believe it is in the companion case that

19   you are here for today, that is Cheshire. So you are being

20   asked in the Haskins deposition about the following, you say,

21   "I cannot pinpoint one exposure or exonerate another. So

22   that is why our conclusion is the total dose that the patient

23   underwent from each product that contained asbestos that were

24   in his surroundings where he worked for a long period of

25   time, repeatedly in close proximity to it, those exposures to

Bedrossian - Direct (George)

1    that product contributed to the total cumulative dose and it

2    is the total cumulative dose that is the cause of the

3    mesothelioma." Correct?

4     A. Correct.  But you are not understanding what the meaning

5    of it is.  It is not cause because of a negative finding that

6    I'm unable to pinpoint or exonerate, it is the fact that what

7    leads to that conclusion are the investigations that I did

8    all the way from history, all the way to genetic materials.

9    So maybe was an important use of the word why, but you were

10   trying to imply that this here is the entire basis for my

11   conclusion, and that is incorrect.  And for that reason today

12   I laid out the entire sequence of reasonings that are

13   important to determine the contribution of the asbestos

14   exposure.

15    Q. Let's talk for a moment -- those are the only questions I

16   have out of that deposition for right now.

17          Let's talk for a moment about the different kinds of

18   asbestos.  I believe that you confirmed for plaintiffs'

19   counsel this morning that you believe that the gaskets at

20   issue in this case contained chrysotile, correct?

21    A. Correct.

22    Q. Now, obviously you went through and distinguished between

23   chrysotile and the amphiboles, correct?

24    A. Correct.

25    Q. And chrysotiles are serpentine, amphiboles, which include

Bedrossian - Direct (George)

1    the commercial others of crocidolite and amosite, they are

2    stronger, straighter, pointier, so to speak?

3    A. Right.

4    Q. They -- these different fiber types have different

5    chemical makeups.  They have different morphology, different

6    shape.  They have different electrical properties.  They are

7    just very different things, correct?

8    A. Correct.

9    Q. And you have confirmed for us that in terms of causing

10   disease, particularly in terms of causing malignant

11   mesothelioma, that the most, I think the word you used was

12   poisonous fiber, is crocidolite, correct?

13   A. Yeah.  The most potent toxin.

14   Q. And the least potent is chrysotile, correct?

15   A. Correct.

16   Q. So if you take the same exposure to crocidolite that you

17   have to chrysotile, the crocidolite represents a much higher

18   risk for mesothelioma, correct?

19   A. Um, it depends on how you determine the content, the

20   crocidolite content and the amphibole content.  If you use

21   fiber burden analysis, the finding of a smaller concentration

22   of crocidolite as compared to amphibole does not support

23   that.  It only states that after the event, amphiboles were

24   more efficiently retained in the lung; whereas chrysotile

25   escapes from that area, as demonstrated by the translocation

Bedrossian - Direct (George)

1    studies and other studies, concluding the fact that you can

2    have tumor outside of the lung.

3    Q. I'm not sure how we got on to tissue digestion and fiber

4    burden analysis.  My question was simply:  If you have the

5    same exposure, the same level of exposure to crocidolite

6    fibers versus chrysotile fibers, that same level of exposure

7    is much more risky, carries a greater risk of mesothelioma if

8    you are talking about crocidolite rather than chrysotile,

9    right?

10   A. I had to explain to you what is the basis for that.  What

11   the basis is in the measuring concentration and comparing

12   concentration.  And I pointed out the fallacy of that

13   approach.  What is important is to know what was the

14   concentration of chrysotile when the patient inhaled into the

15   lung.  So at the front end, not how many fibers are left at

16   the back end.

17   Q. So do you have an estimate as to the relative potency?

18   Because I've seen a variety of estimates of potency between

19   crocidolite and chrysotile in the literature.  Do you have

20   one that you use?

21   A. Yes.  My own is less than the one by and Hobson.  They

22   use 500 to 800 to 1.  In my experience with the new data, if

23   you were to calculate that, would be more like 50, 10 and 1.

24   Q. So --

25   A. I take it back.  100, 50 and 1.

Bedrossian - Direct (George)

1    Q. So the crocidolite in that -- in your range of
2    carcinogenicity, the crocidolite is 100 times more potent?
3    A. Correct.
4    Q. There have been other estimates over the years that it
5    went as high as 1,000 times more potent?
6    A. Yes.  That's why it's a --
7    Q. Sure.
8    A. -- denominations in flux.  It's pointing out that it's
9    impossible to measure everything to the utmost degree, like
10   you are trying to imply.
11   Q. So it remains important, then, when you are talking about
12   exposures, if one asbestos fiber type is at least 100 times
13   more potent than another in causing disease, it would be
14   important to know the fiber type involved in the lower level
15   exposures, right?
16   A. I didn't understand the question.
17   Q. Okay.  Maybe I -- maybe I'm not being clear.
18          If crocidolite is 100 times more potent than
19   chrysotile in causing meso -- are you with me?
20   A. Yes.
21   Q. And you are trying to evaluate a low level exposure?
22   A. Yes.
23   Q. It is obviously a more serious exposure if that low level
24   is to crocidolite than if it is to chrysotile, right?
25   A. Yes.  Except for one reason.  Measuring an air sample

Bedrossian - Direct (George)

1    really impairs the identification of the fiber.  The fiber is

2    more precisely identified when it's lying on a filter and you

3    can examine it by electromicroscopy and by spectography.

4    Q. Dail and Hammar -- Dail and Hammar.  It's a book that you

5    cited to several times and that you were cross-examined out

6    of several times.  It has a section beginning at page 581

7    that is titled much like some of the discussions that we've

8    had today.  "Is a threshold or minimal level of asbestos

9    exposure or inhalation" -- it's got a slash -- "required for

10   mesothelioma induction."  Are you with me?

11   A. Yes.

12   Q. And it starts off with the proposition that you discussed

13   with plaintiffs' counsel this morning, that is, "No minimum

14   threshold dose of inhaled asbestos has been delineated below

15   which there is no increase in the risk of mesothelioma."

16   Correct?

17   A. Correct.  But I'm not seeing where you are reading.  Is

18   that on the left column or the right?

19   Q. I was reading the first words in the paragraph.

20   A. Okay.

21   Q. Do I need to sort of maybe --

22   A. I can see it now.

23   Q. -- focus a little bit?

24   A. I can see it now.

25   A. I'm looking at it.  I just couldn't place it because the

Bedrossian - Direct (George)

1    type is very small.  I can see it now, yes.

2     Q. All right.

3     A. And I can see that there are numerous references, at

4    least a dozen or more, to the same effect.

5     Q. Actually, there is six, but that is okay.  The -- the

6    concept that we just discussed about the difference in

7    potency for fiber types, which may range from 100 times more

8    potent to 1,000 times more potent, depending on whose science

9    you are using?

10     A. According to your representation, yes.

11     Q. Then when you are talking about no minimum level that has

12    been delineated below which there is no increase in risk,

13    that is not saying that there is no level below which there

14    is no cause.  In fact, let's go through in that same -- bear

15    with me for a moment, I'm trying not to read everything.

16    Bottom of the page on the right-hand side.  Let me make sure

17    that I've got this so it's nice and -- maybe I can zoom in a

18    little bit.  All right.  It talks about estimating a

19    cumulative exposure of one fiber per milliliter year, one

20    fiber year of exposure, which yields 650 mesos per 100,000,

21    between 250 and 1,500 for crocidolite, down to about five for

22    chrysotile, between one and 20, but as soon as you get down

23    to the next level after one fiber year, when you get down one

24    decimal point for a cumulative exposure of 0.1 fiber

25    milliliter years, that is .1 fiber years of exposure, while

Bedrossian - Direct (George)

1    you still get 100 deaths from crocidolite, the risk for

2    chrysotile level of exposure was probably insignificant.

3          So when you are dealing with low level exposures in

4    the studies that you cite and to which you point, while

5    asbestos in general has no known level at which the risk is

6    not significant, within those same tests we find that as long

7    as we distinguish fiber type, there are levels which they say

8    the exposure is insignificant and the risk is insignificant.

9          So let me ask you this:  Would it not help you to

10   know the potential exposure level attributable to Mr.

11   Haskins' use of gaskets in the Navy associated with Buffalo

12   pumps?  Wouldn't it help to know whether or not it hits a

13   level that Dail and Hammar call insignificant?

14    A. That is the type of question I call around the world in

15   80 days.  You mix a lot of concepts in there.  The important

16   one is that regardless of how you interpret it, or

17   misinterpret what you are reading, the conclusion of the

18   author is that there is no safe level below which asbestos is

19   not the cause of cancer.  That conclusion has been examined

20   and reexamined by the scientists of the world, by groups of

21   scientists that did it together, by regulatory agencies that

22   try to determine a safe level, and by scientific

23   organizations that took into account literature.  And it is

24   an accepted fact that below a certain level, you cannot rule

25   out the possibility that it does cause it, primarily because

Bedrossian - Direct (George)

1    not every individual is alike.  And these studies,

2    particularly the epidemiological studies, rely upon means and

3    affirmations.  For you to try to say that it is an accepted

4    concept by the scientific community that the no threshold

5    applies only to chrysotile is to try to give crocidolite or

6    amosite a magical power that one of their fibers can do it

7    and millions of fibers of chrysotile cannot do it.

