IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

| | |
|---|---|
| DIANNE R. HENSLEY, Individually and as Personal Representative of the Estate of Frederick Z. Hensley, Deceased,<br><br>              Plaintiffs,<br><br>v.<br><br>3M COMPANY, et al.,<br><br>              Defendants. | Civil Action No. 2:15-cv-2087-DCN |

**JOINT STIPULATION OF DISMISSAL AS TO DEFENDANT IMO INDUSTRIES, INC.**

Now come the undersigned counsel for the Plaintiffs and Defendant IMO Industries, Inc. and jointly stipulate to the dismissal with prejudice of all claims in the above-entitled action pursuant to Rule 41 of the Federal Rules of Civil Procedure, each party to bear their own costs. Plaintiffs expressly reserve the right to proceed against all other Defendants as filed.

Respectfully submitted this 26th of June, 2017.

WE SO STIPULATE:

| | |
|---|---|
| _s/W. Christopher Swett_____ | _s/William A. Collins, Jr._____ |
| W. Christopher Swett, Esquire (Fed. ID #11177) | William A. Collins, Jr., Esquire (Fed. ID #6516) |
| Motley Rice LLC | Dougall & Collins |
| 28 Bridgeside Blvd. | 1700 Woodcreek Farms Road, Suite 100 |
| Post Office Box 1792 | Elgin, South Carolina 29045 |
| Mt. Pleasant, SC 29465 | (803) 865-8858 |
| (843) 216-9149 | |
| **ATTORNEYS FOR PLAINTIFFS** | **ATTORNEYS FOR DEFENDANT** |