8    Q. I would take issue with the very first part of that long

9    and rambling response in which you told me that I was

10   misinterpreting the article.  I don't think I did.   But

11   let's move on.

12          The -- when we talk about fiber years, one fiber

13   year is an exposure of one fiber per cc eight hours a day for

14   each working day of the year, which works out to about

15   2,000 hours at one fiber per cc over the course of a year.

16   That is one fiber year, correct?

17   A. Correct.

18   Q. So if you get 25 fiber years, that's one fiber per cc for

19   25 years, right?

20   A. Yes.

21   Q. If you look at the exposure in Mr. Haskins case -- now

22   let's just confirm again, you didn't read his deposition, did

23   you?

24   A. Um, I don't believe I read it until later.

25   Q. You didn't read his deposition.  You didn't read anything

Bedrossian - Direct (George)

1    other than the summary that his attorneys prepared for you,

2    correct?

3    A. No.  I obtain my information about exposure from several

4    sources, from conversations with the plaintiffs' attorneys,

5    with --

6    Q. I was coming to those.  I said you didn't read anything.

7    A. With summaries that were provided to me.

8    Q. Right.

9    A. With whatever depositions there was in the case, and in

10   many instances I rely upon reports or depositions of experts

11   from the material sciences occupation medicine and industrial

12   hygienists.  So I take into account a totality of the

13   information.

14   Q. So when you prepared your report in this case, you had

15   read depositions of experts?

16   A. You can read the report and see what I said that I

17   reviewed.

18   Q. Can't I simply ask you?

19   A. Well, I don't --

20   Q. Do you know?

21   A. I don't believe I saw that when I wrote the report.

22   Q. Exactly.  So when you wrote your report in this case, the

23   only information that you had about exposure to Buffalo pumps

24   in Mr. Haskins case was a summary prepared by his attorneys,

25   right?

Bedrossian - Direct (George)

1      A. And from conversations verbally that I had over the

2      telephone.

3      Q. All right.  And things that they told you that they

4      didn't write down.  I understand.

5              So in your report you state that while the ship was

6      underway, you say once the overhaul was complete and the ship

7      set sail, Mr. Haskins operated, repaired and maintained the

8      engine room, machinery and equipment, including turbines,

9      condensers, evaporators, pumps and valves.  So while the ship

10     was at sea, he was maintaining and repairing pumps, is

11     that -- okay.  So let's make sure that we know that.  So he's

12     repairing and maintaining pumps while the ship is at sea.

13     You state that he went -- that when he was aboard the

14     USS Cony, the ship underwent a major overhaul, and Mr.

15     Haskins worked alongside the shipyard mechanics, and that

16     mechanic from the Charleston Navy shipyard carried out the

17     overhaul, removed and installed asbestos-containing

18     materials.   Is it your understanding that Mr. Haskins had

19     exposure to asbestos-containing gaskets during the three

20     months of the overhaul or during the entire time that he was

21     on?

22     A. My understanding of it is that he worked primarily with

23     gaskets and pumps, but as I say to my report, he was also

24     exposed in a variety of ways, not only by being next to

25     individuals doing the overhaul, but also at sea when he was

Bedrossian - Direct (George)

1   working near maintenance individuals.  And the fact that

2   these exposures are documented, I enter in my conclusion that

3   all exposures, including the ones not related to gaskets,

4   were part of the cumulative dose.

5   Q. All right.  In fact, when you prepared your report and

6   gave your deposition in this case, I believe you testified

7   that you assumed that the overhaul lasted, quote, almost a

8   year.  Right?

9   A. I don't recall that.

10  Q. Oh, perhaps I can help you out.

11  A. The exact facts can be verified by looking at the record.

12  Q. My mistake.  I'm looking at Cheshire.  I need to look at

13  Haskins.

14         Doctor, do you have a copy of your deposition up

15  there? Otherwise, I can hand you this one.

16  A. I don't have a copy.

17  Q. Do you recall being asked at page 12 on -- at line 12 on

18  page 26, "Do you have any information about how long the

19  overhaul lasted?"  And your answer was?

20  A. Let me look at it.

21  Q. "It lasted several months, almost a year, I think."

22  Beginning at page 12.

23  A. The emphasis is on "I think".

24  Q. Yes.

25  A. Okay.  What --

Bedrossian - Direct (George)

1    Q. Just make sure --

2    A. At that point factually is immaterial.  The fact that I

3    may have confused six months for a year is immaterial.

4    Q. Okay.

5    A. It is a long several months.  My recollection is that it

6    was a year, but if you want to verify, you can look up the

7    record.

8    Q. All right.  Well, let's assume, just for the sake of

9    argument, that this wasn't a year, that this was, in fact,

10   the three months that Mr. Haskins described in his -- in his

11   deposition.  And that let's assume that he said that he

12   worked on ten or 15 pumps, ten or 15 pumps?

13   A. Okay.  But are you talking about as part of the

14   overhaul --

15   Q. Yes.

16   A. -- or his regular duties?

17   Q. Yes.  Let's leave out his regular duties for a moment,

18   because I think that perhaps you will find that he did not

19   work on pumps during that time.

20   A. Well, I assumed that he did.

21   Q. You assumed that he did?

22   A. I receive information, I review information, and I form

23   my understanding, and I assumed it was correct.  If you want

24   to present me different facts or give different hypothetical,

25   I will consider.

Bedrossian - Direct (George)

1  Q. I was in the middle of doing that when I said let's

2  assume.  So let me start again.

3        Let's assume that he said that he worked on ten or

4  15 pumps.  So let's take the side of that and say 15.  Let's

5  assume that he worked on gaskets associated with those pumps.

6  Now, irrespective of the hypothetical that you were asked

7  before which referred to a bonnet gasket on a pump, which is

8  an item which does not exist, since there is no bonnet on a

9  pump, let's assume that we are talking about flange gaskets,

10  so there are two per pump.  You understand?

11  A. Yeah.

12  Q. An inlet flange and an outlet flange, each of which has a

13  flange face and a pipe flange face, a pump face and a pipe

14  face, in between there is a gasket.  Are you with me?

15  A. Yes.

16  Q. And let's assume, then, that for the 15 pumps, which is

17  the high end of his estimate, we have therefore two pumps,

18  two gaskets per pump.  So 30 gaskets, right?

19  A. Right.

20  Q. And let's say he estimates that it took him at one point

21  he says it took a half an hour to remove a gasket, and the

22  other time he says it took an hour.  Let's take the high end.

23  Let's take an hour.  If you've got 30 gaskets at an hour a

24  gasket, you have 30 hours, correct?

25  A. Correct.

Bedrossian - Direct (George)

1    Q. And if you then divide that by the number of working

2    hours in a year, which is 2,000 -- are you with me?

3    A. Yeah, I'm with you, but I don't need to be.

4    Q. Okay.  Then you've got 30 divided by 2,000 yields .015,

5    correct?

6    A. Correct.

7    Q. Multiply that by the midrange gasket exposure level, the

8    average exposure level, even including the vast outlier of

9    the Longo study, which gives you 2.79 fibers per cc, if you

10   multiply .015 by 2.79, you get 0.04185 fibers per cc years.

11        Now, what I'm going to ask you is do you know

12   whether 0.04185 fibers cc years of chrysotile exposure from

13   these gaskets is sufficient to cause mesothelioma in this man

14   with no further exposure, no other exposure?

15   A. As I explained to you, I don't give emphasis or rely upon

16   quantitative measurements for several reasons:  I'm not an

17   industrial hygienist.  I'm not a materials person.  I'm not

18   an occupational physician that works in those numbers.  What

19   I go by is the approach that is described here, my

20   methodology.  And I am backed up by scientific organizations,

21   regulatory organizations and a number of respective

22   investigators, including Dail and Hammar, that you don't need

23   to know the cumulative dose, you just need to know that

24   different exposures contribute to the total cumulative

25   exposure.

Bedrossian - Direct (George)

1          So all your brilliant calculations do not enlighten

2     me to answer that question.

3      Q. I appreciate my math being brilliant.  I don't know that

4     it is, it's just multiplication, but I'm delighted to be

5     brilliant in math, something I have never been.  I have never

6     been brilliant in math before today.  I'm pleased to be.

7          All right.  When we are looking at your belief that

8     in this case the exposure to -- well, scratch that.  Let me

9     back up just for one moment.

10          Let's assume for a moment that there is such a thing

11     as a bonnet gasket on a pump, there -- there isn't, there are

12     no bonnets on pumps, unless someone tied a hat on it, but

13     it's a valve or -- a bonnet gasket is a valve word.  Let's

14     assume that there is a gasket on a pump and instead of

15     talking about flange gaskets, we are talking about this

16     bonnet gasket.

17      A. Between the body of the pump and the bonnet.

18      Q. If there were a bonnet.  Then that cuts our number of

19     gaskets in half because then instead of having two flange

20     gaskets, we've got a single bonnet gasket.  And that means

21     that we are down to 15, which makes our calculations go down

22     by 50 percent, correct?

23      A. Right.  You are still in the area that I told you that is

24     irrelevant for my determinations.

25      Q. Right.  Because in order to determine whether it was a

Bedrossian - Direct (George)

1  cause, you don't need to know the quantification?

2   A. Exactly.  I don't need to know where in the product the

3  gasket is or is not.

4   Q. Right.  When you are talking about risk in the asbestos

5  context and there is no known safe level of asbestos in terms

6  of increasing one's risk, that is not the same as saying that

7  any level of asbestos is causative of disease.  That is not

8  the same thing, is it?

9   A. I don't know.  Depends on what you are implying.  What

10  I'm saying is there is no safe level, meaning that there is

11  no level that does not carry a risk of mesothelioma.  And by

12  the same token, there is no way for you to determine that

13  value for an individual because of individual susceptibility.

14   Q. I fear that I may have gotten lost in that again.  Let me

15  try again.

16          Risk is not the same thing as cause, is it?

17   A. No.

18   Q. And you can have a tremendously heightened risk and yet

19  have no disease that is caused, correct?

20   A. Correct.  But if you have the disease, it's 100 percent,

21  it may be the risk leads to only 50 percent of the cancer,

22  but the individual, that is immaterial because they developed

23  cancer.

24   Q. So let's put it this way:  You gave us a series of

25  potential causes of malignant mesothelioma.  You said

Bedrossian - Direct (George)

1     asbestos, erionite, the sort of long-standing lung infection
2     empyema, thorotrast, an injectable contrast drug used to
3     highlight body features on x-ray, therapeutic x-rays, the old
4     kind where they used to just blast you with x-rays, and
5     idiopathical, which is to say we don't know what causes it,
6     it's just genetic mutations that happen, right?
7      A. Right.
8      Q. So we've got six different ways for those cellular level,
9     molecular level changes to happen, right?
10     A. Correct.
11     Q. And let's presume, just for a moment, that someone got
12     mesothelioma because the cells in his body were transformed
13     by one of the nonasbestos causes.
14     A. You are not talking about Mr. Cheshire anymore, correct?
15     Q. I'm not talking about anybody.  This is hypothetical.
16     A. Okay.  Right.
17     Q. If someone had a thorotrast-caused mesothelioma and it is
18     100 percent attributable to his thorotrast, are you with me?
19     A. Yeah.
20     Q. Even though prior asbestos exposures might have increased
21     his risk, they did not ever cause his meso, correct? Not
22     under our hypothetical?
23     A. No.  In a patient, the thorotrast is another idiopathic
24     agent.  You cannot ignore the asbestos exposure.
25     Q. I am giving you a hypothetical in which we know as a

Bedrossian - Direct (George)

1    matter of scientific certainty.

2     A. Well, let me go back and say the operative communication

3    that you did with me was when you did like that.  Meaning

4    there are less than five cases of any of those as compared to

5    3,000 cases a year of asbestos-related thorotrast is a few

6    case descriptions, empyema is even rarer, and radiation is

7    extremely unusual.  So you cannot put in the same category an

8    agent that is in the environment and in the working area of

9    patients at the same par with thorotrast, the other ones

10   which are only sporadic.

11    Q. I think you are missing the point.  I hope so.  I'm

12   trying to get at a distinction between risk and cause.  If

13   you know that one thing and one thing only caused a

14   mesothelioma, there are no other causes if you know that only

15   one thing caused it, right?

16    A. Yes.  But thorotrast is not the only one that can cause

17   mesothelioma.

18    Q. I'm not saying that.  I had no intention of saying that

19   thorotrast is the only thing that causes meso.  Listen

20   carefully.

21        If you know what causes a mesothelioma, other

22   potential risks are irrelevant once he's got it, right?

23    A. No.

24    Q. Oh?

25    A. You have to consider in your differential -- that is why

Bedrossian - Direct (George)

1    I took the trouble to verify whether or not he took

2    thorotrast, whether or not he had radiation, whether or not

3    he had a chronic infection -- you have to consider all the

4    possible culprits in a thorough examination to arrive at a

5    conclusion beyond a reasonable scientific doubt.

6    Q. Well, I appreciate the idea of a thorough examination,

7    and I appreciate the idea of reasonable scientific doubt,

8    because I'm not sure that, without knowing this man's

9    exposure you can achieve that.  But I'm really still on my

10   hypothetical about the distinction between risk and cause.

11          So Doctor, one more time.  Let's make it a little

12   easier.  If you get malignant mesothelioma from one of these

13   nonasbestos causes -- pick one, I don't care if you use

14   thorotrast or not -- if you get mesothelioma from a

15   nonasbestos cause, then asbestos fibers that you may have

16   inhaled over your lifetime did not cause it, correct?

17   A. The thing is because you found thorotrast --

18   Q. It's a yes or no.

19   A. Thorotrast is one cause.  You cannot rule out if the

20   person had unknowingly exposure to asbestos.  You are trying

21   to say that something exists that links that mesothelioma to

22   thorotrast.  There is not.  There is something that links it

23   to asbestos exposure by the characteristics of the pleural

24   plaque, the asbestosis and the tumor itself.  Thorotrast does

25   not have a signal to that disease.

Bedrossian - Direct (George)

1      Q. I love how our hypothetical has grown plaques without my

2      knowledge.  Let's return to what I was talking about.  And

3      that is there are exposures -- and we've already identified

4      them -- there are background exposures, there are low level

5      chrysotile exposures, there are exposures that do not cause

6      any increased risk for mesothelioma, correct?

7      A. There is no safe level.

8      Q. Even background.  So the background can cause it?

9      A. No, I didn't say that.

10     Q. That is a safe --

11     A. I'm saying that you cannot determine the background.

12     It's not a reliable feature.  And there are no studies of

13     patients exposed to background where the majority

14     consistently got mesothelioma.

15     Q. So does background cause meso or not?

16     A. Not to my knowledge.

17     Q. Okay.  So there is a level at which asbestos doesn't

18     cause meso.  It's called the background level, right?

19     A. No, it's not.

20     Q. Oh, okay.

21     A. Because --

22     Q. It does cause it?

23     A. Because the concept of background is fraught with

24     difficulties to determine.  And the reason it occurs that way

25     is because someone may think that they were exposed only to

Bedrossian - Direct (George)

1    the background, but you must rule out other exposures, and

2    that may be impossible.  The patient may forget, may not

3    remember, may not be aware of that happening.  He may be

4    living in a building that asbestos fibers are circulating in

5    the air conditioning system.

6    Q. Like the man with the bag of asbestos in his basement.

7    All right, sir.

8         So if I understand correctly, you will not exclude

9    any source of asbestos, no matter how small, how minuscule

10   from causing a mesothelioma in Mr. Haskins case, correct?

11   A. No.  What I'm saying is there is no safe level that you

12   can establish beyond a reasonable doubt that that level does

13   not cause mesothelioma because each person carries with them

14   a genetic makeup responsible for the robustness or not of its

15   defense mechanism.

16   Q. Even though you admit that background levels don't cause

17   mesothelioma -- in fact I think you said they don't cause

18   disease at all -- even though you say that, you are unwilling

19   to tell me that they are a safe level.  That is fine.

20   A. No.  What I'm saying is that there is no documentation of

21   that and there is no data to support that hypothesis.

22   Q. There is no data to support the negative?

23   A. Yeah.  There is no study where --

24   Q. Where they prove the negative?

25   A. They have good control of the environment at all times of

Bedrossian - Direct (George)

1    the day and under all circumstances.

2     Q. All right, sir.

3              THE COURT:  Are you close to a stopping point?  It's

4    been two hours.

5              MR. MERIWETHER:   Let's take a break.  I feel that

6    the equine is being flogged despite its death, and so --

7              THE COURT:  Okay.  All right.  So we'll take a

8    break.  We'll start again in about 15 minutes.

9              MR. MERIWETHER:   Okay.

10              THE COURT:  Thank you.

11              (Thereupon, there was a brief recess.)

12              THE COURT: Okay, Mr. Meriwether, you are up.

13              MR. MERIWETHER:   Thank you, Your Honor.

14    BY MR. MERIWETHER:

15     Q. Dr. Bedrossian, picking back up for a moment, I believe

16    you've testified already that you used the term cumulative

17    exposure to establish causation, correct?

18     A. Correct.

19     Q. When you are looking at cumulative exposure, you exclude

20    or include background levels?

21     A. Background level exists, but by itself is not a cause of

22    mesothelioma.

23     Q. Thank you.  When you look at exposures, the cumulative

24    exposure, you refer to something called occupational

25    exposures, correct?

Bedrossian - Direct (George)

1      A. Correct.

2      Q. And in fact, you were queried about that in the fall of

3      last year in the companion case of Hinsley.  Let me put on

4      the Elmo something that might help you remember.  "If someone

5      has occupational exposure, in your opinion" -- and I'm

6      beginning on line 20, you can probably read it -- "If someone

7      has occupational exposure, in your opinion do you need to

8      know the frequency, the regularity and the proximity before

9      you will say that that occupational exposure was a

10     significant exposure?" And the answer is, "You need to

11     establish that it happened, you don't need to quantitate it."

12     A. Right.  Quantitated does not refer to proximity,

13     intensity and regularity.  You need to have, as part of the

14     definition of a significant exposure, to have those three

15     characteristics.

16     Q. And so where on the next page at -- on page 42, where you

17     say that when Mr. Hinsley for three years was in a ship

18     environment and was a machinist, that it is assumed that that

19     was of long duration, that he did work in proximity to the

20     asbestos because he actually handled the asbestos insulation,

21     and that there was enough frequency because he did that

22     routinely on a daily basis, now, so when you have an

23     occupational exposure, are you entitled to assume that there

24     is regularity, frequency and proximity?

25     A. No.  I was describing that situation.  He was in a ship,

Bedrossian - Direct (George)

1    he was there for eight hours.

2     Q. So that gentleman worked for three years and you say that

3    he had daily exposure?

4     A. I can't remember the facts of the deposition.

5     Q. That's fine.  Let's skip over a bit.  How do you define

6    an occupational exposure?

7     A. Um, the exposure that occurs while the individual is

8    working with an asbestos-containing product that releases

9    fibers that become visible in his work area.

10     Q. That's occupational?

11     A. Right.

12     Q. Okay.

13     A. As opposed to para-occupational in changing brakes in his

14    backyard, for example.

15     Q. All occupational exposures contribute to the cause of a

16    man's mesothelioma?

17     A. Define what you mean by "all occupational exposures".

18     Q. Every one, excluding none.

19     A. Well, are you talking about insulators, as opposed to

20    joint compound users, or are you talking about every exposure

21    in the world that occurs when someone is doing a job?

22     Q. All right, sir.  I began by asking you to define what you

23    think is an occupational exposure.  I'll ask you that again.

24    What is an occupational exposure?

25     A. I already answered, but I'll do it again.

Bedrossian - Direct (George)

1    Q. That's fine.  You can stick by your answer.

2    A. When the person is occupied in doing a work activity.

3    Q. So now I'll ask you the second part.  Using your

4    definition of an occupational exposure, is every occupational

5    exposure causative, does it contribute to the cause of a

6    man's mesothelioma?

7    A. No.  That exposure deserves to be called occupational,

8    but it does not mean that every occupational exposure is

9    equal or the same.

10   Q. Whether it's equal or the same is not the issue.  What

11   I'm asking is whether or not it contributes to the cause of a

12   man's mesothelioma.

13   A. Yeah.  If it is an occupational exposure, I understand --

14   my understanding that I form is that it is close to the

15   source of the asbestos, frequent and repeated.

16   Q. So that takes us back to page 42 of what we were looking

17   at a moment ago, where you answer at line 14, "Yes,

18   occupational by definition implies that there is sufficient

19   proximity, dose and frequency as opposed to background

20   exposure."  Right?

21   A. Correct.  It has the characteristics that are important:

22   dose, frequency and proximity.

23   Q. So those are simply assumptions that you can reach

24   because it's an occupational exposure?

25   A. No.  These are features that define the exposure as

Bedrossian - Direct (George)

1    occupational.

2    Q. Let's talk about some of the things that you briefly went

3    through with plaintiffs' counsel this morning.  A number of

4    different -- number of different slides that were shown.

5    Here is one that supports the idea that there is no safe

6    threshold and single-day exposures may be potentially

7    causative.  Of the items on this page, of the different

8    groups or organizations on this page, only the EPA, the NTP

9    and IARC were cited in your report.  The rest -- were the

10   rest suggestions by the attorneys or did you come up with

11   them after the fact?

12   A. No.  There was no suggestions from the attorneys in my

13   report.  By the --

14   Q. I think you missed the point.

15   A. By the limitation of the report, I did not list all my

16   sources.

17   Q. I see.  But they weren't listed in your report.  I

18   noticed that the next page which has the Thoracic Society

19   with a fallout and a paper.  That wasn't listed in your

20   report, was it?

21   A. Right.  I did not pretend that my report included every

22   piece of evidence that answer my understanding and

23   conclusions.  For example, for those -- each of those

24   consensus papers, they considered hundreds of articles

25   leading them to form that understanding.  Just here I can

Bedrossian - Direct (George)

1    remember papers by Wiggins, Hodgson and Markowitz, many

2    others that come from different disciplines, including

3    epidemiology or work studies, or co-work studies.

4     Q. Let's take a look at another one, Mr. Levin's article,

5    Jan Levin's article, not listed in your report, right?

6     A. No, it's not.  If you can read my report, you would know

7    the answer to that question.

8     Q. All right.  Next, Morris, Greenberg and Davies, not in

9    your report, correct?

10    A. No.

11    Q. No, not correct or no, correct?

12    A. No, it was not listed.

13    Q. I thought so.  Rodelsperger, in your report or not?

14    A. No, not in my report.

15    Q. Not.  Lacourt, in your report or not?

16    A. Well, I have to look at it.

17    Q. I will represent to you that it was not.

18         MR. FINCH:   Objection.  It is in his gasket

19    bibliography.

20         MR. MERIWETHER: In the gasket bibliography.  Is that

21    part of his report?

22         MR. SWETT:  It's marked as an exhibit in his

23    deposition.

24         MR. MERIWETHER:   I'm asking if it was in the

25    report.

Bedrossian - Direct (George)

1          THE WITNESS: In the report you can read it for

2    yourself.  Why do you need to ask me?

3    Q. Because I would like to make a record for the purposes of

4    this proceeding, if that's okay.

5          I'll try to be brief.  The ATS Society 2003

6    statement in your report?

7    A. No, it's not.

8    Q. Okay.  I think that is enough.  I have a number, but I'll

9    move along.

10          The methodology that you use to attribute asbestos

11   exposure, or to attribute a mesothelioma to an asbestos

12   exposure, if I understand correctly, is the determination

13   that there is no safe level and a series of assumptions based

14   on occupational exposures.  Am I missing anything?

15   A. Yes.

16   Q. Is there more?

17   A. Yes.  You are trying to simplify it.  It is more complex.

18   The methodology includes all the steps that I enumerated

19   earlier.  It starts with a medical consideration of the facts

20   of the case, including the history, particularly the

21   occupational history, the hobbies, where the patient lived,

22   followed by looking for signs, physical signs of exposure,

23   including x-rays, showing pleural plaque or asbestosis,

24   considering the latency period, if that is consistent with

25   the condition, followed by a differential diagnosis where I

Bedrossian - Direct (George)

1    consider alternative causes, physical, chemical and

2    biological.

3            Let's say if I find that the patient had radiation,

4    then I will probe further and I will see what part of the

5    body was radiated or other details.

6    Q. All right.

7    A. The holistic approach.

8    Q. Doctor, you've done a grand job of explaining to me why

9    you can attribute mesothelioma to asbestos exposure but not

10   to attribute mesothelioma to a single exposure as a cause.

11           Let me ask you this --

12   A. Well, because I never do.

13   Q. You never do?

14   A. A single cause.  I do it to because -- because being

15   cumulative exposure.

16   Q. You used this chart and it was referred to as a dose

17   response curve.  In fact, that is a linear representation,

18   not a curve, correct?

19   A. Yeah.  But I don't think it was implied that this is a

20   dose response.  That is a comparison between different

21   causes, whether they are more prone to develop mesothelioma

22   or not.

23   Q. So when you get down to the bottom down here and it

24   appears to indicate that only at zero exposure do you have

25   zero disease, this part of the graph is not necessarily true.

Bedrossian - Direct (George)

1    It might be that it goes very low and then comes up, right?
2    We just don't know.
3      A. This is a graphic representation of ideas.  It is not
4    specific to describe or illustrate numerical measurements.
5      Q. Do you have any dose response curve for low level
6    exposures to asbestos?
7      A. I don't personally own them, but I have seen it in the
8    literature.
9      Q. You've seen a dose response curve for background level
10   exposures?
11     A. No, I don't remember that.
12     Q. I didn't think so.  All right.
13          Likewise, the next page appears to have straight
14   lines.  These are not representations that are scientific,
15   these are simply graphic communications of an idea, right?
16     A. Yes.  It is different than the other one.  This one
17   implies that you are measuring, because it has a scale.
18     Q. Does imply that, yes.  All right.
19          One of the things that you have cited to is the
20   Helsinki Criteria.  One of the defense doctors in this case,
21   Dr. Roggli, was invited to the Helsinki Criteria; you were
22   not, correct?
23     A. No, I was not.
24     Q. Dr. Roggli was also described earlier as somebody who
25   testifies really for defendants in this litigation.  You are

Bedrossian - Direct (George)

1    aware, since you remember Dr. Roggli as far back as his

2    student days, you are aware in the beginning in the early

3    days of the asbestos litigation he was testifying for

4    plaintiffs, correct?

5    A. Yes.  I remember that he testified for both sides.

6    Q. When we are talking about the Helsinki Criteria, it

7    requires that a past exposure to asbestos be significant

8    before you can attribute meso to asbestos in the absence of

9    other markers, right?

10   A. What they say is that you have to have an occupational

11   exposure.  And in delving into that, they say an occupation

12   history of brief or low level exposure should be considered

13   sufficient for mesothelioma to be designated as

14   occupationally related.

15   Q. And if you look at the curves or the noncurves, but the

16   straight lines that were intended to indicate an idea which

17   we looked at a moment ago, the shorter the duration, the

18   higher the necessary dose, right?

19   A. Yes.  That's correct.

20   Q. So you are going to have to have a very high dose if you

21   have a very short duration?

22   A. Correct.

23   Q. And indeed, in that statement it is talking about

24   asbestos generally.  So a shorter duration with a fiber type

25   of crocidolite could be 100, 500 or 1,000 times more potent

Bedrossian - Direct (George)

1    than the same exposure to chrysotile, right?

2     A. Well, I think there is summation.  They were not

3    addressing what you are describing.  They are talking about

4    in general.  They are talking about averages and the

5    construct of the concept that you represent in the graphic

6    format.

7     Q. So Helsinki does not say that each and every substantial

8    contributing -- excuse me -- Helsinki does not say that each

9    and every exposure is a substantial contributing factor to

10    causing mesothelioma, does it?

11     A. Yeah.  Whether or not they say cumulative or not, they

12    say that an exposure that is low cumulatively has to be

13    considered sufficient for mesothelioma.

14     Q. Let's just answer the question and then move to the

15    explanation.

16          Helsinki does not say that each and every exposure

17    is a substantial contributing factor to causing meso, does

18    it?

19     A. I don't recall now if they mention that.

20     Q. Say that or not?

21     A. Specifically.  But if you read the paper and are

22    interested in comprehending the scientific concept, that the

23    conclusion that is reached --

24     Q. And in fact --

25     A. If you are trying to deny it or trying to find some way

Bedrossian - Direct (George)

1    out of the conclusion, it may be different.

2    Q. It does not say that cumulative exposure causes

3    mesothelioma, either, does it?

4    A. I don't know if it does or not.

5    Q. But you are the one that cited it.

6    A. I'm sorry?

7    Q. You are the one that cited it.

8    A. No, I did not cite Helsinki that specific and --

9    Q. Would you like to withdraw your reference to it?

10   A. No.  If I wanted to cite specific articles that were

11   designed for that and list it, I would have chosen the ones

12   that address only cumulative dose; whereas Helsinki is a

13   comprehensive statement.

14   Q. All right.  Let's turn -- all right, Doctor.  Let me

15   finish with this thought, I'll try to be brief:  Dail and

16   Hammar, which is the textbook that I believe you cited the

17   most often this morning in your discussions, in it it simply

18   states that for chrysotile asbestos exposure at a .1 fiber

19   year dose --

20   A. Can you tell me where you are?

21   Q. Oh, sure.  I'm right where I was before.  This is the

22   bottom of page 481 at the bullet point that begins, "As set

23   forth in their review" -- and it's talking about Hodgson and

24   Darnton.  It gives a series of descending concentrations,

25   starting with 1.0 fiber years, moving to 0.1 fiber years and

Bedrossian - Direct (George)

1    moving down to 0.01 fiber years for both .1 and .01 fiber

2    years.

3     A. I see that.

4     Q. The risk of mesothelioma from chrysotile is, quote,

5    "probably insignificant".

6         MR. FINCH:   Objection.   Under the rule of

7    completeness, I would ask that he read the rest of that

8    sentence.

9         THE COURT:  Go ahead.

10    Q. "With a highest arguable estimate for four deaths per

11    100,000."  Period is the rest.   So Doctor, once again, we

12    wish to apply that science to the Haskins case.  Do you have

13    any idea what the fiber year exposure to gaskets associated

14    with Buffalo pumps would be?

15    A. No, because I don't use that numerical figure as a

16    deciding yay or nay factor.

17    Q. Understood.   Thank you.

18         MR. FUSCO: Your Honor, if I can have one second to

19    move my stuff up?

20         THE COURT:  Sure.

21         MR. FUSCO: Your Honor, David Fusco on behalf of

22    Crane Co in the Cheshire case.

23         Before getting started, I would like to expedite

24    things.   I think it goes without saying, but if possible I

25    would like to incorporate Mr. Meriwether's arguments in the

Bedrossian - Direct (George)

1      Haskins case so I can minimize what I need to go into in my

2      examination.

3                  THE COURT:  Thank you.

4                              CROSS-EXAMINATION

5      BY MR. FUSCO:

6       Q. Good afternoon Dr. Bedrossian.

7       A. Good afternoon.

8       Q. I'm going to try streamline things a bit and not cover

9      things that have already been covered, at least not anymore

10     than necessary, so I'll be jumping around a bit.  So bear

11     with me.

12                 First thing I would like to address with you is

13     obviously we are here pursuant to a motion related to your

14     testimony.  And I would like to read from you -- read for you

15     a passage from plaintiffs' opposition to defendants' motion

16     to see if you agree with the statement that plaintiffs

17     present.  At the top of the page states, "With regard to

18     causation of mesothelioma, therefore, the issue is not which

19     occupational exposures to asbestos can be considered to

20     substantially contribute to the mesothelioma risk; but

21     rather, whether any such occupational exposure can be

22     excluded as not proven to contribute."

23                 Do you agree with that statement?

24      A. Well, a little bit convoluted but the meaning of it,

25     unless you are inclined to prejudge what it means, what they

Bedrossian - Direct (George)

1    are saying is that it is cumulative exposure, and within the

2    cumulative exposure, you have some that you don't need to say

3    without that it doesn't cause mesothelioma.  They are saying

4    that all exposures add up to a cumulative dose.

5    Q. And to clarify and keep things moving, Dr. Bedrossian, do

6    you agree with the statement as plaintiffs presented it in

7    their brief there on the screen?

8    A. Yeah, I agree with it, with the explanation that I gave

9    you.

10   Q. Do you agree with the statement that is written in the

11   paper, not the explanation you gave me, I just want to know,

12   do you agree with this statement as it's written? And if not,

13   please explain why you disagree with what plaintiffs stated

14   in their brief.

15   A. Um, I agree with it.

16   Q. All right.  Thank you.

17         Now, you mentioned several times throughout your

18   testimony today, Dr. Bedrossian, that you do not believe

19   there is a safe level of exposure to asbestos, correct?

20   A. Correct.

21   Q. And I believe at one point in your testimony you stated

22   in regard to some of these government agencies and health

23   organizations that as it related to OSHA being the most

24   important one, you said OSHA PEL is the important one for

25   purposes of regulation.  This is what OSHA had proposed.  And

Bedrossian - Direct (George)

1    you said that OSHA's statements were the most pertinent, I

2    believe; is that correct?

3     A. Having to do with regulation, yes.  That is the agency

4    charged with doing regulation.  It does not mean that it is

5    the most important of all the papers that I represented in

6    the slide.

7     Q. And is it your position that OSHA has never taken the

8    position that certain level of exposures approaching the

9    permissible exposure limits are safe and acceptable?

10     A. That's correct.

11     Q. And I think you have seen statements like this or

12    documents like this already in today's examination from the

13    United States Department of Labor website Occupational Safety

14    and Health Administration statements of OSHA.  I would like

15    you to --

16     A. Can you increase your magnification so I can read it?

17     Q. I will do so.  And do you see there that OSHA has stated,

18    this is monitoring asbestos levels in the air following the

19    World Trade Center, that, "Asbestos levels remain safe and

20    consistent ranging from nondetected to .086 fibers per cc."

21    Do you see that, that OSHA statement?

22     A. I see it saying that.

23     Q. Thank you.  And we talked a little bit earlier about some

24    of your reliance materials, Mr. Meriwether did, and your

25    gasket bibliography.  And we established that was disclosed

Bedrossian - Direct (George)

1    at your deposition but not cited in your report, correct?

2     A. Correct.

3     Q. And one of the articles cited in your gasket bibliography

4    is an article entitled, "Exposure to airborne asbestos during

5    removal and installation of gaskets and packings, a review of

6    published and unpublished studies."  The lead author was Amy

7    Madl; is that correct?

8     A. Yes, that is it.  One by stand-alone institute and

9    deviates from the general understanding.

10     Q. It's from -- did you say it's from a stand-alone

11    institute and deviates from the general understanding?

12     A. Correct.

13     Q. Okay.

14     A. From at least my understanding of the entire literature.

15     Q. Taking a look at this, the abstract here, you note that

16    the Madl article, to refresh your recollection, is a

17    metananalysis.  They didn't review any exposure levels, they

18    reviewed other people's studies and did an analysis of, I

19    believe, 11 published and unpublished studies?

20     A. Yes.  And that is the reason why it is subject to

21    interpretation.  Because in doing a metananalysis, the

22    authors have an opportunity to select which articles they are

23    going to give more weight and which ones they are going to

24    give less weight.

25     Q. And you know -- we'll come back.  Let's jump ahead and

Bedrossian - Direct (George)

1    look real quick at the articles that they did include.

2    Moulett and Malick, right there, that was one of the gasket

3    studies you talked about earlier and relied on in your direct

4    examination, correct?

5     A. Correct.

6     Q. And here is Longo, Egeland and Hatfield, 2002.  They

7    included that study as -- well, that is another one you

8    relied on?

9     A. Correct.

10     Q. How about Fowler?  That one is in your gasket

11    bibliography?

12     A. I can't see it here.

13     Q. Oh, I'm sorry.  I'm looking at the document, not the

14    screen.  Fowler, 2000.  It was the -- I believe this is the

15    ban --

16     A. Yes, I can see that.

17     Q. Okay.  And Boelter.  That's another one that you have

18    listed on your gasket bibliography, correct?

19     A. Yes.

20     Q. They included each of those studies in their analysis,

21    right?

22     A. Right.

23     Q. And Longo, in fact, is the one that reflects the highest

24    reported numbers in the literature as it relates to gaskets

25    and packing, correct?

Bedrossian - Direct (George)

1      A. Correct.  But let me make it clear that there is no

2      special significance for the reference appearing in my

3      bibliography.  I did not select my bibliography based on the

4      results.  I submitted this many as examples of articles.

5      There are many articles that are significant and may not be

6      represented in here.

7      Q. Okay.  Since this is our opportunity to examine the

8      foundation for your testimony, I want to clarify, we

9      didn't -- you didn't cite any gasket and packing-related

10     materials in your report, any gasket and packing literature

11     studies for your opinions in your report, correct? They were

12     disclosed in your bibliography?

13     A. Correct.  And I explained to you why.

14     Q. And Dr. Bedrossian, are there any studies that you rely

15     on that are not listed in your gasket and packing

16     bibliography for your opinions as it relates to gasket and

17     packing exposures?

18     A. Yes.  I have an extended bibliography which I prepared

19     for today's hearing.

20     Q. Have you given that bibliography to anyone?  I haven't

21     seen it.  I'm wondering if anyone has seen --

22     A. I did it within the last few days.

23     Q. Well, we'll leave that for another day, then, sir.

24          Going back to the Amy Madl article.  I would like to

25     turn your attention here to the conclusion here.  And to keep

Bedrossian - Direct (George)

1    things moving, admittedly the article states, "In all but one

2    of the studies relating to the replacements of gaskets and

3    packing, all but one" -- she's referring to Longo -- "in all

4    but one using hand-held tools, the short-term average

5    exposures were less than the current 30-minute OSHA excursion

6    limit of one fiber per cubic centimeter, and all of the

7    long-term average exposures were less than the current

8    eight-hour permissible exposure limit, time weighted average

9    of .1 fiber per cc."

10           That is what they found when they averaged the

11   numbers from those studies that other people performed,

12   correct?

13   A. Right.  Besides the fact that being below PEL is

14   meaningless because of individual susceptibility.  This

15   exemplifies the fallacy of someone who is not a trained

16   scientist or has knowledge of biology to interpret data.

17   Q. OSHA doesn't think that is meaningless. .1 fiber per cc,

18   we are looking at .086, that is 86 percent of the PEL.  The

19   Federal Government, protecting citizens, is stating that

20   those levels are safe and consistent.  So OSHA thinks there

21   is meaning in that number?

22   A. They don't say it's safe.

23   Q. On the screen there, Dr. Bedrossian, "Asbestos levels

24   remain safe and consistent ranging from nondetected to 0.086

25   fiber per cc."  That is what the document states.

Bedrossian - Direct (George)

1    A. That was applicable to that circumstance.  There are many

2    more NIOSH statements, many more EPA statements, many more

3    OSHA statements.

4    Q. Applicable to that circumstance?

5    A. And they all have been considered by scientific bodies

6    and by regulatory agencies where the Government contradicts

7    in the language or someone may try to take this out of

8    context and say that this here trumps everything else that

9    has been published.

10    Q. I'm not talking about any of those studies.  I'm talking

11    about the OSHA PEL and time talking about the numbers

12    reported for gaskets and packing averaged below the .1 PEL, a

13    number that OSHA -- that it would be the PEL, 86 percent of

14    the PEL, these were measurements measuring downtown New York

15    City that OSHA is releasing in a press release to the public

16    to inform them that these numbers and these exposures are

17    safe and consistent.  You disagree with the position of OSHA?

18    A. Yeah.  With the way it is and the way it tries to portray

19    it in a context that I don't know if it belongs, yes, I

20    disagree with that.  Because there are many more statements

21    that they have made and those statements, plus the entire

22    body of literature, universal scientific literature, led to

23    conclusions that needed the participation of multiple

24    experts, many more than just someone doing a press release.

25    Q. Not someone doing a press release, the Occupational

Bedrossian - Direct (George)

1    Safety and Health Administration of the United States,

2    correct?

3     A. Well, you know, I don't know the exact branch they belong

4    to.

5     Q. And the one study that was relied on in the model article

6    that had the -- you mentioned had the highest numbers related

7    to gaskets and packing, that was Dr. Longo, correct?

8     A. Correct.

9     Q. And Dr. Longo is affiliated with a group called Material

10    Analytical Services, also known as MAS, correct?

11     A. Correct.

12     Q. They have done a series of work practice studies

13    regarding gaskets and steam systems, brakes, other products

14    and various things?

15     A. That's correct.

16     Q. And in his work practice studies, I believe there are a

17    couple on your gasket bibliography, there are a couple of

18    references to Dr. Longo. Am I correct you are relying on

19    Dr. Longo's work practice studies to support your opinions in

20    the Cheshire case?

21     A. They are part of the totality of information that I

22    considered.

23     Q. And would it affect your reliance on those materials if

24    Dr. Longo has stated under oath that, "Without an opportunity

25    for my firm to perform a case-by-case evaluation of the

Bedrossian - Direct (George)

1    alleged exposure, I believe it is not proper for other

2    persons not affiliated with MAS to select workplace

3    simulations and attempt to use those simulations in a case."

4    Would it surprise you if he said that?

5     A. Continue.  Read that again.

6     Q. I'll show it to you.  We are looking here at, this is

7    Superior Court, State of Washington for Pierce County, Dr.

8    Longo, you will see, signed it back here about a week ago.

9    And you will see here, as a material scientist, he describes

10   that he's tested products, and he talks about different types

11   of gaskets he's analyzed.  And this is Dr. Longo taking the

12   position when another expert was trying to rely on his

13   studies that that would be inappropriate.  Do you see that

14   there?

15    A. Well, I don't follow his conclusion.  What he's saying is

16   without an opportunity of him seeing the individual

17   observations in the evaluation, he cannot deem this or bless

18   it as the proper conclusion if somebody not affiliated with

19   his institute, meaning not using the same technique, not

20   using the same quality assurance; and therefore, the two

21   simulations are not comparable.  If it would be comparable,

22   if they use the exact same technique, or even better, if the

23   person doing the measurements was the same or trained

24   together, because these results are -- have subjective

25   aspects to it.

Bedrossian - Direct (George)

1    Q. Fair enough.  Did you do anything in this case to compare

2    whether Mr. Cheshire's alleged exposures from work with

3    gaskets and packing -- or I'm sorry -- with gaskets on Crane

4    Co valves were directly comparable to the circumstances and

5    all the details you just described in any of Dr. Longo's

6    studies?

7    A. No, I did not.  I remind you that was the totality of the

8    evidence that I saw that led to my conclusion, not a specific

9    portion.

10    Q. Now, you testified in your deposition, I quote, you don't

11    "have any opinion or conclusion regarding any specific

12    product or any specific product manufacturer in the Cheshire

13    case, correct?

14    A. Yeah.  I don't have a conclusion that is specific and

15    limited to that product.

16    Q. And, in fact, when you were hired by Waters and Kraus,

17    they sent you -- in the Cheshire case, they sent you a letter

18    about your retention, and you were asked about that earlier.

19    And I think it was described that you were asked what --

20    whether he had mesothelioma and what the cause of that

21    mesothelioma was.  Do you recall that?

22    A. Yes.

23    Q. I would like to show you the letter that they sent you --

24    and to clarify for the record here, the questions they asked

25    were actually whether Mr. Cheshire has mesothelioma and

156

Bedrossian - Direct (George)

1    whether his mesothelioma was caused by exposure to asbestos,

2    correct?

3     A. Yes, because they identified to me on the telephone that

4    this was the exposure.  The information I get from the

5    attorneys is not restricted to a letter or to a summary of

6    the work history, it includes also verbal communications.

7     Q. And then in addition to those verbal communications, it

8    includes documents they gave you like the work history sheet,

9    correct?

10    A. Correct.

11    Q. The work history sheet that said Mr. Cheshire wore

12   respirators during a certain period of his career, you

13   circled that.  That is your circle?

14    A. No, I didn't circle.

15    Q. This was marked -- this was your copy marked as Exhibit 4

16   at your deposition.

17    A. I don't put circles in exhibits.

18    Q. We'll move on.  I think it's not important for our

19   purposes right now.

20        And their work history sheet listed all of these

21   products:  gaskets, valves, pumps, air conditioning

22   compressors, boilers, feed tanks, distilling plants,

23   evaporators, purifiers and various brands of those products

24   under each category, correct?

25    A. Correct.

Bedrossian - Direct (George)

1    Q. It is your opinion that all of those exposures were a

2    part of the cumulative exposure and that cumulative exposure

3    is what caused Mr. Cheshire's mesothelioma, right?

4    A. In reading this, I don't conclude that because they list

5    it -- they are saying that he was exposed to all of these.

6    Q. Which ones were they saying he was exposed to?

7    A. Well, the ones that was presented to me, and I understood

8    to represent the exposure and to which I was giving an answer

9    has to do with gaskets.

10   Q. Which exposures -- so the only exposures that the

11   attorneys for Waters and Kraus told you about to reach your

12   conclusions as to the cause of Mr. Cheshire's mesothelioma

13   were gaskets.  Is that what you said?

14   A. No.  They asked about that connection.  And as I said, in

15   my holistic approach and my methodology, I considered

16   alternatives that I could gather from patient history.  Since

17   he was in the Navy, I definitely considered thermo insulation

18   in pipes and boilers and other parts of the ship.

19   Q. Is there any manufacturer products listed on the work

20   history sheet that you do not think contributed to the

21   cumulative of Mr. Cheshire's cumulative exposure?

22   A. I really don't have enough information to answer that.

23   Q. Well, let's go to the valves here.  The Leslie, Valin and

24   Crane.  Do you believe -- do you have enough information to

25   answer it about those three, which ones of those would have

BEDROSSIAN - RECROSS

1    contributed to the cumulative exposure and which ones didn't?

2     A. The ones that are contained on the facts of the case.

3    The ones that have been identified by special scientists who

4    do that type of work.

5     Q. Did you?

6     A. I don't address myself brand names.

7     Q. You don't know specifically whether any of those three,

8    Crane, Leslie or Valin, specifically those brands,

9    contributed to Mr. Cheshire's cumulative exposure, do you?

10     A. I don't have the facts to answer that question.

11         MR. FUSCO:  Those are all the questions I have, Your

12    Honor.

13         THE COURT:  Okay.  Thank you.

14         MR. GEORGE: I've got a little bit of redirect.

15         THE COURT:  Sure.

16                     REDIRECT EXAMINATION

17    BY MR. GEORGE:

18     Q. Let's start where we just left off.  If Mr. Cheshire

19    testified in his deposition that while he was in the Navy

20    working on the repair ship in the valve shop, that he

21    replaced bonnet gaskets, uncraned valves routinely during the

22    period of time that he was there and that when he was on the

23    USS Henderson, again, he did similar work where he is

24    replacing asbestos insulation on valves would that serve as a

25    basis for you to determine whether that exposure was

BEDROSSIAN - RECROSS

1    causative?

2            MR. FUSCO:  Objection, Your Honor.  Lack of

3    foundation.  The witness already testified as to what he was

4    aware of, what he relied on in his report.  We can't add

5    facts into the record at a *Daubert* hearing to support his

6    testimony.

7            THE COURT:  Okay.  Go ahead.

8            THE WITNESS: Present a hypothetical now, so I don't

9    follow what the attorney said.

10    Q. In your deposition, you were asked prior to presenting

11    your report whether you had read Mr. Cheshire's deposition,

12    and you had, correct?

13            MR. FUSCO:  Objection, foundation.  Misstates the

14    testimony of the deposition.

15            THE COURT:  We are at a *Daubert* hearing.  I'll mark

16    your objection.  Overruled.

17            Go ahead.

18    Q. Did you have the --

19            THE COURT:  We are going to have it out and then I

20    can just disregard it.

21    Q. Just for the purposes of closure on this, did you have

22    the opportunity to read Mr. Cheshire's deposition before the

23    report was sent to the defendants?

24    A. No.

25    Q. I want to ask you, this thing that was put up here about

BEDROSSIAN - RECROSS

1    Dr. Longo, he's talking about automotive gaskets and why you

2    can't use industrial gasket materials in the workplace to

3    determine automotive gaskets.  Does this case involve

4    automotive gaskets at all?

5     A. No.

6     Q. You were asked about Dr. Madl's study.  And you

7    understand that Dr. Madl's study was actually -- first of all

8    on the bottom, "Although we initiated this evaluation,

9    financial support for the underlying research was provided by

10    a pump manufacturer involved in asbestos-related litigation

11    regarding gaskets and packing."  And that one or two of the

12    authors has served or may serve as an expert witness in

13    related litigation.  You are aware of that?

14     A. Yes, I was aware.  And that is what I meant by say

15    stand-alone institutes without clear evidence of good

16    practices, quality assurance, and therefore reliability.

17     Q. You were asked some questions about Hodgson and Darton.

18    In your book, one of the things that you have is the recent

19    2014 WHO chrysotile asbestos?

20     A. Yes.

21     Q. And it should be -- I think it's the second to last tab.

22    Now, I think in your -- in one of your responses you

23    indicated that Hodgson and Darton changed their numbers based

24    on additional data they received.  Do you recall that?

25     A. That's correct.

BEDROSSIAN - RECROSS

1    Q. And, in fact, they -- in this monograph, they comment on

2    the fact that -- if you turn to page -- turn to page 29 and

3    30.  On page -- the end of 29, they say, "The study of

4    textile workers in North Carolina was not included in their

5    original metananalysis.  Based on an approach used by

6    Hodgson, the authors of the North Carolina study estimated

7    deaths and then Hodgson had to go back into the literature

8    and rephrase the 500 to 100 to 1 ratio."

9    A. Correct.

10    Q. And I think you testified that it was now 50 to 10 to 1?

11    A. Yes.  That is what I gather from my understanding of the

12    literature.

13    Q. Doctor, we look at what IARC said.  They said that the

14    working group noted that there was a high degree of

15    uncertainty.  It says that, "The IARC working group noted a

16    high degree of uncertainty concerning the accuracy of the

17    relative potency claims derived from Hodgson, Berman and

18    Crump analyses because of the severe potential for exposure

19    misclassification in these studies."

20          Can you tell us what that means when you do a

21    metananalysis and there is misclassification? What does that

22    mean?

23    A. Well, what it means is that they may interpret the term

24    differently.  It may also mean that the mold of quantitation

25    is not reproducible, it's not accurate, and it doesn't occur

BEDROSSIAN - RECROSS

1    in every case.  So this reflects the difficulty or the

2    impossibility of you to relate or to reduce to a given number

3    a complex scientific problem.

4    Q. And has the EPA or any government agency ever accepted

5    the potency numbers that Berman and Crump or Hodgson and

6    Darton proposed?

7    A. No, they have not.  They have gone as far as to say

8    chrysotile is less potent, but it is a cause of mesothelioma.

9    Q. And over the course of time in the literature, there has

10   been many different researchers that have posited what the

11   relative potencies may be, correct?

12   A. Yes.

13   Q. And some, like Dr. Nicholson, thought it was 1 to 1 to 1,

14   others 2 to 1, 10 to 1?

15   A. Correct.

16   Q. And your best estimate, based on your review of the

17   literature, is that chrysotile is less potent?

18   A. Yes, it is, but it's not innocuous.

19   Q. It's not --

20   A. Innocuous.  It's not harmless.

21   Q. Got you.  You said at the beginning that it's not

22   necessary for you to know the exact amount of dust generated

23   before you can reach an opinion about causation.  Why is

24   that?

25   A. Because number one methodology for measuring both in

BEDROSSIAN - RECROSS

1    suspended air and in tissue is really fraught with

2    complications.  No results are the same between one

3    laboratory and the other, or within two different

4    measurements in the same laboratory performed at different

5    times.

6      Q. Now, you had mentioned earlier you were talking about the

7    fact that the chrysotile fibers translocate into the body.

8    And I think you were about to talk about the different sites

9    that mesothelioma can occur.  Are there any sites outside the

10    lungs where chrysotile can translocate to and can cause

11    mesothelioma?

12      A. You can go to the analysis of the -- to have

13    mesothelioma, it requires for you to have mesothelial cells

14    in that area.  If the asbestos reaches an organ, for example

15    the kidney where there are no mesothelial cells, the tumor

16    would be a renal tumor.  Mesothelioma is a tumor linked to

17    cirrhosis, areas of the body where mesothelial cells exist.

18      Q. And so you can get a mesothelioma of your testicle sack,

19    you can get a mesothelioma of your paracardial sack

20    surrounding your lung, you can get it in your abdomen?

21      A. Correct.  Because all of those sites have mesothelial

22    cells.

23      Q. And what does that tell you about the ability of these

24    chrysotile fibers to get out of the lung and throughout the

25    body?

AMY C. DIAZ, RPR, CRR OFFICIAL COURT REPORTER

BEDROSSIAN - RECROSS

1    A. Well, Dr. Suzuki did a series of experiments or wrote

2    different papers, and later on in the early 2000s, he

3    demonstrated the presence of asbestos fibers in the urine, in

4    the kidney, and on places, therefore showing that asbestos

5    fibers travel throughout the body, first from the lung to the

6    pleura, and then from there to anywhere they wish to go.

7    Q. And which of the different fiber types is the fiber most

8    likely to translocate from the lung to somewhere else?

9    A. Well, chrysotile is the most likely to translocate from

10    the lung to the pleura.  Now, beyond that, I don't think

11    there are studies where they use isolated fibers to decide if

12    the amphiboles are any different.

13    Q. You were shown this in cross-examination.  This is the

14    study by Iwatsubo, "Dose response relation at low levels of

15    asbestos exposure in our French population-based case control

16    study."  And you were shown what were actually citations to

17    other articles on page 141.  You were asked about this

18    paragraph about, "Some indication of the effect of exposure

19    that is low level by brevity of its duration comes from

20    industrial cohort studies."  They are pointing out other

21    studies, like 47 was a study from Leclerc.

22    A. Correct.

23    Q. Somewhere in Wittenoom in Western Australia.

24        And then you have Selikoff is indicated for one of

25    them, his study of insulators.  What they are saying here is

BEDROSSIAN - RECROSS

1    that these studies don't seem to show any cases of

2    mesothelioma for brief exposures, but they then say these

3    cohorts do not provide data to allow us to examine the effect

4    of the low intensity exposure.  What does that mean?

5     A. It means that not every study is quantitative.  So they

6    have not measured the levels, or if they measure, it may be

7    in a different place.  So the studies vary according to the

8    methodology used by the author.

9     Q. What these authors concluded based on the data that they

10    had is they found, "A clear dose response relationship

11    between cumulative exposure to asbestos and pleural

12    mesothelioma in a population-based, case-controlled study

13    with retrospective assessment of exposure, a significant

14    excess of mesotheliomas was observed for levels of cumulative

15    exposure that were probably far below the limits adopted in

16    many industrial countries during the 1980s."  What do they

17    mean by that?

18     A. They mean that low levels in a susceptible individual

19    because of his being who he is, meaning his genetic makeup,

20    that event can occur.  But there are many more articles than

21    that.  In a report, even in a consensus report, it is

22    impossible to quote every article contributing to that

23    conclusion.  But in my handy examples here of Dr. Wiggins, a

24    Dr. Hodgson, Dr. Markowitz, which the same conclusion.

25    Doctor Markowitz is particularly important because it's from

BEDROSSIAN - RECROSS

1    2015.  So it's more comprehensive set of observations.

2    Q. You were -- you were asked some questions about whether

3    exposure to ambient air can cause disease.  Is there a

4    difference between whether a substance can cause disease or

5    whether we can prove it causes disease?

6    A. Yes, there is.

7    Q. And when we look at ambient air, how would you ever be

8    able to determine whether somebody's exposure to asbestos

9    that is at the level of .00005 causes disease?

10    A. There is no way I can do that.

11    Q. Why is that?

12    A. Because there is no characteristic feature, either the

13    term scientifically or by observation, that link to low

14    exposure.  There is no identification of the exposure.

15    Q. How big a population would we have to look at to

16    determine whether there is an increased risk at that level of

17    exposure?

18    A. Millions of people.

19    Q. And is there anybody that we can put in the control

20    population that wasn't exposed to asbestos so we can see if

21    there is a comparison?

22    A. It's impossible to come up with that.

23    Q. And so when the Helsinki Criteria, when they talk about

24    these type of exposures, when we are talking about these low

25    level, ambient exposures, they say that, "Mesothelioma can

BEDROSSIAN - RECROSS

1    occur in cases with low asbestos exposure; however, very low

2    background environmental exposures carry only an extremely

3    low risk."  Are they saying that there is no risk?

4    A. No, they are not.

5    Q. And when we take into consideration individual

6    susceptibility, are we able to say that there is no risk at

7    these very low levels?

8    A. There is not.

9    Q. And in either one of these two cases, are we talking

10    about a low level exposure when you have a man that is on a

11    Naval ship for a period of months or years?

12    A. No.  There are considerable exposures.

13    Q. And you were asked about some different citations and

14    whether they are in your report.  In your report you did cite

15    to Dell and Hammer, correct?

16    A. Yes.

17    Q. And are you aware of whether Dell and Hammer has

18    citations to the various articles that Mr. Meriwether points

19    out?

20    A. Absolutely.  Particularly in the new edition of the book

21    more so than before.

22            MR. GEORGE: One second, Your Honor.

23            MR. FINCH:  One point, Your Honor.  I'll just --

24            MR. GEORGE: It's easier for him.

25            THE COURT:  Sure.  Go ahead.

BEDROSSIAN - RECROSS

1    BY MR. FINCH:

2    Q. You were asked questions by Mr. Meriwether where he did,

3    I believe you called it, elegant mathematics about the -- in

4    the Dale -- in the Dale and Hammar book.  Do you recall those

5    questions where they were talking about level of exposure,

6    the risk was probably insignificant.  Do you recall those

7    series of questions for chrysotile?

8    A. Yes, I recall.

9    Q. Okay.  And am I correct that what the authors are talking

10   about, they are talking about the analysis done by Hodgson

11   and Darton; is that correct?

12   A. Yes.

13   Q. Do the authors of the textbook, when they ultimately

14   reach their conclusions that no lower minimum threshold level

15   of exposure to asbestos has been delineated below which there

16   is no risk, is there an exception for chrysotile in that

17   statement?

18   A. They don't specify one or the other.

19   Q. And is there any exception for chrysotile on their

20   conclusion that when there are multiple asbestos exposures,

21   each contributes to cumulative exposure; and hence to the

22   risks and causation of malignant mesothelioma was at

23   appropriate latency interval.  Was there any exception for

24   chrysotile in that?

25   A. They don't make any difference.  They do not address

BEDROSSIAN - RECROSS

1    that.

2     Q. And is this book one of the things that you rely on as

3    part of your methodology in assessing causation in asbestos

4    mesothelioma cases?

5     A. Yes, it is.

6            MR. FINCH:   No more questions.

7            MR. MERIWETHER:    Literally probably two questions

8    on recross, Your Honor.

9                        RECROSS-EXAMINATION

10   BY MR. MERIWETHER:

11    Q. Dr. Bedrossian, you were asked whether or not Dail and

12   Hammar was just referring to Hodgson and Darton.  In the

13   second quote they are just referring to Peto, right?

14    A. Referring to whom?

15    Q. Peto?

16    A. I can't be sure which one is which, but published

17   studies.

18    Q. So second question.  You were asked whether or not there

19   are distinctions between chrysotile and crocidolite and

20   amosite in terms of potency, and you agreed.  As you

21   calculate the risk, or in your case if you presume to

22   calculate the cause to Mr. Cheshire and Mr. Haskins, you

23   still cannot do so with a precise mathematical, arithmetical,

24   numerical exposure level for either of those gentlemen

25   because you don't know it, right?

BEDROSSIAN - RECROSS

1    A. Yes.  And because it's not important.

2    Q. Right.  Thank you.

3        MR. FUSCO:  No further questions, Your Honor.

4        THE COURT:  All right.

5        MR. MERIWETHER:   Your Honor?

6        THE COURT:  Yeah.

7        MR. MERIWETHER:   We should make a point to you, as

8    well, that our original motion covered Dr. Bedrossian and

9    covered Dr. Brody.  And my understanding was that --

10       MR. GEORGE: Dr. Brody is not going to offer any

11   specific causation.

12       MR. MERIWETHER:   But in Dr. Brody's report, it very

13   clearly states that each and every exposure causes -- and so

14   any -- any ruling that would come out from this Court on that

15   issue I would ask that we at least address the fact that Dr.

16   Brody's report makes the statement, and it has been

17   withdrawn.

18       MR. GEORGE: We haven't withdrawn that statement.

19   The fact that each exposure contributes to the cumulative

20   dose is a biological fact.  It's not anything that -- it's

21   not an opinion, it's a biological fact that cumulative

22   exposure is made up of all the little baby exposures you had

23   during your lifetime.  Now, Dr. Brody is not going to offer

24   any opinion about specific causation.  He's there as a

25   general causation witness only, and I'm not going to ask him

1    about what the effect is of each and every exposure.  So I

2    think it's a non-issue.  It's not something that he's

3    intending to present.

4            MR. MERIWETHER:  I think it's thoroughly briefed in

5    our motion and their response in Haskins, and I'm not in

6    Cheshire, so I don't know about that.  But I was talking

7    about in Haskins.

8            THE COURT:  What do you want?

9            MR. MERIWETHER:  I would -- I would like either for

10   a -- well, I would like either for a ruling to come down that

11   he is prohibited from so testifying because it is

12   scientifically invalid to do so, or a ruling to come down and

13   say they have withdrawn that so he's not going to do it

14   anyway.  I just want it clear that we are not going to get to

15   trial in this case and have Dr. Brody talk about each and

16   every or cumulative --

17           MR. SWETT:  It's the same issue, if you recall, we

18   dealt with in the *Sparkman* case.  We are not going to ask him

19   about specific causation.  The statement they are referring

20   to deals with a medical fact.  And the fact is on a medical

21   basis, every exposure contributes to the cumulative dose and

22   the cumulative dose causes disease.  We are not going to ask

23   him -- it is not a specific causation issue.  That is a

24   medical fact, and it never came up and was never an issue

25   when he came and testified in front of Your Honor a year ago.

1          THE COURT:  So if I understand Mr. Swett, assuming

2     that he was the only expert to testify in the case, that you

3     would get a directed -- the defendants would get a directed

4     verdict because you don't have specific causation.

5          MR. FINCH:   That's correct, Your Honor.  If Dr.

6     Brody was all we brought, we would lose.

7          THE COURT:  How is that?

8          MR. MERIWETHER:  Works for me, Your Honor.

9          THE COURT: Okay.

10         MR. FUSCO: For us, Your Honor.

11         MR. MERIWETHER:  Feel free to bring just Dr. Brody.

12         MR. FINCH:  I didn't have a trial judge and it was a

13    jury deciding the case, I might do that.  But given that

14    there is a man with a robe who gets to decide whether the

15    jury gets to decide the case, I don't think we are going to

16    do that.

17         Your Honor, just as a matter of housekeeping, we

18    would offer, for purposes of the *Daubert* hearing, the

19    literature.

20         THE COURT:  Wait a second.  Dr. Bedrossian, if you

21    want to go down, you are welcome, or you can stay there if

22    you want to.

23         THE WITNESS:  Okay.  I'm trying to see if I can

24    carry all of this.

25         THE COURT:  That's fine.

1          MR. FINCH:   We provided Your Honor with copies of

2     the literature which is cited in the PowerPoint.  We provided

3     Your Honor a copy of the PowerPoints, you have the reports.

4     For purposes of the *Daubert* record, I would ask that that be

5     included as, whether you want to call it Court Exhibit Number

6     1, just so you have that material.  We don't really need to

7     put exhibit labels on it, unless Your Honor would prefer us

8     to do that.

9          THE COURT:  I'm fine.

10          MR. MERIWETHER:   Your Honor, we should register our

11     objection to the inclusion of additional materials not

12     referenced in the original report at this time.

13          MR. FUSCO:  Join that objection, Your Honor.

14          THE COURT:  Okay.  Anything else?  We'll get

15     something out sooner or later.

16                    *****      *****      *****

17

18

19

20

21

22

23

24

25

1

2

3      I certify that the foregoing is a correct transcript from the

4      record of proceedings in the above-titled matter.

5

6

7

8      ---------------------------

9

10     Amy C. Diaz, RPR, CRR              April 4, 2017

11     S/  Amy Diaz

12

13

14

15

16

17

18

19

20

21

22

23

24

25